# EXHIBIT A

LAW OFFICE OF ANDREW C LAUFER PLLC
Corp/Business Service

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

### AFFIDAVIT OF SERVICE


*46039*

Index no :**17CV06779**
Filed Date: **09/07/2017**
Office No:

| Plaintiff(s): | CRECITA WILLIAMS AS PROPOSED ADMINISTRATOR FOR THE ESTATE OF ROBERTO GRANT |
|---|---|
| | -vs- |
| Defendant(s): | UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS and EXECUTIVE ASSISTANT "PLOURDE" AND JOHN AND JANE DOE(S) AGENTS, SERVANTS AND EMPLOYESS OF THE DEFENDANTS |

STATE OF NEW YORK COUNTY OF NASSAU    ss.:

**RAED IBRAHIM**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **09/11/2017** at **11:14 AM**, deponent served the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT with index number and date endorsed thereon** on **UNITED STATES OF AMERICA** at **86 CHAMBERS ST Commercial Building, NEW YORK, NY 10007** in the manner indicated below:

By delivering a true copy of each to and leaving with **Israel Minaya, AUTHORIZED AGENT** who stated he/she is authorized to accept service on behalf of the corporation/government entity.

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Male | BROWN | Black | 21-35 | 5ft9in-6ft0in | 161-200LBS |
| Other Features: | | | | | |

Sworn to and subscribed before me on
_____ 13, 20 17

Patricia Rothfritz
Notary Public, State of New York
No: 01R06055503
Qualified in Nassau County
Expires February 26, 2019

X_____
RAED IBRAHIM
License#: 1326602
SAMSERV. INC.
85 WILLIS AVENUE
STE. F
MINEOLA, NY 11501
LICENSE #0929611
Atty File#:

LAW OFFICE OF ANDREW C LAUFER PLLC
255 WEST 36TH ST
NEW YORK, NY 10018



LAW OFFICE OF ANDREW C LAUFER PLLC
CONSPICUOUS

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF MAILING**



Index no :17CV06779
Date Index Number Purchased: **09/07/2017**

| | |
|---|---|
| Plaintiff(s): | CRECITA WILLIAMS AS PROPOSED ADMINISTRATOR FOR THE ESTATE OF ROBERTO GRANT |
| Defendant(s): | UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS and EXECUTIVE ASSISTANT "PLOURDE" AND JOHN AND JANE DOE(S) AGENTS, SERVANTS AND EMPLOYESS OF THE DEFENDANTS |

STATE OF NEW YORK
COUNTY OF NASSAU    ss.:

**SALISHA HOSEIN**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **10/17/2017**, deponent completed service of mailing on **ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE**, by placing a copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT with index number and date endorsed thereon** in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" and by certified mail# 70170660000017446438 which was deposited in an official depository under the exclusive care and custody of the United States Post office in the State of New York and addressed to **ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE** at **CONSTITUTION AVENUE AND TENTH STREET NW, DEPARTMENT OF JUSTICE, WASHINGTON, DC 20530** via CERTIFIED RETURN RECEIPT

Sworn to and subscribed before me on
10/25/17

Patricia Rothfritz
Notary Public, State of New York
No: 01R06055503
Qualified in Nassau County
Expires February 26, 2019

X _____
SALISHA HOSEIN
SAMSERV. INC.,
85 WILLIS AVENUE
STE. F
MINEOLA, NY 11501
LICENSE # 0929611
Atty File#:

10/25/2017 USPS.com® - USPS Tracking® Results

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ×

Tracking Number: 70170660000017446438

Delivered

Expected Delivery on: Monday, October 23, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

