

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, NY 10007*

January 4, 2018

**BY ECF**
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Williams v. U.S., et al.,* No. 17 Civ. 6779 (WHP)

Dear Judge Pauley:

      This Office represents the United States, the Federal Bureau of Prisons, and Lee Plourde in the above-referenced action. I write in response to the Court's December 28, 2017 Order, Dkt. No. 11. While we reserve the right to assert the defense of lack of proper service within the time limits set forth in Federal Rule of Civil Procedure 4(m), Defendant Lee Plourde has authorized this Office to accept service on his behalf at the address provided below, to the extent the Court has determined that belated service should be permitted.

      Thank you for your consideration of this matter.

                                                   Respectfully,

                                                   JOON H. KIM
                                                   Acting United States Attorney for the
                                                   Southern District of New York

                 By:   */s/ Jennifer C. Simon*
                         Jennifer C. Simon
                         Assistant United States Attorney
                         86 Chambers Street, Third Floor
                         New York, New York 10007
                         Tel.: 212-416-2746