UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CRECITA WILLIAMS AS PROPOSED
ADMINISTRATOR FOR THE ESTATE OF
ROBERTO GRANT,

        Plaintiff,

CASE NO: 17cv6779 (WHP)

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS, and
EXECUTIVE ASSISTANT 'PLOURDE'
AND JOHN AND JANE DOE(S) AGENTS,
SERVANTS AND EMPLOYEES OF THE
DEFENDANTS

        Defendants.

---

### DECLARATION OF ANDREW C. LAUFER

Andrew C. Laufer, pursuant to the provisions of 28 U.S.C. sec. 1746, declares under penalties of perjury, as follows:

1. I am the principal of the Law Office of Andrew C. Laufer, PLLC attorneys for the Plaintiffs' CRECITA WILLIAMS, ET AL. I am familiar with the proceedings herein. I submit the declaration in opposition of the Defendant's motion to dismiss plaintiffs' action.

2. Attached hereto as Exhibit A is a true and correct copy of an amended Claim.

3. Attached hereto as Exhibit B is a true copy of a letter from the U.S. Department of Justice Federal Bureau of Prisons.

Dated: New York, New York
       February 26, 2018

LAW OFFICE OF
ANDREW C. LAUFER, PLLC

_____
By: Andrew C. Laufer
Attorney for Plaintiff
CRECITA WILLIAMS AS PROPOSED
ADMINISTRATOR FOR THE ESTATE
OF ROBERTO GRANT
255 West 36th Street, Suite 1104
New York, New York 10018
(212) 422-1020

To:

Jennifer C. Simon
US Attorneys Office SDNY
86 Chambers Street
New York, New York 10007
Jennifer.Simon@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO: 17cv6779(WHP)

CRECITA WILLIAMS AS PROPOSED
ADMINISTRATOR FOR THE ESTATE OF
ROBERTO GRANT,

Plaintiff,

-against-

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS, and
EXECUTIVE ASSISTANT 'PLOURDE'
AND JOHN AND JANE DOE(S) AGENTS,
SERVANTS AND EMPLOYEES OF THE
DEFENDANTS

Defendants,

**DECLARATION OF ANDREW C. LAUFER**

LAW OFFICE OF ANDREW C. LAUFER

**Attorney(s) for Plaintiff**

Office and Post Office Address
255 W. 36th Street, Suite 1104
New York, NY 10018

Tel: (212) 422 1020
Fax: (212) 422 1069

To:

Signature (Rule 130-1.1-a)
_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for:

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT
that an order of which the within is a true copy
will be presented for settlement to the HON one of the judges of the
within named Court at
on              at              M.
Dated,

Yours, etc.

Law Office of Andrew C. Laufer