# EXHIBIT B



**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

*Northeast Regional Office*
*2nd & Chestnut St., 7th Floor*
*Philadelphia, PA 19106*

September 28, 2015

Andrew Laufer
Law Offices of Andrew C. Laufer
255 West 36th Street
Suite 1104
New York, NY 10018

Dear Mr. Laufer:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of the first page of your request is attached to help you more easily keep track of your request.

FOIA/PA Request Number:    2015-07997
                           Roberto Grant, Reg. No. 69913-054
Processing Office:         NER

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined exceptional circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review, and/or your request requires consultation with at least one other agency with a substantial interest in your request. Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute. Processing complex requests may take up to nine months. Pursuant to 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay,

we will notify you of the estimated amount.  At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will make a decision whether to grant your request after we determine whether fees will be assessed for this request.

If you have questions regarding the status of your request or anything discussed in this letter, you may contact the NER at 215-521-7391 or the BOP FOIA Public Liaison, Mr. C. Darnell Stroble at (202) 616-7750 or BOP FOIA Section, 320 First Street, NW, Room 936, Washington, D.C. 20534. You can also check the status of your request on line at http://www.bop.gov/PublicInfo/execute/foia.

Sincerely,

Michael D. Tafelski
Regional Counsel

NYM

Received

# Law Office of Andrew C. Laufer, PLLC

SEP 0 8 2015

255 West 36th Street, Suite 1104
New York, NY 10018
(212) 422-1020 – Phone
(212) 422-1069 – Facsimile
www.lauferlawgroup.com

FOIA/PA Section
Federal Bureau of Prisons

ANDREW C. LAUFER
EVELYN JAW

JENNIFER CIPOLLA
Of Counsel

August 31, 2015

<u>Via Certified Mail</u>
Federal Bureau of Prisons
Central Office, Office of General Counsel
Freedom of Information Act
320 First Street, NW
Washington, DC 20534

Re:        **Roberto Grant**
ID #:       **69913054**
D.O.B.:   **03/28/1980**

Dear Sir/Madam:

Please be advised, this office represents, **Crecita Williams as proposed Administrator of the Estate of Roberto Grant.**

Enclosed please find an authorization signed by Crecita Williams which authorizes the release of all entire medical records, incident/injury reports and infraction reports of Roberto Grant to our office.

If there is a fee for any documents, please send us an invoice, and we will forward a payment to you.

Should you wish to further discuss this matter, please feel free to contact the undersigned.

Cordially,

Nimi Bridgelal
Legal Assistant

ACL/nb

PHILADELPHIA
PA 191
02 OCT '15
PM 5 L

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
$ 000.48
PITNEY BOWES
02 1P
0001126544   OCT 02 2015
MAILED FROM ZIP CODE 1910

UNITED STATES POSTAGE

**U.S. Department of Justice**
Federal Bureau of Prisons
*Northeast Regional Office*

*U.S. Custom House - 7th Floor*
*2nd and Chestnut Street*
*Philadelphia, PA 19106*

Official Business

1001875479