# Law Office of Andrew C. Laufer, PLLC

255 West 36th Street, Suite 1104
New York, NY 10018
(212) 422-1020 - phone
(212) 422-1069 - facsimile
E-Mail: alaufer@lauferlawgroup.com

Andrew C. Laufer
Evelyn Jaw

Of Counsel
Jennifer Cipolla

November 1, 2018

Via ECF
Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Williams, et al v. U.S., et al., No. 17 Civ. 6779 (WHP)

Dear Honorable Judge Pauley:

Our office represents the Plaintiff in the referenced matter. As directed by the Court, Plaintiff submits this letter to offer an update on the status of this action.

We are still awaiting the Kings County Surrogates Court to issue limited letters of administration on behalf of the guardian of the property for the decedent's minor children. All necessary paperwork, including any additional information they requested, have been submitted to the Surrogates Court several weeks ago. We are still awaiting issuance of these letters, unfortunately.

At this juncture, we believe we are able to partially amend the complaint as it pertains to the Bivens cause of action but not the FTCA claim since we believe that claim requires an administrator to be appointed for the decedent's estate.

We respectfully request additional time to for the Surrogates Court to issue these letters.

Thank you.

Respectfully submitted,

Andrew C. Laufer

Enc.:
ACL/
Cc:   Jennifer C. Simon, Esq. – Via ECF