UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MORRISON, as Administrator for the Estate of Roberto Grant, and NICOLE MORRISON, as Mother and Legal Guardian for the Property of AG and SG, Decedent's Minor Children,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA, FEDERAL BUREAU OF PRISONS, CORRECTION OFFICER KERN, EXECUTIVE ASSISTANT LEE PLOURDE, and JOHN AND JANE DOE(S) AGENTS, SERVANTS AND EMPLOYEES OF THE DEFENDANTS,<br><br>          Defendants. | 17 Civ. 6779 (WHP)<br><br>**NOTICE OF MOTION** |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion Dismiss by Defendants United States of America, Federal Bureau of Prisons, Officer Kearins, and Lee Plourde (collectively "Defendants"), dated April 30, 2019, Defendants, by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the Complaint. Defendants bring their motion under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Any oral argument on this motion will be held on a date and at a time designated by the Court.

1

2

Dated: New York, New York
April 30, 2019

                                        Respectfully submitted,

                                        GEOFFREY S. BERMAN
                                        United States Attorney of the
                                        Southern District of New York

By:    */s/ Jennifer C. Simon*
                                        JENNIFER C. SIMON
                                        Assistant United States Attorney
                                        86 Chambers Street, Third Floor
                                        New York, New York 10007
                                        Tel.: (212) 637-2746
                                        Email: Jennifer.Simon@usdoj.gov