# EXHIBIT C



US_00284  **SUBJECT TO PROTECTIVE ORDER**

https://bopware.bop.gov/inmtlbl/InmatePhotoServlet?photo=1902766&fullres=  5/19/2015



*Lieutenant's Office*

## MCC NEW YORK, NY
## EVIDENCE PHOTOS

**CASE OR INCIDENT REPORT NUMBER:**
**PHOTOGRAPHER:** Williams, A. S/O  **DATE:** 5-19-15  **TIME:** 2:02 AM
**LOCATION:** NY Presbyterian Lower Manhattan Hospital  **DESCRIPTION:** Photo of inmate
**INJURIES:** Death  **OBSERVED BY STAFF:** YES
**INMATE:** Roberto Grant #69913-054

US_00285         SUBJECT TO PROTECTIVE ORDER



*Lieutenant's Office*

## MCC NEW YORK, NY
## EVIDENCE PHOTOS

**CASE OR INCIDENT REPORT NUMBER:**
**PHOTOGRAPHER:** Williams, A. S/O      **DATE:** 5-19-15      **TIME:** 2:01 AM
**LOCATION:** NY Presbyterian Lower Manhattan Hospital    **DESCRIPTION:** Photo of inmate
**INJURIES:** Death                                       **OBSERVED BY STAFF:** YES
**INMATE:** Roberto Grant #69913-054





US_00286                                    **SUBJECT TO PROTECTIVE ORDER**

