# EXHIBIT D




TAKE A LOOK AT

- NO EXTERNAL INJURIES
- NOT CPR RELATED.
- HYOID BONE NOT BROKEN BUT COMPRESSED & BRUISED.
- LOTS OF HEMRO. FRONT & BACK OF NECK.
- PETCHIAI IN THE EYES/NECK/MOUTH.

- CONSIST. OF BEING CHOKED