

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 14, 2019

VIA ECF
Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Williams v. U.S., et al.,* No. 17 Civ. 6779 (WHP)

Dear Judge Pauley:

      In the above-captioned action, this Office represents the United States of America, Federal Bureau of Prisons, Officer Michael Kearins, and Officer Lee Plourde (collectively, "Defendants").

      I write respectfully pursuant to section III.F of Your Honor's Individual Practices. The papers filed in connection with Defendants' motion to dismiss are as follows:

- Dkt. No. 41: Defendants' notice of motion to dismiss
- Dkt. No. 42: Defendants' memorandum of law in support of the motion to dismiss
- Dkt. No. 46: Plaintiff's memorandum of law in opposition to the motion to dismiss
- Dkt. No. 47: Declaration of Plaintiff's counsel in opposition to the motion to dismiss
- Dkt. No. 48: Defendants' reply memorandum of law in support of the motion to dismiss

      Courtesy copies of these filings will be provided to chambers. I thank the Court for its consideration of this matter.

      Respectfully,

      GEOFFREY S. BERMAN
      United States Attorney for the
      Southern District of New York

By:    */s/ Jennifer C. Simon*
      Jennifer C. Simon
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Te1701l: (212) 637-2746
      Email: Jennifer.Simon@usdoj.gov