

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, NY 10007*

July 6, 2020

BY ECF
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *Williams v. United States*, No. 17 Civ. 6779 (WHP)

Dear Judge Pauley:

This Office represents the United States in the above-captioned action. I write on behalf of all parties to request a 60-day extension of current discovery deadlines. While the parties have taken initial depositions and have several more depositions scheduled during July, the parties are still working to schedule depositions of certain third parties, including an employee of the Office of the New York City Medical Examiner, prior to the exchange of expert disclosures.

The current discovery deadlines are: fact discovery to conclude July 27, 2020; Plaintiff's initial expert disclosures due July 7, 2020; Defendant's initial expert disclosures due July 28, 2020; and a discovery conference scheduled for August 6, 2020.

The parties respectfully request the following schedule: fact discovery to conclude September 25, 2020; Plaintiff's expert disclosures due September 25, 2020; Defendant's expert disclosures due October 16, 2020; expert discovery to conclude November 13, 2020; and a discovery conference to be scheduled in October or November 2020 at the Court's convenience.

This is the parties' second request for an extension of these discovery deadlines. The previous request was granted on March 30, 2020.

**Application granted. This Court adopts the parties' proposed schedule. The August 6, 2020 conference is rescheduled to November 20, 2020 at 12:00 p.m.**

Dated: July 7, 2020
          New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

I thank the Court for its consideration of this request.

                      Respectfully,

                      AUDREY STRAUSS
                      Acting United States Attorney
                      Southern District of New York

By:   */s/ Lucas Issacharoff*
                      Lucas Issacharoff
                      Assistant United States Attorneys
                      86 Chambers Street, Third Floor
                      New York, New York 10007
                      Tel: (212) 637-2737/2746
                      Email: Lucas.Issacharoff@usdoj.gov
                      Email: Jennifer.Simon@usdoj.gov