UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

| | : | |
|---|---|---|
| CRECITA WILLIAMS, *as Proposed Administrator for the Estate of Roberto Grant*, | : : : | 17cv6779 |
| | : | ORDER |
| Plaintiff, | : : | |
| -against- | : : | |
| UNITED STATES OF AMERICA, *et. al.*, | : : | |
| Defendants. | : : | |

------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        The Clerk of Court is directed to change the case caption to reflect Plaintiff Nicole Morrison's role as Administrator for the Estate of Roberto Grant, as follows:

------------------------------------

| | : | |
|---|---|---|
| NICOLE MORRISON, *as Administrator for the Estate of Roberto Grant*, | : : : | |
| Plaintiff, | : : | |
| -against- | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : : | |

------------------------------------

Dated:  September 25, 2020
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.