

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, NY 10007*

January 19, 2021

BY ECF
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Morrison v. United States*, No. 17 Civ. 6779 (WHP)

Dear Judge Pauley:

      This Office represents the United States in the above-captioned action. I write on behalf of the Government to respectfully request a two-week extension of the remaining expert discovery deadlines. The parties have completed fact discovery, but the Government requires additional time to produce its expert disclosures.

      The current deadline for the Government's expert disclosures is January 22, 2021; expert discovery is set to conclude February 12, 2021; and a status conference is scheduled for February 19, 2021. The Government respectfully requests that the Government's expert disclosures be due February 5, 2021; expert discovery conclude February 26, 2021; and that the status conference be rescheduled for a date in March 2021 at the Court's convenience.

      Plaintiff consents to this request. This is the Government's first request for an extension of expert discovery deadlines (except as attendant to fact discovery extensions).

I thank the Court for its consideration of this request.

                    Respectfully,

                    AUDREY STRAUSS
                    United States Attorney
                    Southern District of New York

By:   */s/ Lucas Issacharoff*
       Lucas Issacharoff
       Assistant United States Attorneys
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel: (212) 637-2737/2746
       Email: Lucas.Issacharoff@usdoj.gov

Cc: Counsel of Record via ECF