

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 11, 2021

**By ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Morrison v. United States*, No. 17 Civ. 6779 (WHP)

Dear Judge Pauley:

      This Office represents the United States in the above-referenced action. With Plaintiff's consent, I write to respectfully request a two week extension of the Government's deadline to file its motion for summary judgment, from June 21, 2021, until Friday, July 2, 2021, as well as a corresponding extension of the deadline for Plaintiff's opposition brief, from July 23, 2021, to August 6, 2021, the Government's reply brief from August 4, 2021, to August 18, 2021, and an adjournment of the oral argument currently scheduled for August 18, 2021, to a date and time thereafter convenient to the Court.

      I seek this extension due to unanticipated obligations in other matters which have delayed my ability to draft the motion within the current schedule. This is the first request for an extension of this deadline.

      I thank the Court for its consideration of this matter.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney for the
      Southern District of New York

By:       JENNIFER C. SIMON
      LUCAS ISSACHAROFF
      Assistant United States Attorneys
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2746/2737