

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 11, 2021

**By ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<span style="color:red">Application Granted. The Government shall file its motion for summary judgment by July 2, 2021; Plaintiff shall file its opposition papers by August 6, 2021; and the Government shall file its reply by August 18, 2021. The telephonic oral argument currently scheduled for August 18, 2021 is adjourned to September 2, 2021 at 11:00 a.m. The dial-in is 888-363-4749, passcode 3070580.</span>

Re:   *Morrison v. United States*, No. 17 Civ. 6779 (WHP)

Dear Judge Pauley:

This Office represents the United States in the above-referenced action. With Plaintiff's consent, I write to respectfully request a two week extension of the Government's deadline to file its motion for summary judgment, from June 21, 2021, until Friday, July 2, 2021, as well as a corresponding extension of the deadline for Plaintiff's opposition brief, from July 23, 2021, to August 6, 2021, the Government's reply brief from August 4, 2021, to August 18, 2021, and an adjournment of the oral argument currently scheduled for August 18, 2021, to a date and time thereafter convenient to the Court.

I seek this extension due to unanticipated obligations in other matters which have delayed my ability to draft the motion within the current schedule. This is the first request for an extension of this deadline.

I thank the Court for its consideration of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ Jennifer C. Simon
JENNIFER C. SIMON
LUCAS ISSACHAROFF
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2746/2737

SO ORDERED:

Dated: June 14, 2021
New York, New York

/s/ William H. Pauley
WILLIAM H. PAULEY III
U.S.D.J.