UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MORRISON, as Administrator for the Estate of Roberto Grant, and NICOLE MORRISON, as Mother and Legal Guardian for the Property of AG and SG, Decedent's Minor Children,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.,*<br><br>Defendants. | 17 Civ. 6779 (WHP)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon its Memorandum of Law in Support of Its Motion for Summary Judgment, dated July 2, 2021, and accompanying declarations, Defendant United States of America, by its attorney Audrey Strauss, United States Attorney for the Southern District of New York, hereby moves for an order granting summary judgment in its favor under Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 2, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney of the
Southern District of New York

By: /s/ Jennifer C. Simon

JENNIFER C. SIMON
LUCAS ISSACHAROFF
Assistant United States Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2746/2737