# EXHIBIT E

FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/21/2015

███████████████████ Inmate, Metropolitan Correctional Center
(MCC), 150 Park Row, New York, New York, was advised of the official
identity of the interviewing agents and the nature of the interview.

He was advised of his constitutional rights, as per Federal Bureau of
Investigation form FD-395, "Advise of Rights," which he acknowledged both
verbally and then by signing the waiver at the bottom of the form. He then
furnished the following information:

On May 18, 2015, ████████ who was incarcerated in the dormitory
of Unit 11 South of the MCC, was lying in his own bunk bed when he heard
inmates at the gate yelling for the correctional officers (COs) telling
them that someone was not moving.  An inmate he identified as ROBERTO
GRANT, also known as Berto, was the individual they were referring to, who
would not wake up and did not move.

He stated that a rumor was going around that his windpipe was
crushed but he does not believe it because no one could have crept in and
done that before someone would have stopped it. ███████ is not involved with
K-2.

Berto was someone he described as not much of a television
watcher but instead would rest on his bunk bed a lot. He was someone who
was respected on the unit and was friendly with everyone, known as a bit of
a peacemaker. Berto would check on ███████ and offer him food.

Investigation on   06/25/2015   at   New York, New York, United States (In Person)

File #  90A-NY-6383364                                    Date drafted   06/25/2015

by   Jason Randazzo, MCCAFFREY DANIEL X JR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER                                    US_03482

FD-302a (Rev. 05-08-10)

90A-NY-6383364

Continuation of FD-302 of  Interview of                     , On  06/25/2015 , Page  2 of 2

SUBJECT TO PROTECTIVE ORDER

US_03483

FD-302 (Rev. 5-8-10)                         - 1 of 1 -



### FEDERAL BUREAU OF INVESTIGATION

Date of entry   06/30/2015

           ▆▆▆▆▆▆▆  Inmate, Metropolitan Correctional Center (MCC), 150 Park Row, New York, New York, was advised of the official identity of the interviewing agents and the nature of the interview. He was advised of his constitutional rights, as per Federal Bureau of Investigation form FD-395, "Advise of Rights," which he acknowledged both verbally and then by signing the waiver at the bottom of the form. He then furnished the following information:

          On May 18, 2015, ▆▆▆▆▆, who was incarcerated in the dormitory of Unit 11 South of the MCC, was watching television at a table when he heard inmates calling for the correctional officers (COs), saying that an inmate he identified as ROBERTO GRANT, also known as Berto, passed out. As the COs attempted to lift GRANT from his bunk bed, he was dropped hard to the floor, which made a loud sound.

          Prior to the event, ▆▆▆▆ was in the bathroom making Kool-Aid. He had seen GRANT lying in his bunk bed in good spirits. Everyone in the unit got along well and he does not believe anyone would hurt GRANT. GRANT did not have any problems or ongoing disputes with anyone on the unit and everyone on the unit got along well. Inmates would stop anyone from hurting each other and it would be impossible for it to happen without someone seeing it. If someone had crushed his throat everyone would know about it.

          Berto smoked K-2 but he did not see him smoking it on that particular day.

---

Investigation on   06/25/2015   at   New York, New York, United States (In Person)

File #   90A-NY-6383364                               Date drafted   06/25/2015

by   Jason Randazzo, MCCAFFREY DANIEL X JR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJEC TO PROTECTIVE ORDER