Postal Product:     Features:
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **October 23, 2017, 4:43 am** | **Delivered** | **WASHINGTON, DC 20530** |
| Your item was delivered at 4:43 am on October 23, 2017 in WASHINGTON, DC 20530. | | |
| October 21, 2017, 1:01 pm | Business Closed | WASHINGTON, DC 20530 |
| October 21, 2017, 1:00 pm | Business Closed | WASHINGTON, DC 20530 |
| October 21, 2017, 11:54 am | Arrived at Unit | WASHINGTON, DC 20018 |
| October 21, 2017, 9:43 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20530 |
| October 20, 2017, 9:43 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20530 |
| October 19, 2017, 4:43 am | Departed USPS Regional Facility | WASHINGTON DC DISTRIBUTION CENTER |
| October 18, 2017, 10:50 pm | Arrived at USPS Regional Facility | WASHINGTON DC DISTRIBUTION CENTER |
| October 18, 2017, 5:43 am | Departed USPS Regional Facility | MID NY DISTRIBUTION CENTER |
| October 17, 2017, 10:03 pm | Arrived at USPS Regional Facility | MID NY DISTRIBUTION CENTER |

See Less ∧

## Available Actions

Text & Email Updates     ∨

LAW OFFICE OF ANDREW C LAUFER PLLC
CONSPICUOUS

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF MAILING**


*46848*

Index no :**17CV06779**
Date Index Number Purchased: **09/07/2017**

| Plaintiff(s): | CRECITA WILLIAMS AS PROPOSED ADMINISTRATOR FOR THE ESTATE OF ROBERTO GRANT |
|---|---|
| Defendant(s): | UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS and EXECUTIVE ASSISTANT "PLOURDE" AND JOHN AND JANE DOE(S) AGENTS, SERVANTS AND EMPLOYESS OF THE DEFENDANTS |

STATE OF NEW YORK
COUNTY OF NASSAU       ss.:

**SALISHA HOSEIN**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK.

On **10/17/2017**, deponent completed service of mailing on **FEDERAL BUREAU OF PRISONS**, by placing a copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET and COMPLAINT with index number and date endorsed thereon** in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" and by certified mail# 70170660000017446421 which was deposited in an official depository under the exclusive care and custody of the United States Post office in the State of New York and addressed to **FEDERAL BUREAU OF PRISONS** at **320 FIRST STREET NW, WASHINGTON, DC 20534**  via Certified Return Receipt

Sworn to and subscribed before me on
10/25/17

Patricia Rothfritz
Notary Public, State of New York
No: 01R06055503
Qualified in Nassau County
Expires February 26, 2019

X_____
SALISHA HOSEIN
SAMSERV. INC.,
85 WILLIS AVENUE
STE. F
MINEOLA, NY 11501
LICENSE # 0929611
Atty File#:

10/25/2017 USPS.com® - USPS Tracking® Results

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

Tracking Number: 70170660000017446421

Delivered

Expected Delivery on: Monday, October 23, 2017 by 8:00pm 

## Product & Tracking Information

See Available Actions

Postal Product:                Features:
                               Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 23, 2017, 7:29 am | Delivered, Left with Individual | WASHINGTON, DC 20534 |

Your item was delivered to an individual at the address at 7:29 am on October 23, 2017 in WASHINGTON, DC 20534.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 22, 2017, 11:31 am | Business Closed | WASHINGTON, DC 20534 |
| October 22, 2017, 11:13 am | Arrived at Hub | WASHINGTON, DC 20018 |
| October 22, 2017, 9:43 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20534 |
| October 21, 2017, 9:43 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20534 |
| October 20, 2017, 9:43 am | In Transit to Destination | ON ITS WAY TO WASHINGTON, DC 20534 |
| October 19, 2017, 4:43 am | Departed USPS Regional Facility | WASHINGTON DC DISTRIBUTION CENTER |
| October 18, 2017, 10:48 pm | Arrived at USPS Regional Facility | WASHINGTON DC DISTRIBUTION CENTER |
| October 18, 2017, 5:43 am | Departed USPS Regional Facility | MID NY DISTRIBUTION CENTER |
| October 17, 2017, 10:03 pm | Arrived at USPS Regional Facility | MID NY DISTRIBUTION CENTER |

See Less ∧

## Available Actions

Text & Email Updates  ∨