Page 1

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ----------------------------------------X
    NICOLE MORRISON AS ADMINISTRATOR
4   FOR THE ESTATE OF ROBERTO GRANT AND
    AS MOTHER AND LEGAL GUARDIAN FOR
5   THE PROPERTY OF SG AND AG, DECEDENTS
    MINOR CHILDREN,
6
                              PLAINTIFF,
7

8            -against-         Case No.:
                              17 Civ:6779
9

10  UNITED STATES OF AMERICA, FEDERAL
    BUREAU OF PRISONS, EXECUTIVE ASSISTANT
11  LEE PLOURDE, CORRECTION OFFICER KERNS
    AND JOHN AND JANE DOE(S) AGENTS,
12  SERVANTS AND EMPLOYEES OF DEFENDANTS,
13                            DEFENDANTS.
    ----------------------------------------X
14

15              DATE: March 24, 2021
16              TIME: 10:03 A.M.
17

18

19          DEPOSITION of a Medical Expert
20  by a Witness, DR. GILL, taken by the
21  Plaintiff, pursuant to a Court Order and to
22  the Federal Rules of Civil Procedure, held
23  at the above date and time, before Lenaya
24  Lynch, a Notary Public of the State of New
25  York.

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4
      THE LAW OFFICE OF ANDREW LAUFER, ESQ.
 5       Attorneys for the Plaintiffs
         NICOLE MORRISON as ADMINISTRATOR
 6       for the ESTATE of ROBERTO GRANT
         and as Mother and Legal Guardian
 7       for the Property of SG and AG,
         Decedent's Minor Children
 8       264 West 40th Street, Suite 604
         New York, New York 10018
 9       BY: ANDREW C. LAUFER, ESQ.
10
11
      UNITED STATES ATTORNEY'S OFFICE
12    NEW YORK SOUTHERN DISTRICT
         Attorneys for the Defendants
13       UNITED STATES OF AMERICA, FEDERAL
         BUREAU OF PRISONS, EXECUTIVE
14       ASSISTANT LEE PLOURDE, CORRECTION
         OFFICER KERNS AND JOHN AND JANE
15       DOE(S) AGENTS, SERVANTS AND
         EMPLOYEES OF THE DEFENDANTS
16       US Attorney's Office
         86 Chambers Street, 3rd Floor
17       New York, New York 10007
         BY: JENNIFER C. SIMON, ESQ.
18
19
      ALSO PRESENT:
20
      LUCAS ISSACHAROFF, ESQ.
21
22
                 *          *          *
23
24
25
```

Page 3

1

2    F E D E R A L   S T I P U L A T I O N S

3

4

5    IT IS HEREBY STIPULATED AND AGREED by and

6    between the counsel for the respective

7    parties herein that the sealing, filing and

8    certification of the within deposition be

9    waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20   IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24            *      *      *      *

25

Page 4

1              DR. J. GILL

2   D R.    J A M E S    G I L L, called as a

3   witness, having been first duly sworn by a

4   Notary Public of the State of New York, was

5   examined and testified as follows:

6   EXAMINATION BY

7   MR. LAUFER:

8         Q.     Please state your name for the

9   record.

10        A.     James Gill.

11        Q.     What is your address?

12        A.     17 Otter Cove Drive, Old

13  Saybrook, Connecticut 06475.

14        Q.     Good morning, Dr. Gill.

15        A.     Good morning.

16        Q.     My name is Andrew Laufer.  I'm

17  an attorney.  I represent Nicole Morrison

18  as administrator for the Estate of Roberto

19  Grant.  I'll be asking you some questions

20  regarding that.  Please note that all of

21  your responses to my questions must be in

22  verbal form.  No nodding or shaking of the

23  head as the Court Reporter can't take that

24  down.

25              I know that you've probably

Page 5

1                     DR. J. GILL

2    heard all of these instructions before but

3    as a matter of course, I'm just going to go

4    through them again.  Please wait for me to

5    ask my question first before you begin your

6    response as the Court Reporter can't take

7    us down at the same time.  If, at any time,

8    you want to take a break, speak with

9    Counsel or for any other reason, that's

10   just fine.  Dr. Gill, are you currently

11   employed?

12        A.    Yes, I am.

13        Q.    Where are you currently

14   employed?

15        A.    The State of Connecticut.

16        Q.    In what capacity?

17        A.    I'm a chief medical examiner

18   for the State of Connecticut.

19        Q.    Can you briefly describe for

20   me, even though it seems obvious, what your

21   duties and responsibilities are, in

22   general?

23        A.    I have administrative duties at

24   the office but I also perform death

25   investigations and autopsies.

Page 6

                    DR. J. GILL

1

2       Q.    Does the State of Connecticut

3  allow you to be hired privately in matters

4  such as this?

5       A.    Yes.

6       Q.    Were you, in fact, hired by the

7  United States Attorney's Office to act as

8  an expert on their behalf in this case?

9       A.    Yes, I was retained by them.

10      Q.    Were you paid for this

11  retention?

12      A.    Yes.

13      Q.    How much were you paid?

14      A.    I think so far, I probably

15  billed about 7,000 dollars or something in

16  that ballpark.

17      Q.    Have you worked for the United

18  States Attorney's Office before?

19      A.    I've been called to testify for

20  them before and I have been retained by

21  them before, yes.

22      Q.    Do you recall how many times?

23      A.    No.

24      Q.    How long have you been -- I'm

25  assuming that you're a forensic pathologist

Page 7

1                    DR. J. GILL

2   as well, correct?

3        A.    Correct.

4        Q.    How long have you been a

5   forensic pathologist for?

6        A.    Since July -- well, since '97,

7   '98.  I think I got boarded in '98.

8        Q.    That was my next question, are

9   you board certified as a forensics

10  pathologist?

11       A.    Yes.

12       Q.    Where are you board certified?

13       A.    By the American academy of --

14  sorry, the American Board of Pathology,

15  board of anatomic and forensic pathology.

16       Q.    What state or states are you

17  licensed to practice medicine?

18       A.    New York and Connecticut.

19       Q.    Have you practiced medicine in

20  New York before?

21       A.    Yes.

22       Q.    In the capacity of prior

23  employment by the United States Attorney's

24  Office, have you been retained revolving

25  wrongful death cases?

1                      DR. J. GILL

2          A.      I think most of them are kind

3   of criminal matters but yeah, I think

4   generally, they're criminal.

5          Q.      Not in the civil realm so much?

6          A.      Not so much, no.

7          Q.      Have you given testimony in the

8   civil realm in relation to wrongful death

9   cases in your career?

10          A.      Yes.

11          Q.      Can you approximate how many

12   times?

13          A.      I'm not sure -- for wrongful

14   death, you mean a malpractice type thing?

15          Q.      Anything.  Yeah, malpractice or

16   you know, murder or anything.

17          A.      It probably -- yeah, dozens of

18   times.

19          Q.      You've testified in various

20   different jurisdictions?

21          A.      Yes.

22          Q.      Outside of Connecticut and New

23   York?

24          A.      Correct.

25          Q.      In conjunction with this

1                        DR. J. GILL

2    particular matter, were you provided any

3    types of materials by the United States

4    Attorney's Office to review which you used

5    in the formation of your opinions in your

6    report of February 5th, 2021?

7         A.    Yes.

8         Q.    Could you tell me what

9    materials you were provided by the United

10   States Attorney's Office?

11        A.    Sure.  I'm going to refer to my

12   reports.

13        Q.    That's fine.  I guess for the

14   record, we'll agree that we're all looking

15   at your report right now of February 5th of

16   2021?

17        A.    Correct.

18             MS. SIMON:  Just do you want to

19        mark that as an exhibit just for

20        clarity later?

21             MR. LAUFER:  Why don't we mark

22        that as Plaintiff's Exhibit 1?

23             (Whereupon, Dr. Gill's February

24        5th, 2021 Report was marked as

25        Plaintiff's Exhibit 1 for

Page 10

1                    DR. J. GILL

2          identification as of this date by the

3          Reporter.)

4          Q.     Are you ready for me?

5          A.     Yep.

6          Q.     Okay, just tell me the

7   documents that you reviewed in furtherance

8   of writing your report of February 5th that

9   was provided to you?

10         A.     Yes, so the New York City

11  Office of Chief Medical Examiner, their

12  autopsy report, neuropathology report, case

13  notes, essentially a file that they sent

14  including the autopsy images and the

15  radiographs and the autopsy notes,

16  toxicology reports, the OCME hospital

17  report of death form, medical records from

18  New York Presbyterian Hospital, Bureau of

19  Prisons and Health Services' medical

20  records, the FBI 302 investigative reports,

21  inmate incident report, Metropolitan

22  Correction Center staff memos, New York

23  State Department of Correctional Services

24  health services and the plaintiff

25  disclosure.

Page 11

1                    DR. J. GILL

2        Q.     Were these the complete

3    documents and all of the information that

4    you reviewed and you used to form the basis

5    of your report?

6        A.     I believe so, yes.

7        Q.     Is there anything else that you

8    used aside from what you have listed here?

9        A.     No.

10       Q.     Did you take any notes during

11   the course and scope of drafting this

12   report?

13       A.     No.

14       Q.     Did you take any notes in

15   preparation for this deposition today?

16       A.     No.

17       Q.     Did you make any notes at all

18   in your review of this particular incident?

19       A.     No.

20       Q.     So let's start with regard to

21   what you had actually reviewed.  Could you

22   tell me what synopsis you came up with with

23   regard to what occurred regarding Mr.

24   Grant?

25              MS. SIMON:  Objection.  You

Page 12

1                    DR. J. GILL

2          should be more -- I'm not quite sure

3          what you mean by what synopsis.  You

4          have his report.

5               MR. LAUFER:  Right, I want to

6          kinda go through his report and I was

7          going to start asking him a few other

8          questions about his conclusions.

9          We're not getting to his opinions

10         yet.  All right, let me rephrase

11         that.  That might be better.

12      Q.     What information, from the

13   documents that you've just listed, did you

14   use to derive the synopsis that you list

15   here on Page 1 of your report?

16      A.     Well, it varied.  I mean there

17   are different parts that went into

18   different parts of the report.

19      Q.     Fine.  It seems as if you

20   focused on his medical history of cardiac

21   issues.  Chest pain, shortness of breath,

22   things of that nature from about five years

23   prior to this incident, is that correct?

24               MS. SIMON:  Objection to form.

25      A.     I did describe his past medical

Page 13

1                      DR. J. GILL
2     history of intermittent chest pain and
3     shortness of breath with exertion and his
4     anemia, yes.
5          Q.    Right.   And that was diagnosed
6     back in May of 2010, correct, according to
7     your report?
8          A.    I don't recall the exact dates
9     but yeah, he had a treadmill test on --
10    2011.
11         Q.    That was a normal stress test,
12    is that correct?
13         A.    Correct.
14         Q.    With regard to cardiac issues,
15    they can resolve, is that correct, during
16    the course and scope of someone's life?
17         A.    It depends upon the cardiac
18    event that you're talking about.
19         Q.    I'm talking about specifically
20    what's referred to here regarding Mr.
21    Grant.   These types of issues with regard
22    to what you had listed as his past medical
23    history, shortness of breath with exertion,
24    those types of things can resolve, can they
25    not?   Naturally.

Page 14

1                    DR. J. GILL
2        A.     Well, they're intermittent.   So
3    they can come and go.
4        Q.     It's not something that's
5    chronic that can be there for the rest of
6    his life necessarily?
7        A.     It depends what's causing them.
8    If what's causing them is a chronic
9    disease, then yeah, they're going to be
10   coming and going.
11       Q.     I'll represent to you that my
12   client was found unconscious on May 18th,
13   2015 at approximately 23:40 hours within
14   his tier.  CPR was performed on him.  Can
15   you describe for me how one properly
16   performs CPR, what technique is used?
17       A.     You know, it's getting a little
18   bit out of my area of expertise.  I mean
19   obviously, I've had training in CPR many
20   years ago but in general, you follow the
21   ABC's.  Airway, breathing, circulation and
22   you try and maintain the ventilation and
23   oxygenation as well as the circulation.
24       Q.     But you did opine that in your
25   report, did you not, that some of Mr.

Page 15

1                    DR. J. GILL

2    Grant's, if not all of Mr. Grant's neck

3    injuries, were caused by the performance of

4    CPR on him, did you not?

5         A.    Yes, I did.

6         Q.    What is your understanding of

7    how to perform CPR properly?

8         A.    Well, proper CPR means that

9    you're able to continue the circulation and

10   ventilate the patient.

11        Q.    How does one go about doing

12   that, specifically?

13        A.    Well, I mean there's a whole

14   algorithm and protocol but you establish an

15   artificial ventilation respiratory system

16   and then you try and either convert the

17   heart back into a normal rhythm with

18   electricity or you do CPR or chest

19   compressions to try and maintain the

20   circulation.

21        Q.    Chest compressions means

22   putting pressure on the chest cavity itself

23   to restart a sinus rhythm, is that correct?

24        A.    No.

25        Q.    What does it mean then?  You

DR. J. GILL

1
2  can describe for me what that means.

3      A.    It means you're trying to just
4  pump the heart yourself with your hands.
5  It has nothing to do with the rhythm or
6  restarting it but you need electricity to
7  do that.  You're trying to keep the heart
8  pumping by pushing on it, by pumping the
9  blood to the brain and so forth to keep the
10 circulation artificially maintained until
11 you can restart the heart.

12     Q.    What about clearing airwaves,
13 is that part of doing CPR?

14     A.    Assessing the airway, making
15 sure there's no blockages initially and
16 then yes -- then you need to -- because the
17 person's not breathing, you need to
18 artificially get air into their lungs and
19 get it back out.  So that would be part of
20 CPR.

21     Q.    How does one go about doing
22 that?

23     A.    There are a variety of ways.
24 You can do mouth-to-mouth resuscitation or
25 you can put in a breathing tube or a mask

1                    DR. J. GILL

2   with a bag to try and do that.

3        Q.    Do you know how that was done

4   while first responders initially found Mr.

5   Grant and instituted CPR on him, as the one

6   you did in your report?

7        A.    As I recall, there was mention

8   of a masked tube that was forcibly,

9   initially put in.  Ultimately, he did have

10  an endotracheal tube because that was what

11  was found at autopsy.

12       Q.    Well, the endotracheal tube is

13  usually put in at the hospital or by EMS,

14  is it not?

15       A.    It can be a medic/ambulance

16  person, hospital, yes.

17       Q.    The EMT or something like that.

18  Did you read any information that

19  mouth-to-mouth resuscitation was actually

20  performed on my client?

21       A.    I don't recall seeing anything

22  about mouth-to-mouth resuscitation, no.

23       Q.    While performing some sort of

24  mouth-to-mouth resuscitation, does that

25  require compression be placed on either

1                    DR. J. GILL

2   side of the victim's neck against where the

3   carotid arteries are located?

4        A.    You may put tracheal pressure

5   when you're intubating someone but as far

6   as mouth-to-mouth, no.

7        Q.    Does that also mean putting

8   pressure on the trachea itself externally

9   to perform mouth-to-mouth resuscitation?

10            MS. SIMON:  Objection to form.

11        Can you clarify what we're talking

12        about, are we talking about -- maybe

13        you can just re-ask that one.

14        Q.    When performing CPR,

15   mouth-to-mouth resuscitation is part of

16   doing that, performing that activity,

17   putting pressure on the trachea externally?

18        A.    No, that wouldn't be part of

19   it.

20        Q.    How about putting pressure on

21   the hyoid bone?

22        A.    No, that wouldn't be part of

23   it.

24        Q.    Now merely because someone may

25   have a chronic condition like a heart

Page 19

1                    DR. J. GILL

2   condition or high blood pressure for that

3   matter, I believe Mr. Grant suffered from

4   high blood pressure, that doesn't mean that

5   that is necessarily the cause of one's

6   death, would you agree with that statement?

7          A.     It's a potential cause and you

8   need to look at the entire case and put it

9   all together to make the final diagnosis.

10         Q.     Potential, sure, but someone

11  could also be murdered too.  I mean if

12  there's evidence to show that maybe they

13  suffered blunt force trauma or

14  strangulation, would you agree with that?

15         A.     That's why I said you need to

16  look at the whole picture, correct.

17         Q.     Strangulation can also cause

18  cardiac arrest, can it not?

19         A.     Cardiac arrest means you're

20  dead so anything that's going to cause your

21  death is going to cause cardiac arrest.

22         Q.     Of course, and strangulation is

23  one of those things as well, right?

24         A.     Yes.

25         Q.     Can strangulation also cause a

1                    DR. J. GILL

2    compression of the hyoid bone?

3          A.     Yes, it can.

4          Q.     Mr. Grant's hyoid bone was

5    found to be compressed in this particular

6    instance, was it not?

7          A.     I don't think I can make that

8    conclusion.

9          Q.     Did you review the medical

10   reports and the notes, as you stated

11   earlier, and the coroner's report?

12         A.     Yes, I did.

13         Q.     Did you notice, in any of those

14   documents, that there was compression of

15   the hyoid bone?

16         A.     There's hemorrhage around the

17   hyoid bone but that doesn't necessarily

18   mean compression.

19         Q.     I understand that but did you

20   review any documents which stated that

21   there was compression of the hyoid bone?

22   That's my question to you.

23         A.     I don't recall.  You would have

24   to point it out to me.  I don't recall

25   specifically.

1                     DR. J. GILL

2         Q.      You would agree that a hyoid

3    bone doesn't necessarily need to fracture

4    in order for someone to be choked to death?

5         A.      That's correct.

6         Q.      It can be just merely

7    compressed, is that correct?

8         A.      Correct.

9         Q.      Would you agree that

10   pericarotid artery hemorrhages bilaterally

11   is not usually something that occurs when

12   performing CPR?

13        A.      Again, let's be clear about

14   CPR.  I mean if you're talking about CPR,

15   which includes potentially intubation and

16   so forth, then I would say yes, it can

17   happen but if you're just talking about

18   mouth-to-mouth resuscitation, I would say

19   no.

20        Q.      Do you know whether or not Mr.

21   Grant was intubated while he was at the

22   prison?

23        A.      I recall a mask with some type

24   of tube that was placed in it but I don't

25   know when the actual intubation happened.

Page 22

1                    DR. J. GILL

2        Q.     How about distention of neck

3    veins and temporal vessels, would that

4    occur during the performance of CPR?

5        A.     Yes.

6        Q.     How about petechial hemorrhages

7    of the eyes and soft tissue and muscle,

8    would that occur as a result of the

9    performance of CPR?

10       A.     Yes.

11       Q.     Could that also occur when

12   someone's being strangled?

13       A.     Yes.

14       Q.     Can distention of the neck,

15   veins and temporal vessels also occur as a

16   result of someone being strangled?

17       A.     Yes.

18       Q.     You also stated, in your

19   opinion, that there was some minor blunt

20   injuries, hemorrhages under the scalp but

21   there was more than just hemorrhages under

22   the scalp with regard to blunt force trauma

23   in this instance, wasn't there?

24       A.     There was some bruising I think

25   at the shoulder.  I'm not sure what else.

Page 23

1                    DR. J. GILL

2    There were no fractures or anything like

3    that.

4                    MR. LAUFER:  I understand.  I'm

5            going to draw your attention -- we'll

6            mark it as Plaintiff's 2 -- the

7            Office of the Medical Examiner, City

8            of New York autopsy report.

9                    (Whereupon, Office of the

10           Medical Examiner, City of New York

11           Autopsy Report was marked as

12           Plaintiff's Exhibit 2 for

13           identification as of this date by the

14           Reporter.)

15       Q.    Let me know when you're ready.

16       A.    Yes, I'm ready.

17       Q.    You would notice under final

18   diagnosis, the first page here.  Number 1,

19   blunt force trauma of head, neck, torso and

20   extremities.  You would agree that that's a

21   little bit greater than what you had stated

22   in your report as under Number 5, the

23   conclusion, there were minor blunt

24   injuries?

25                    MS. SIMON:  Objection.

Page 24

```
                        DR. J. GILL
 1
 2        A.     No.   I mean that's describing
 3   where they are but I mean it's degree of
 4   the blunt injuries that I'm talking about.
 5   Not to where they are, no.
 6        Q.     Well, you would agree that
 7   head, neck, torso and extremities covers
 8   basically the entire body, does it not?
 9        A.     Well, it doesn't cover all the
10   extremities but some of the extremities,
11   yes.
12        Q.     Well, they say extremities.
13   They don't specify, do they?
14             MS. SIMON:   Objection.
15        A.     I don't know.   You would have
16   to look through the actual diagnosis.
17        Q.     Let's go down to M.   They have
18   a conclusion of final diagnosis of
19   hemorrhage, left forearm muscle, right
20   elbow.   Left forearm muscle -- it looks
21   like five inch hemorrhage.   Would you agree
22   with that?
23        A.     I have no reason to disagree
24   with it.
25        Q.     Right elbow, a half inch
```

Page 25

1                    DR. J. GILL

2    hemorrhage?

3          A.      Correct.

4          Q.      Left shoulder, four inch

5    hemorrhage?

6          A.      Correct.

7          Q.      Right lateral chest soft

8    tissue, one inch hemorrhage, would you

9    agree with that?

10         A.      Yes.

11         Q.      Would you agree that those

12   injuries are significant?

13         A.      It depends what you mean by

14   significant.

15         Q.      Well, as to type of blunt force

16   as to the fact that the decedent suffered

17   from blunt force trauma.

18         A.      I'm not sure that they're all

19   due to blunt force trauma, frankly.

20         Q.      Well, I understand that but

21   this is the conclusion of the New York City

22   medical examiner's office that these

23   hemorrhages existed?

24         A.      Correct.

25         Q.      That in general, when someone

1                    DR. J. GILL

2    suffers a heart attack, they don't have

3    this type of hemorrhage, the way it's

4    described here under M, throughout their

5    body, does it?

6         A.    It depends.  It depends on many

7    factors.

8         Q.    There was also a tracheal ring

9    hemorrhage under Letter H and they're

10   claiming it's large, the medical examiner's

11   office.  What causes that?

12        A.    Force to that area, blunt

13   force.

14        Q.    Could that also include

15   strangulation?

16        A.    It could include that, yes.

17        Q.    There's also evidence of deep

18   lung pericardial laceration, one inch, left

19   lower lobe.  Could that also be caused by

20   blunt force trauma?

21        A.    By definition, a laceration is

22   blunt force trauma.  I think that injury is

23   actually an artifact of the autopsy.  I

24   just can't see how you could get a

25   laceration to surface at the lung without a

Page 27

                        DR. J. GILL

1

2    rib fracture frankly.  So I really don't

3    know what to make of that frankly.

4         Q.     Well, I mean it's possible that

5    that can happen if someone is struck in the

6    ribs, could it not?

7         A.     To lacerate the lung, no.  I

8    mean you may get some bruising but you're

9    not going to lacerate the lung from a blow

10   to the chest, no.

11        Q.     Well, not necessarily to the

12   chest.  You don't need to blow someone to

13   the chest.  They could be struck at the

14   torso, the rib level multiple times and

15   that can cause that type of injury, could

16   it not?

17        A.     Not a laceration, no.

18        Q.     You would agree that the

19   toxicology report was negative with regard

20   to any drugs found in my client's system,

21   correct?

22        A.     I would agree that they did not

23   detect any drugs in the system.

24        Q.     You're aware of what standard

25   of care is, right, the phrase standard of

Page 28

DR. J. GILL

1

2    care?

3         A.    In general.

4         Q.    Back in 2015, the type of tests

5    that were run by those examining Mr.

6    Grant's body were the ones that were

7    generally used in the course and scope of

8    making these kinds of determinations with

9    regard to any kind of toxicology?

10        A.    Yes, I think that's a fair

11   statement.

12        Q.    You had also stated that you

13   had reviewed some 302's and some witness

14   statements from the prisoners?

15        A.    Yes.

16        Q.    Did you find them all

17   consistent, were there any inconsistencies

18   in those statements about Mr. Grant prior

19   to him collapsing?

20        A.    Yeah, I think you're always

21   going to find little inconsistencies but I

22   think looking at the big picture,

23   everything fit for me.

24        Q.    You don't agree that while one

25   inmate said that he was sitting down and

1                    DR. J. GILL

2    slumped over and then one inmate said that

3    he was standing up and then fell to the

4    ground is a significant inconsistency?

5          A.     No.

6          Q.     You don't find it inconsistent

7    that one inmate said that he was having a

8    full conversation and then fell over and

9    another stating that he was completely

10   silent and then slumped over?

11         A.     No.

12         Q.     Let's go to your opinions here.

13   I'll ask again, we'll start with one.

14   While you state that enlargement of heart

15   can cause a fatal arrhythmia, there was no

16   indication that Mr. Grant was suffering

17   from any kind of arrythmia or any other

18   kind of similar condition at the time of

19   his death?

20         A.     I would disagree with that.

21         Q.     That he was suffering from

22   arrythmia, did you review any records to

23   show that he was suffering at the time from

24   an arrythmia?

25         A.     Yeah, he had a sudden death.

1                    DR. J. GILL

2    That's from an arrhythmia.

3         Q.    Well, I understand that's your

4    opinion but I'm talking about past medical

5    history.  Was this something that was just

6    acute that just occurred right at his death

7    or was he suffering from an arrhythmia;

8    prior to him passing away, did you review

9    any medical records that had indicated

10   that?

11        A.    There wouldn't be any medical

12   records showing an arrythmia.  What you're

13   looking for is anatomical substrate that

14   would explain an arrhythmia.  I can't see

15   -- no one can see an arrhythmia at autopsy.

16   So you're looking for a disease that's the

17   extent -- that would explain a sudden

18   cardiac death and he has two components of

19   that, the hypertensive cardiovascular

20   disease which by itself, would explain a

21   sudden death.  I've seen people drop dead

22   with this exact same heart disease.  As

23   well as the coronary artery disease.  So he

24   has two types of heart disease that both

25   can cause a sudden unexpected death --

Page 31

                    DR. J. GILL

1
2        Q.      Right, but --
3        A.      -- cause a sudden arrhythmia.
4        Q.      I apologize for interrupting
5   you.  You could also detect diagnostically
6   an arrythmia, could you not, a heart
7   arrhythmia prior to someone dropping dead?
8        A.      Well, I mean if you have an EKG
9   hooked up to them, you can.  Sure.
10       Q.      An EKG is something that would
11  detect something like that, would it not?
12       A.      That's what it's meant to do,
13  check the heart rhythm.  Yes.
14       Q.      If someone is suffering from
15  atrial fibrillation or any other kind of
16  heart pathology, an EKG would do that,
17  would it not?
18           MS. SIMON:  Objection.  Maybe
19        you can just clarify, you're talking
20        about before someone dies.  If you
21        could indicate in your question at
22        what point in time that we're talking
23        about.
24           MR. LAUFER:  Any time.  It
25        doesn't matter.

Page 32

1                    DR. J. GILL

2        Q.    Before they die, if they're

3   hooked up to an EKG machine, especially

4   someone with a history of heart issues,

5   this would be something that would be done

6   periodically, would it not, to ascertain

7   the rhythm of the heart?

8        A.    Yeah, people can have a

9   completely normal EKG during their -- when

10  they're not symptomatic or not having a

11  problem.  When you're having this irregular

12  rhythm, it's like turning off a light

13  switch.  You have a totally normal rhythm

14  and then all of a sudden, it goes into an

15  irregular rhythm and the person loses

16  consciousness and dies.

17       Q.    I completely understand --

18       A.    So an EKG, a minute before this

19  happened was probably going to show a

20  normal rhythm.

21       Q.    That's not my question.  My

22  question is was there any indication in

23  this gentleman's history, Mr. Grant's

24  history, where an EKG demonstrated that he

25  was suffering from a heart arrhythmia?

1                    DR. J. GILL

2          A.      No, and that's not unusual.   We

3    don't -- many people have normal EKG's and

4    then drop dead with that normal EKG the

5    next day.

6          Q.      But many individuals who also

7    drop dead, as you had described, also don't

8    have blunt force trauma throughout their

9    body, do they?

10                 MS. SIMON:   Objection to form.

11         A.      Some of them do.

12         Q.      You're saying that someone

13   whose arrythmia was never detected and they

14   suddenly just collapse and die and

15   throughout their body, they suddenly have

16   blunt force trauma throughout their head,

17   torso and extremities?

18         A.      I mean I think throughout their

19   body -- technically, you're correct but

20   we're talking about a little hemorrhage in

21   the arm which is probably from a

22   intravenous line that they put.   He had a

23   collapse which could cause injury.   We see

24   blunt injuries on people with unprotected

25   falls from cardiac deaths everyday.   When

Page 34

DR. J. GILL

2  someone has a cardiac event, they collapse,

3  they hit their head on the floor.  They get

4  a laceration.  That is very common to see.

5  We're not talking about bruises all over

6  the place, fractures, lacerations,

7  abrasions.  We're talking about some

8  bruising.

9      Q.   I understand that.  Some

10  bruising not just to the left forearm

11  muscle -- which is five inches, which is

12  large -- right elbow, left shoulder and

13  right lateral chest soft tissues.  We're

14  not just talking about one on his arm,

15  we're talking about throughout his body.  I

16  mean you would agree that the medical

17  examiner's report is probably the most

18  accurate about what occurred here, would

19  you not?

20      A.   It certainly describes the

21  injuries but you know, the elbow is a

22  common place for a falling type injury.  A

23  person collapses, their elbow hits

24  something.  Their shoulder, you see -- you

25  can see hemorrhage on the chest from CPR.

1                     DR. J. GILL

2    So they're all blunt injuries because it's

3    blunt force even though it's from CPR.

4         Q.     How about hyoid bone

5    compression; would you agree that people

6    that usually collapse suddenly from this

7    type of an affliction, that you're basing

8    your opinion on, generally don't have

9    compression of their hyoid bone?

10        A.      Again, they generally don't

11   have hemorrhage or compression around the

12   hyoid bone unless they've been attempted at

13   resuscitation.

14        Q.     They generally don't have

15   petechial hemorrhages of the eyes and

16   preorbital soft tissue and muscle, you

17   would agree with that, right, generally?

18        A.      It depends what they're dying

19   of.  You can get petechia from other

20   causes.

21        Q.     Right, like oxygen deprivation

22   could cause that, could it not?

23        A.      No.

24        Q.     How about straining from being

25   choked to death, could that cause those

Page 36

1                    DR. J. GILL

2    types of afflictions?

3         A.     It's more of an interruption in

4    the blood supply to the head where you're

5    interfering with the blood returning to the

6    heart.   That's what causes petechia.

7         Q.     And strangulation could cause

8    that, could it not?

9         A.     Yes.

10        Q.     Pressure on the carotid

11   arteries could prevent blood from going to

12   the brain, could it not?

13        A.     Correct.

14        Q.     That could cause these types of

15   injuries, could it not?

16        A.     No. Pressure on the carotid

17   artery wouldn't cause petechia.

18        Q.     Bilaterally on the carotid

19   artery and the trachea?

20        A.     No.

21        Q.     Your basis on saying that the

22   decedent was lucid before he died was just

23   on the statements of prisoners, was it not?

24        A.     Yes.

25        Q.     Not on any medical personnel?

1                    DR. J. GILL

2        A.     I don't think there were any

3   medical personnel there.

4        Q.     Let's talk a little bit about

5   the toxicology report, your finding under

6   Number 4.  You stated that no synthetic

7   cannabinoids were detected in the

8   toxicology test.  You would agree with

9   that, right?

10       A.     Correct.

11       Q.     In 2014, there were over 170

12  different known synthetic cannabinoids.

13  You would agree with that statement,

14  correct?

15       A.     Yes.

16       Q.     But you understand that the

17  year of death was 2015, was it not?

18       A.     Yes.

19       Q.     Did the testing change from

20  2014 to 2015 with regard to testing for

21  synthetic cannabinoids?

22       A.     I think we're talking about two

23  different things.  MS was -- what they

24  tested for in 2015 were for 32 of them but

25  prior to that testing, there were over 170.

Page 38

                        DR. J. GILL

1

2   They just didn't test for all 170.  They

3   only tested for 32 of them.

4           Q.    But you would agree that that

5   was a standard that NMS Labs would use in

6   testing for cannabinoid use back in 2015?

7           A.    From the report, those are the

8   ones that they were able to detect.  They

9   weren't able to detect all 170.

10          Q.    I understand that but they also

11  may not have found it necessary to test for

12  170 because they may have been similar

13  enough to the 32 general ones that they

14  tested for, is that correct?

15          MS. SIMON:  Objection to form.

16          Q.    You can answer the question.

17          A.    I think it's getting a little

18  bit out of my area of expertise but my --

19  any toxicology lab is -- the more they can

20  test and identify, they will.  I mean I've

21  spoken to people at NMS and they're looking

22  to try and be able to identify more and

23  more of these but it's tough to get samples

24  and so forth.

25          Q.    Well, synthetic cannabinoids

Page 39

1                          DR. J. GILL

2    are also outside the scope of your

3    expertise, is it not?

4          A.      No.

5          Q.      Well, in terms of how many

6    there are, in terms of use and how they're

7    ingested and things of that nature, is that

8    within your expertise?

9          A.      Yeah, that's apart of forensic

10   pathology.  We see people abuse these and

11   we have to be able to test for them and

12   diagnose them and interpret them.  Sure.

13         Q.      Now let's go to Number 5.  You

14   said there was minor blunt injuries,

15   hemorrhages under the scalp of the head but

16   none of them caused or contributed to

17   death.  You would agree that the New York

18   City examiner's report didn't refer to any

19   of the blunt force trauma suffered by Mr.

20   Grant as minor, would you not?

21         A.      I would have to look at the

22   report.

23         Q.      But you reviewed the report in

24   furtherance of drafting your report, did

25   you not?

Page 40

1                    DR. J. GILL

2         A.    Yes, I did.

3         Q.    Let's go to Paragraph 6.  Now

4    do you know the plaintiff's expert, Dr.

5    Hua?

6         A.    Yes.

7         Q.    Have you worked with him in the

8    past?

9         A.    Yes.

10        Q.    What is your opinion of Dr.

11   Hua?

12        A.    He's a New York board certified

13   forensic pathologist.

14        Q.    Do you respect his work?

15        A.    I'm not that familiar with all

16   his work.

17        Q.    How about the medical examiner,

18   Jennifer L. Hammers, are you familiar with

19   her?

20        A.    Yes.

21        Q.    Have you worked with her

22   before?

23        A.    Yes.

24        Q.    Do you respect her work?

25        A.    From the report I've seen here,

1                    DR. J. GILL

2    it seems pretty complete.

3         Q.    You don't think that she

4    misrepresented anything or lied or anything

5    like that in the report?

6         A.    No.

7         Q.    You mentioned in this Paragraph

8    6, hypertensive and/or atherosclerotic

9    cardiovascular disease are well-recognized

10   as causes of sudden death.  You stated

11   that, correct?

12        A.    Yes.

13        Q.    But it doesn't necessarily mean

14   that that is what Mr. Grant passed away

15   from, this is just your opinion?

16        A.    No, those are facts.  I mean

17   people die everyday from those diseases and

18   it's a matter of looking at the whole

19   picture and putting it all together and not

20   just -- you can't look at the autopsy in a

21   vacuum.  You need to look at the

22   circumstances surrounding it otherwise, you

23   may misinterpret findings at autopsy.

24        Q.    Like the various blunt force

25   trauma the decedent may have suffered from,

Page 42

                    DR. J. GILL

1
2      correct?
3          A.     There's blunt force trauma
4      there.  The question is what caused it.
5          Q.     Bilateral compression of the
6      carotid arteries, correct?
7          A.     There's hemorrhage around the
8      carotid arteries.
9          Q.     And the tracheal rings as well?
10         A.     Correct.
11         Q.     The petechial hemorrhages of
12     the eyes and soft tissues, you would agree
13     that that's significant as well, correct?
14         A.     It can be.  We see it pretty
15     frequently.  Again, you need to interpret
16     those in the context of the entire case.
17         Q.     You would agree that the
18     medical records that you reviewed regarding
19     Mr. Grant's cardiovascular issues were
20     from 2010 and 2011, is that correct?
21         A.     I believe so, yes.
22         Q.     Did you review any other
23     cardiovascular medical records or history
24     regarding Mr. Grant's heart from 2011 to
25     the date of his death in 2015?

Page 43

DR. J. GILL

1
2      A.    I mean the autopsy report which
3 showed it but no, I don't remember any
4 other medical records.
5      Q.    So there's a four year gap
6 there up until the autopsy report, is there
7 not, regarding any type of history
8 regarding Mr. Grant's heart?
9      A.    I don't recall all the dates
10 but that's probably fair.
11      Q.    I'm going to turn to some prior
12 deposition testimony that you gave in
13 previous cases.  I noticed that on your CV,
14 I don't think that you listed any of your
15 prior deposition testimony, is that
16 correct?
17      A.    No, correct.
18      Q.    I would like to draw your
19 attention to a case from the appellate
20 court of Illinois, Greco, the Orthopedic
21 and Sports Medicine Clinic, PC, do you
22 recall testifying at trial for this
23 particular case back in 2015?
24      A.    Yes.
25      Q.    Do you recall giving testimony

Page 44

1                    DR. J. GILL
2  similar to the testimony that you gave or
3  similar to the report that you gave here in
4  this case regarding sudden death from
5  cardiovascular disease?
6              MS. SIMON:  Objection.
7       A.    I don't recall.
8       Q.    Do you recall the Court finding
9  your testimony had great potential to
10  mislead a jury about causation and invited
11  the Jury to speculate about the decedent's
12  death related to an ankle injury?
13      A.    I don't recall any of that, no.
14      Q.    Do you recall the Court stating
15  that Dr. Gill's testimony floated about
16  untethered and invited nothing more than
17  inappropriate speculation about the cause
18  of decedent's death?
19      A.    I don't recall that.
20      Q.    Do you recall giving testimony
21  that the individual in this particular case
22  died from a pulmonary embolism due to a
23  DVT?
24      A.    I recall -- I think it was a
25  pulmonary embolism case but yes, that's all

Page 45

                         DR. J. GILL

1
2    I remember.
3         Q.    Do you recall if that's similar
4    to what you're saying here, like a sudden
5    death of pulmonary embolism can cause
6    sudden death?
7         A.    That's one cause of sudden
8    death, sure.  Pulmonary thrombolic
9    embolism, yeah.
10        Q.    You had testified that a
11   severely sprained ankle started a chain of
12   events leading to the DVT?
13             MS. SIMON:  Objection.
14        A.    Again, I don't recall all the
15   specifics.
16             MS. SIMON:  If you want to put
17        his testimony in front of him rather
18        than summarizing it, I don't think
19        that's -- that may be the better way
20        to go about this.  If you'd like him
21        to look at the testimony, I --
22             MR. LAUFER:  I'm reading from a
23        court opinion from the appellate
24        division that overturned this case.
25        They're basing their overturning this

Page 46

                        DR. J. GILL

1

2        case -- I'll give you the cite too so

3        that you can look it up.

4            MS. SIMON:  I'm suggesting that

5        if you would like to ask the Witness

6        questions about it, provide him with

7        the documents so he can --

8            MR. LAUFER:  Well, I mean he

9        testified in this case so he should

10       -- if he doesn't remember it, he can

11       just say that he doesn't remember.

12       That's fine.

13           MS. SIMON:  Okay.

14       Q.    Would you agree or disagree

15   with this:  Fatal natural disease is

16   different from natural disease?

17       A.    Can you repeat that?

18       Q.    Fatal natural disease is

19   different from a natural disease, someone

20   suffering from a natural disease?

21       A.    Yeah, I mean fatal natural

22   disease is natural disease that causes

23   death, you know.

24       Q.    Someone could have some sort of

25   affliction that they're suffering from like

Page 47

1                    DR. J. GILL

2  high blood pressure but it may not

3  necessarily cause their death?

4       A.    That's why we do autopsies and

5  investigations to try and sort all those

6  out, right?

7       Q.    Yeah, but in general, you would

8  agree with that statement?

9       A.    Yeah, people can have multiple

10  potential causes of death and we need to do

11  the investigation to figure out what the

12  actual cause is.

13       Q.    You would agree that the

14  findings from the medical examiner, with

15  regards to the negative toxicology finding,

16  means that he did not die from anything

17  related to synthetic cannabinoid use?

18            MS. SIMON:  Objection.

19       A.    No.

20       Q.    So you're disagreeing with Dr.

21  Hammer's conclusion then?

22       A.    I'm disagreeing with the way

23  you phrased it.  None were detected but

24  that doesn't mean -- there potentially

25  could have been synthetic cannabinoids

Page 48

1                    DR. J. GILL

2    there.

3         Q.    Well, there could potentially

4    have been anything in his blood.  I mean we

5    could go theorize till the ends of the

6    earth.  It doesn't necessarily mean that

7    they were related to his death.

8         A.    I didn't say that they were.  I

9    think he was going to die whether or not he

10   had synthetic cannabinoids or not.  If they

11   were there, that certainly would have

12   helped.  I think it certainly wouldn't hurt

13   but again, the way you had phrased it is

14   what I took issue with, that it was

15   negative for synthetic cannabinoids.  It

16   wasn't.  The ones that they tested for,

17   they did not detect.

18        Q.    So again, I'll revisit this.

19   Merely because someone may have high blood

20   pressure, and it's a non-fatal status,

21   doesn't mean that it suddenly became an

22   acute fatal status, is that correct?

23             MS. SIMON:  Objection.

24        A.    Hypertensive cardiovascular

25   disease is a potentially fatal disease by

Page 49

1                         DR. J. GILL

2      itself.  We see it happen very commonly and

3      it doesn't mean that -- you can't predict

4      when it's going to happen but it is a

5      potentially fatal disease.

6              Q.      You can't predict when it's

7      going to happen but you can't predict if

8      it's going to happen either, would you

9      agree with that?

10             A.      I can't predict in anyone what

11     they're going to die from, no.

12             Q.      Let's hope we don't suddenly

13     find ourselves imbued with that power.  I

14     think that we had talked a little bit about

15     the blunt force trauma.  You would agree

16     that in Dr. Hammer's autopsy report,

17     there's no indication that he suffered from

18     mere minor blunt trauma, she doesn't use

19     that terminology, does she?

20                 MS. SIMON:  Objection, asked

21          and answered.  If you would like him

22          to review the report and see if that

23          term is used, we can take a minute

24          and do that.

25                 MR. LAUFER:  That's fine.

1          DR. J. GILL

2          A.     I don't see the words mild --

3     she uses the word focal in describing some

4     of the hemorrhages and she said she

5     measures them which is, I think,

6     appropriate but when you're interpreting

7     the overall picture, then I think it is

8     fair to use that term of there were minor

9     blunt injuries.  Certainly these weren't

10    fractures and lacerations of the aorta and

11    sorts of things like that.

12         Q.     She also stated under the

13    cardiovascular system of the report that

14    there was no recent thrombosis.  Can you

15    agree with that?

16         A.     Yes, I have no reason to doubt

17    that.

18         Q.     What is your understanding of

19    what thrombosis is?

20         A.     It's a blood clot in the --

21    she's talking about in the coronary

22    arteries.

23         Q.     You would agree that the sudden

24    death scenario that you've put forth here

25    usually involve blood clots, do they not?

Page 51

1                    DR. J. GILL

2        A.     No, I'd disagree with that.

3        Q.     But one of these sudden deaths

4    examples that you gave can deal with blood

5    clots, right?

6        A.     Yeah, a thrombus in a coronary

7    artery is -- certainly can cause sudden

8    death, yes.

9        Q.     And that the coronary arteries

10   are without significant arterial sclerosis,

11   did you find that significant in any way?

12       A.     The remaining coronary arteries

13   are without significant arthrosclerosis but

14   the left main has a 50 percent blockage

15   narrowing.

16       Q.     The first one is a slight 50

17   percent arthrosclerotic stenosis of the

18   left main coronary artery, right?

19       A.     That's what she describes, yes.

20       Q.     Not a major or moderate?

21       A.     She uses slight, correct.

22       Q.     Do you know what NMS stands

23   for?

24       A.     Yes.

25       Q.     What is that?

DR. J. GILL

1

2    A.    It's the name of the toxicology

3    -- National Medical Services I believe it

4    is.

5    Q.    Is that toxicology organization

6    used by most of the medical examiners

7    around the country?

8    A.    I don't know if it's used by

9    most but we certainly use it.

10   Q.    You rely on their findings in

11   determining aspects of your medical

12   examining reports, do you not?

13   A.    Yes.

14   Q.    Do you feel that they made any

15   mistakes with regard to this particular

16   autopsy toxicology aspects report?

17   A.    Do I think they made any

18   mistakes?

19   Q.    Yeah.

20   A.    No, I don't see any mistakes.

21   I'm not an analytical toxicologist but I

22   trust their work.

23        MR. LAUFER:  I have nothing

24        further at this time.

25        MS. SIMON:  If you could just

Page 53

1                    DR. J. GILL

2        give us a minute and let me look at

3        my notes.  Just give us five minutes.

4             (Whereupon, a brief recess was

5        taken at 10:57 a.m. and the

6        examination resumed at 11:02 a.m.)

7             MS. SIMON:  Thanks for that.

8        We don't need to go back on the

9        record.  I think that's it.

10            (Whereupon, at 11:02 A.M., the

11       Examination of this witness was

12       concluded.)

13

14            o           o          o          o

15

16

17

18

19

20

21

22

23

24

25

Page 54

1

2                    D E C L A R A T I O N

3

4          I hereby certify that having been

5    first duly sworn to testify to the truth, I

6    gave the above testimony.

7

8          I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

                  _____

15                     DR. JAMES GILL

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20____.

20

21

       _____

22       NOTARY PUBLIC

23

24

25

Page 55

```
 1
 2                    E X H I B I T S
 3
 4    PLAINTIFF'S EXHIBITS
 5    EXHIBIT      EXHIBIT                    PAGE
      NUMBER       DESCRIPTION
 6
      Exh 1        Dr. Gill's February
 7                 5th, 2021 Report          9
 8    Exh 2        Office of the Medical
                   Examiner, City of New
 9                 York Autopsy Report       23
10
      (Exhibits were retained by court reporter)
11
12
                    I N D E X
13
      EXAMINATION BY                         PAGE
14
      MR. LAUFER                             5
15
16
17
18
19
20
21
22
23
24
25
```

Page 56

1
2                C E R T I F I C A T E
3
STATE OF NEW YORK          )
4                              :   SS.:
COUNTY OF KINGS            )
5
6          I, LENAYA LYNCH, a Notary Public for
7    and within the State of New York, do hereby
8    certify:
9          That the witness whose examination is
10   hereinbefore set forth was duly sworn and
11   that such examination is a true record of
12   the testimony given by that witness.
13         I further certify that I am not
14   related to any of the parties to this
15   action by blood or by marriage and that I
16   am in no way interested in the outcome of
17   this matter.
18         IN WITNESS WHEREOF, I have hereunto
19   set my hand this 24th day of March 2021.
20
21         _____
                     LENAYA LYNCH
22
23
24
25

Page 57

ERRATA SHEET

VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Morrison, Nicole, Et Al. v. Usa, Et Al.
DATE OF DEPOSITION: 3/24/2021
WITNESSES' NAME: Dr. James Gill

| PAGE | LINE (S) | CHANGE | REASON |
|------|----------|--------|--------|
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |
| ___ | _____ | _____ | _____ |

_____
Dr. James Gill

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _____ DAY OF _____, 20__.


_____          _____
(NOTARY PUBLIC)                  MY COMMISSION EXPIRES:

[& - asking]                                                          Page 1

**&**

**&** 3:17

**0**

**06475** 4:13

**1**

**1** 3:17 9:22,25
   12:15 23:18 55:6
**10007** 2:17
**10018** 2:8
**10:03** 1:16
**10:57** 53:5
**11:02** 53:6,10
**17** 1:8 4:12
**170** 37:11,25 38:2
   38:9,12
**18th** 14:12

**2**

**2** 23:6,12 55:8
**20** 54:19 57:22
**2010** 13:6 42:20
**2011** 13:10 42:20
   42:24
**2014** 37:11,20
**2015** 14:13 28:4
   37:17,20,24 38:6
   42:25 43:23
**2021** 1:15 9:6,16
   9:24 55:7 56:19
**23** 55:9
**23:40** 14:13
**24** 1:15
**24350** 56:20
**24th** 56:19
**264** 2:8

**3**

**3/24/2021** 57:3
**30** 3:16
**302** 10:20

**302's** 28:13
**32** 37:24 38:3,13
**3rd** 2:16

**4**

**4** 37:6
**40th** 2:8

**5**

**5** 23:22 39:13
   55:14
**50** 51:14,16
**5th** 9:6,15,24 10:8
   55:7

**6**

**6** 40:3 41:8
**604** 2:8
**6779** 1:8

**7**

**7,000** 6:15

**8**

**86** 2:16

**9**

**9** 55:7
**97** 7:6
**98** 7:7,7

**a**

**a.m.** 1:16 53:5,6
   53:10
**abc's** 14:21
**able** 15:9 38:8,9
   38:22 39:11
**abrasions** 34:7
**abuse** 39:10
**academy** 7:13
**accurate** 34:18
**act** 6:7
**action** 56:15
**activity** 18:16

**actual** 21:25 24:16
   47:12
**acute** 30:6 48:22
**address** 4:11
**administer** 3:11
**administrative**
   5:23
**administrator** 1:3
   2:5 4:18
**affliction** 35:7
   46:25
**afflictions** 36:2
**ag** 1:5 2:7
**agents** 1:11 2:15
**ago** 14:20
**agree** 9:14 19:6,14
   21:2,9 23:20 24:6
   24:21 25:9,11
   27:18,22 28:24
   34:16 35:5,17
   37:8,13 38:4
   39:17 42:12,17
   46:14 47:8,13
   49:9,15 50:15,23
**agreed** 3:5,20
**air** 16:18
**airwaves** 16:12
**airway** 14:21
   16:14
**al** 57:2,2
**algorithm** 15:14
**allow** 6:3
**ambulance** 17:15
**america** 1:10 2:13
**american** 7:13,14
**analytical** 52:21
**anatomic** 7:15
**anatomical** 30:13
**andrew** 2:4,9 4:16
**anemia** 13:4

**ankle** 44:12 45:11
**answer** 38:16
**answered** 49:21
**aorta** 50:10
**apart** 39:9
**apologize** 31:4
**appellate** 43:19
   45:23
**appropriate** 50:6
**approximate** 8:11
**approximately**
   14:13
**area** 14:18 26:12
   38:18
**arm** 33:21 34:14
**arrest** 19:18,19,21
**arrhythmia** 29:15
   30:2,7,14,15 31:3
   31:7 32:25
**arrythmia** 29:17
   29:22,24 30:12
   31:6 33:13
**arterial** 51:10
**arteries** 18:3
   36:11 42:6,8
   50:22 51:9,12
**artery** 21:10 30:23
   36:17,19 51:7,18
**arthrosclerosis**
   51:13
**arthrosclerotic**
   51:17
**artifact** 26:23
**artificial** 15:15
**artificially** 16:10
   16:18
**ascertain** 32:6
**aside** 11:8
**asked** 49:20
**asking** 4:19 12:7

aspects 52:11,16
assessing 16:14
assistant 1:10 2:14
assuming 6:25
atherosclerotic
  41:8
atrial 31:15
attack 26:2
attempted 35:12
attention 23:5
  43:19
attorney 4:17
attorney's 2:11,16
  6:7,18 7:23 9:4,10
attorneys 2:5,12
authorized 3:11
autopsies 5:25
  47:4
autopsy 10:12,14
  10:15 17:11 23:8
  23:11 26:23 30:15
  41:20,23 43:2,6
  49:16 52:16 55:9
aware 27:24

**b**

b 55:2
back 13:6 15:17
  16:19 28:4 38:6
  43:23 53:8
bag 17:2
ballpark 6:16
basically 24:8
basing 35:7 45:25
basis 11:4 36:21
behalf 6:8
believe 11:6 19:3
  42:21 52:3
better 12:11 45:19
big 28:22
bilateral 42:5

bilaterally 21:10
  36:18
billed 6:15
bit 14:18 23:21
  37:4 38:18 49:14
blockage 51:14
blockages 16:15
blood 16:9 19:2,4
  36:4,5,11 47:2
  48:4,19 50:20,25
  51:4 56:15
blow 27:9,12
blunt 19:13 22:19
  22:22 23:19,23
  24:4 25:15,17,19
  26:12,20,22 33:8
  33:16,24 35:2,3
  39:14,19 41:24
  42:3 49:15,18
  50:9
board 7:9,12,14
  7:15 40:12
boarded 7:7
body 24:8 26:5
  28:6 33:9,15,19
  34:15
bone 18:21 20:2,4
  20:15,17,21 21:3
  35:4,9,12
brain 16:9 36:12
break 5:8
breath 12:21 13:3
  13:23
breathing 14:21
  16:17,25
brief 53:4
briefly 5:19
bruises 34:5
bruising 22:24
  27:8 34:8,10

bureau 1:10 2:13
  10:18

**c**

c 2:2,9,17 54:2
  56:2,2
called 4:2 6:19
cannabinoid 38:6
  47:17
cannabinoids 37:7
  37:12,21 38:25
  47:25 48:10,15
capacity 5:16 7:22
cardiac 12:20
  13:14,17 19:18,19
  19:21 30:18 33:25
  34:2
cardiovascular
  30:19 41:9 42:19
  42:23 44:5 48:24
  50:13
care 27:25 28:2
career 8:9
carotid 18:3 36:10
  36:16,18 42:6,8
case 1:8 6:8 10:12
  19:8 42:16 43:19
  43:23 44:4,21,25
  45:24 46:2,9 57:2
cases 7:25 8:9
  43:13
causation 44:10
cause 19:5,7,17,20
  19:21,25 27:15
  29:15 30:25 31:3
  33:23 35:22,25
  36:7,14,17 44:17
  45:5,7 47:3,12
  51:7
caused 15:3 26:19
  39:16 42:4

causes 26:11 35:20
  36:6 41:10 46:22
  47:10
causing 14:7,8
cavity 15:22
center 10:22
certainly 34:20
  48:11,12 50:9
  51:7 52:9
certification 3:8
certified 7:9,12
  40:12
certify 54:4,8 56:8
  56:13
chain 45:11
chambers 2:16
change 37:19 57:5
check 31:13
chest 12:21 13:2
  15:18,21,22 25:7
  27:10,12,13 34:13
  34:25
chief 5:17 10:11
children 1:5 2:7
choked 21:4 35:25
chronic 14:5,8
  18:25
circulation 14:21
  14:23 15:9,20
  16:10
circumstances
  41:22
cite 46:2
city 10:10 23:7,10
  25:21 39:18 55:8
civ 1:8
civil 1:22 8:5,8
claiming 26:10
clarify 18:11
  31:19

clarity 9:20
clear 21:13
clearing 16:12
client 14:12 17:20
client's 27:20
clinic 43:21
clot 50:20
clots 50:25 51:5
collapse 33:14,23
 34:2 35:6
collapses 34:23
collapsing 28:19
come 14:3
coming 14:10
commission 57:25
common 34:4,22
commonly 49:2
complete 11:2
 41:2
completely 29:9
 32:9,17
components 30:18
compressed 20:5
 21:7
compression
 17:25 20:2,14,18
 20:21 35:5,9,11
 42:5
compressions
 15:19,21
concluded 53:12
conclusion 20:8
 23:23 24:18 25:21
 47:21
conclusions 12:8
condition 18:25
 19:2 29:18
conjunction 8:25
connecticut 4:13
 5:15,18 6:2 7:18
 8:22

consciousness
 32:16
consistent 28:17
context 42:16
continue 15:9
contributed 39:16
conversation 29:8
convert 15:16
copy 3:14,17
coronary 30:23
 50:21 51:6,9,12,18
coroner's 20:11
correct 7:2,3 8:24
 9:17 12:23 13:6
 13:12,13,15 15:23
 19:16 21:5,7,8
 25:3,6,24 27:21
 33:19 36:13 37:10
 37:14 38:14 41:11
 42:2,6,10,13,20
 43:16,17 48:22
 51:21 54:9
correction 1:11
 2:14 10:22
correctional 10:23
counsel 3:6,17 5:9
country 52:7
county 56:4
course 5:3 11:11
 13:16 19:22 28:7
court 1:2,21 3:13
 4:23 5:6 43:20
 44:8,14 45:23
 55:10
cove 4:12
cover 24:9
covers 24:7
cpr 14:14,16,19
 15:4,7,8,18 16:13
 16:20 17:5 18:14
 21:12,14,14 22:4,9

34:25 35:3
criminal 8:3,4
currently 5:10,13
cv 43:13

**d**

d 3:2 4:2 54:2
 55:12
date 1:15,23 10:2
 23:13 42:25 57:3
dates 13:8 43:9
day 33:5 54:19
 56:19 57:22
days 3:16
dead 19:20 30:21
 31:7 33:4,7
deal 51:4
death 5:24 7:25
 8:8,14 10:17 19:6
 19:21 21:4 29:19
 29:25 30:6,18,21
 30:25 35:25 37:17
 39:17 41:10 42:25
 44:4,12,18 45:5,6
 45:8 46:23 47:3
 47:10 48:7 50:24
 51:8
deaths 33:25 51:3
decedent 25:16
 36:22 41:25
decedent's 2:7
 44:11,18
decedents 1:5
deep 26:17
defendants 1:12
 1:13 2:12,15
definition 26:21
degree 24:3
demonstrated
 32:24
department 10:23

depends 13:17
 14:7 25:13 26:6,6
 35:18
deposition 1:19
 3:8,9,14 11:15
 43:12,15 57:3
deprivation 35:21
derive 12:14
describe 5:19
 12:25 14:15 16:2
described 26:4
 33:7
describes 34:20
 51:19
describing 24:2
 50:3
description 55:5
detect 27:23 31:5
 31:11 38:8,9
 48:17
detected 33:13
 37:7 47:23
determinations
 28:8
determining 52:11
diagnose 39:12
diagnosed 13:5
diagnosis 19:9
 23:18 24:16,18
diagnostically
 31:5
die 32:2 33:14
 41:17 47:16 48:9
 49:11
died 36:22 44:22
dies 31:20 32:16
different 8:20
 12:17,18 37:12,23
 46:16,19
disagree 24:23
 29:20 46:14 51:2

disagreeing  47:20
 47:22
disclosure  10:25
disease  14:9 30:16
 30:20,22,23,24
 41:9 44:5 46:15
 46:16,18,19,20,22
 46:22 48:25,25
 49:5
diseases  41:17
distention  22:2,14
district  1:2,2 2:12
division  45:24
documents  10:7
 11:3 12:13 20:14
 20:20 46:7
doe  1:11 2:15
doing  15:11 16:13
 16:21 18:16
dollars  6:15
doubt  50:16
dozens  8:17
dr  1:20 4:1,14 5:1
 5:10 6:1 7:1 8:1
 9:1,23 10:1 11:1
 12:1 13:1 14:1
 15:1 16:1 17:1
 18:1 19:1 20:1
 21:1 22:1 23:1
 24:1 25:1 26:1
 27:1 28:1 29:1
 30:1 31:1 32:1
 33:1 34:1 35:1
 36:1 37:1 38:1
 39:1 40:1,4,10
 41:1 42:1 43:1
 44:1,15 45:1 46:1
 47:1,20 48:1 49:1
 49:16 50:1 51:1
 52:1 53:1 54:15
 55:6 57:3,21

drafting  11:11
 39:24
draw  23:5 43:18
drive  4:12
drop  30:21 33:4,7
dropping  31:7
drugs  27:20,23
due  25:19 44:22
duly  4:3 54:5
 56:10
duties  5:21,23
dvt  44:23 45:12
dying  35:18

**e**

e  2:2,2 3:2,2 4:2
 54:2 55:2,12 56:2
 56:2
earlier  20:11
earth  48:6
effect  3:12,15
either  15:16 17:25
 49:8
ekg  31:8,10,16
 32:3,9,18,24 33:4
ekg's  33:3
elbow  24:20,25
 34:12,21,23
electricity  15:18
 16:6
embolism  44:22
 44:25 45:5,9
employed  5:11,14
employees  1:12
 2:15
employment  7:23
ems  17:13
emt  17:17
endotracheal
 17:10,12
ends  48:5

enlargement
 29:14
entire  19:8 24:8
 42:16
errata  57:1
especially  32:3
esq  2:4,9,17,20
essentially  10:13
establish  15:14
estate  1:4 2:6 4:18
et  57:2,2
event  13:18 34:2
events  45:12
everyday  33:25
 41:17
evidence  19:12
 26:17
exact  13:8 30:22
examination  4:6
 53:6,11 55:13
 56:9,11
examined  4:5
examiner  5:17
 10:11 23:7,10
 40:17 47:14 55:8
examiner's  25:22
 26:10 34:17 39:18
examiners  52:6
examining  28:5
 52:12
examples  51:4
executive  1:10
 2:13
exertion  13:3,23
exh  55:6,8
exhibit  9:19,22,25
 23:12 55:5,5
exhibits  55:4,10
existed  25:23
expert  1:19 6:8
 40:4

expertise  14:18
 38:18 39:3,8
expires  57:25
explain  30:14,17
 30:20
extent  30:17
externally  18:8,17
extremities  23:20
 24:7,10,10,12
 33:17
eyes  22:7 35:15
 42:12

**f**

f  3:2 56:2
fact  6:6 25:16
factors  26:7
facts  41:16
fair  28:10 43:10
 50:8
falling  34:22
falls  33:25
familiar  40:15,18
far  6:14 18:5
fatal  29:15 46:15
 46:18,21 48:20,22
 48:25 49:5
fbi  10:20
february  9:6,15
 9:23 10:8 55:6
federal  1:10,22
 2:13
feel  52:14
fell  29:3,8
fibrillation  31:15
figure  47:11
file  10:13
filing  3:7
final  19:9 23:17
 24:18
find  28:16,21 29:6
 49:13 51:11

[finding - hours]

**finding** 37:5 44:8
47:15
**findings** 41:23
47:14 52:10
**fine** 5:10 9:13
12:19 46:12 49:25
**first** 4:3 5:5 17:4
23:18 51:16 54:5
**fit** 28:23
**five** 12:22 24:21
34:11 53:3
**floated** 44:15
**floor** 2:16 34:3
**focal** 50:3
**focused** 12:20
**follow** 14:20
**follows** 4:5
**force** 3:15 19:13
22:22 23:19 25:15
25:17,19 26:12,13
26:20,22 33:8,16
35:3 39:19 41:24
42:3 49:15
**forcibly** 17:8
**forearm** 24:19,20
34:10
**foregoing** 54:8
**forensic** 6:25 7:5
7:15 39:9 40:13
**forensics** 7:9
**form** 3:21 4:22
10:17 11:4 12:24
18:10 33:10 38:15
**formation** 9:5
**forth** 16:9 21:16
38:24 50:24 56:10
**found** 14:12 17:4
17:11 20:5 27:20
38:11
**four** 25:4 43:5

**fracture** 21:3 27:2
**fractures** 23:2
34:6 50:10
**frankly** 25:19 27:2
27:3
**frequently** 42:15
**front** 45:17
**full** 29:8
**further** 3:20 52:24
54:8 56:13
**furtherance** 10:7
39:24

**g**

**g** 4:2
**gap** 43:5
**general** 5:22 14:20
25:25 28:3 38:13
47:7
**generally** 8:4 28:7
35:8,10,14,17
**gentleman's** 32:23
**getting** 12:9 14:17
38:17
**gill** 1:20 4:1,10,14
5:1,10 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:15
57:3,21

**gill's** 9:23 44:15
55:6
**give** 46:2 53:2,3
**given** 8:7 54:10
56:12
**giving** 43:25 44:20
**go** 5:3 12:6 14:3
15:11 16:21 24:17
29:12 39:13 40:3
45:20 48:5 53:8
**goes** 32:14
**going** 5:3 9:11
12:7 14:9,10
19:20,21 23:5
27:9 28:21 32:19
36:11 43:11 48:9
49:4,7,8,11
**good** 4:14,15
**grant** 1:4 2:6 4:19
11:24 13:21 17:5
19:3 21:21 28:18
29:16 39:20 41:14
**grant's** 15:2,2 20:4
28:6 32:23 42:19
42:24 43:8
**great** 44:9
**greater** 23:21
**greco** 43:20
**ground** 29:4
**guardian** 1:4 2:6
**guess** 9:13

**h**

**h** 26:9 55:2
**half** 24:25
**hammer's** 47:21
49:16
**hammers** 40:18
**hand** 56:19
**hands** 16:4
**happen** 21:17 27:5
49:2,4,7,8

**happened** 21:25
32:19
**head** 4:23 23:19
24:7 33:16 34:3
36:4 39:15
**health** 10:19,24
**heard** 5:2
**heart** 15:17 16:4,7
16:11 18:25 26:2
29:14 30:22,24
31:6,13,16 32:4,7
32:25 36:6 42:24
43:8
**held** 1:22
**helped** 48:12
**hemorrhage** 20:16
24:19,21 25:2,5,8
26:3,9 33:20
34:25 35:11 42:7
**hemorrhages**
21:10 22:6,20,21
25:23 35:15 39:15
42:11 50:4
**hereinbefore**
54:11 56:10
**hereunto** 56:18
**high** 19:2,4 47:2
48:19
**hired** 6:3,6
**history** 12:20 13:2
13:23 30:5 32:4
32:23,24 42:23
43:7
**hit** 34:3
**hits** 34:23
**hooked** 31:9 32:3
**hope** 49:12
**hospital** 10:16,18
17:13,16
**hours** 14:13

**hua** 40:5,11
**hurt** 48:12
**hyoid** 18:21 20:2,4
20:15,17,21 21:2
35:4,9,12
**hypertensive**
30:19 41:8 48:24

**i**

**identification** 10:2
23:13
**identify** 38:20,22
**illinois** 43:20
**images** 10:14
**imbued** 49:13
**inappropriate**
44:17
**inch** 24:21,25 25:4
25:8 26:18
**inches** 34:11
**incident** 10:21
11:18 12:23
**include** 26:14,16
**includes** 21:15
**including** 10:14
**inconsistencies**
28:17,21
**inconsistency** 29:4
**inconsistent** 29:6
**indicate** 31:21
**indicated** 30:9
**indication** 29:16
32:22 49:17
**individual** 44:21
**individuals** 33:6
**information** 11:3
12:12 17:18
**ingested** 39:7
**initially** 16:15
17:4,9
**injuries** 15:3
22:20 23:24 24:4

25:12 33:24 34:21
35:2 36:15 39:14
50:9
**injury** 26:22 27:15
33:23 34:22 44:12
**inmate** 10:21
28:25 29:2,7
**instance** 20:6
22:23
**instituted** 17:5
**instructions** 5:2
**interested** 56:16
**interfering** 36:5
**intermittent** 13:2
14:2
**interpret** 39:12
42:15
**interpreting** 50:6
**interrupting** 31:4
**interruption** 36:3
**intravenous** 33:22
**intubated** 21:21
**intubating** 18:5
**intubation** 21:15
21:25
**investigation**
47:11
**investigations**
5:25 47:5
**investigative**
10:20
**invited** 44:10,16
**involve** 50:25
**irregular** 32:11,15
**issacharoff** 2:20
**issue** 48:14
**issues** 12:21 13:14
13:21 32:4 42:19

**j**

**j** 4:1,2 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
**james** 4:10 54:15
57:3,21
**jane** 1:11 2:14
**jennifer** 2:17
40:18
**john** 1:11 2:14
**judge** 3:13
**july** 7:6
**jurisdictions** 8:20
**jury** 44:10,11

**k**

**keep** 16:7,9
**kerns** 1:11 2:14
**kind** 8:2 28:9
29:17,18 31:15
**kinda** 12:6
**kinds** 28:8
**kings** 56:4
**know** 4:25 8:16
14:17 17:3 21:20
21:25 23:15 24:15
27:3 34:21 40:4
46:23 51:22 52:8

**known** 37:12

**l**

**l** 3:2,2 4:2,2 40:18
54:2
**lab** 38:19
**labs** 38:5
**lacerate** 27:7,9
**laceration** 26:18
26:21,25 27:17
34:4
**lacerations** 34:6
50:10
**large** 26:10 34:12
**lateral** 25:7 34:13
**laufer** 2:4,9 4:7,16
9:21 12:5 23:4
31:24 45:22 46:8
49:25 52:23 55:14
**law** 2:4
**leading** 45:12
**lee** 1:11 2:14
**left** 24:19,20 25:4
26:18 34:10,12
51:14,18
**legal** 1:4 2:6
**lenaya** 1:23 56:6
56:21
**letter** 26:9
**level** 27:14
**licensed** 7:17
**lied** 41:4
**life** 13:16 14:6
**light** 32:12
**line** 33:22 57:5
**list** 12:14
**listed** 11:8 12:13
13:22 43:14
**little** 14:17 23:21
28:21 33:20 37:4
38:17 49:14

llc   57:1
lobe   26:19
located   18:3
long   6:24 7:4
look   19:8,16 24:16
  39:21 41:20,21
  45:21 46:3 53:2
looking   9:14 28:22
  30:13,16 38:21
  41:18
looks   24:20
loses   32:15
lower   26:19
lucas   2:20
lucid   36:22
lung   26:18,25 27:7
  27:9
lungs   16:18
lynch   1:24 56:6,21

### m

m   4:2 24:17 26:4
machine   32:3
main   51:14,18
maintain   14:22
  15:19
maintained   16:10
major   51:20
making   16:14 28:8
malpractice   8:14
  8:15
march   1:15 56:19
mark   9:19,21 23:6
marked   9:24
  23:11
marriage   56:15
mask   16:25 21:23
masked   17:8
materials   9:3,9
matter   5:3 9:2
  19:3 31:25 41:18
  56:17

matters   6:3 8:3
mean   8:14 12:3,16
  14:18 15:13,25
  18:7 19:4,11
  20:18 21:14 24:2
  24:3 25:13 27:4,8
  31:8 33:18 34:16
  38:20 41:13,16
  43:2 46:8,21
  47:24 48:4,6,21
  49:3
means   15:8,21
  16:2,3 19:19
  47:16
meant   31:12
measures   50:5
medic   17:15
medical   1:19 5:17
  10:11,17,19 12:20
  12:25 13:22 20:9
  23:7,10 25:22
  26:10 30:4,9,11
  34:16 36:25 37:3
  40:17 42:18,23
  43:4 47:14 52:3,6
  52:11 55:8
medicine   7:17,19
  43:21
memos   10:22
mention   17:7
mentioned   41:7
mere   49:18
merely   18:24 21:6
  48:19
metropolitan
  10:21
mild   50:2
minor   1:5 2:7
  22:19 23:23 39:14
  39:20 49:18 50:8

minute   32:18
  49:23 53:2
minutes   53:3
misinterpret
  41:23
mislead   44:10
misrepresented
  41:4
mistakes   52:15,18
  52:20
moderate   51:20
morning   4:14,15
morrison   1:3 2:5
  4:17 57:2
mother   1:4 2:6
mouth   16:24,24
  17:19,19,22,22,24
  17:24 18:6,6,9,9
  18:15,15 21:18,18
multiple   27:14
  47:9
murder   8:16
murdered   19:11
muscle   22:7 24:19
  24:20 34:11 35:16

### n

n   2:2 3:2 54:2
  55:12
name   4:8,16 52:2
  57:2,3
narrowing   51:15
national   52:3
natural   46:15,16
  46:18,19,20,21,22
naturally   13:25
nature   12:22 39:7
necessarily   14:6
  19:5 20:17 21:3
  27:11 41:13 47:3
  48:6

necessary   38:11
neck   15:2 18:2
  22:2,14 23:19
  24:7
need   16:6,16,17
  19:8,15 21:3
  27:12 41:21 42:15
  47:10 53:8
negative   27:19
  47:15 48:15
neuropathology
  10:12
never   33:13
new   1:2,24 2:8,8
  2:12,17,17 4:4
  7:18,20 8:22
  10:10,18,22 23:8
  23:10 25:21 39:17
  40:12 55:8 56:3,7
  57:1
nicole   1:3 2:5 4:17
  57:2
nms   38:5,21 51:22
nodding   4:22
non   48:20
normal   13:11
  15:17 32:9,13,20
  33:3,4
notary   1:24 4:4
  54:22 56:6 57:25
note   4:20
notes   10:13,15
  11:10,14,17 20:10
  53:3
notice   20:13 23:17
noticed   43:13
number   23:18,22
  37:6 39:13 55:5

[o - pumping]

**o**

o  3:2 54:2
oath  3:12
objection  11:25
  12:24 18:10 23:25
  24:14 31:18 33:10
  38:15 44:6 45:13
  47:17 48:23 49:20
objections  3:21
obvious  5:20
obviously  14:19
occur  22:4,8,11,15
occurred  11:23
  30:6 34:18
occurs  21:11
ocme  10:16
office  2:4,11,16
  5:24 6:7,18 7:24
  9:4,10 10:11 23:7
  23:9 25:22 26:11
  55:8
officer  1:11 2:14
okay  10:6 46:13
old  4:12
one's  19:5
ones  28:6 38:8,13
  48:16
opine  14:24
opinion  22:19 30:4
  35:8 40:10 41:15
  45:23
opinions  9:5 12:9
  29:12
order  1:21 21:4
organization  52:5
original  3:9,17
orthopedic  43:20
otter  4:12
outcome  56:16
outside  8:22 39:2

overall  50:7
overturned  45:24
overturning  45:25
oxygen  35:21
oxygenation  14:23

**p**

p  2:2,2 3:2
page  12:15 23:18
  55:5,13 57:5
paid  6:10,13
pain  12:21 13:2
paragraph  40:3
  41:7
part  16:13,19
  18:15,18,22
particular  9:2
  11:18 20:5 43:23
  44:21 52:15
parties  3:7 56:14
parts  12:17,18
passed  41:14
passing  30:8
pathologist  6:25
  7:5,10 40:13
pathology  7:14,15
  31:16 39:10
patient  15:10
pc  43:21
people  30:21 32:8
  33:3,24 35:5
  38:21 39:10 41:17
  47:9
percent  51:14,17
perform  5:24 15:7
  18:9
performance  15:3
  22:4,9
performed  14:14
  17:20
performing  17:23
  18:14,16 21:12

performs  14:16
pericardial  26:18
pericarotid  21:10
periodically  32:6
person  17:16
  32:15 34:23
person's  16:17
personnel  36:25
  37:3
petechia  35:19
  36:6,17
petechial  22:6
  35:15 42:11
phrase  27:25
phrased  47:23
  48:13
picture  19:16
  28:22 41:19 50:7
place  34:6,22
  54:11
placed  17:25
  21:24
plaintiff  1:6,21
  10:24
plaintiff's  9:22,25
  23:6,12 40:4 55:4
plaintiffs  2:5
please  4:8,20 5:4
plourde  1:11 2:14
point  20:24 31:22
possible  27:4
potential  19:7,10
  44:9 47:10
potentially  21:15
  47:24 48:3,25
  49:5
power  49:13
practice  7:17
practiced  7:19
predict  49:3,6,7
  49:10

preorbital  35:16
preparation  11:15
presbyterian
  10:18
present  2:19
pressure  15:22
  18:4,8,17,20 19:2
  19:4 36:10,16
  47:2 48:20
pretty  41:2 42:14
prevent  36:11
previous  43:13
prior  7:22 12:23
  28:18 30:8 31:7
  37:25 43:11,15
prison  21:22
prisoners  28:14
  36:23
prisons  1:10 2:13
  10:19
privately  6:3
probably  4:25
  6:14 8:17 32:19
  33:21 34:17 43:10
problem  32:11
procedure  1:22
proper  15:8
properly  14:15
  15:7
property  1:5 2:7
protocol  15:14
provide  46:6
provided  9:2,9
  10:9
public  1:24 4:4
  54:22 56:6 57:25
pulmonary  44:22
  44:25 45:5,8
pump  16:4
pumping  16:8,8

[pursuant - shoulder]

Page 9

pursuant 1:21
pushing 16:8
put 16:25 17:9,13
  18:4 19:8 33:22
  45:16 50:24
putting 15:22 18:7
  18:17,20 41:19

**q**

question 5:5 7:8
  20:22 31:21 32:21
  32:22 38:16 42:4
questions 4:19,21
  12:8 46:6
quite 12:2

**r**

r 2:2 3:2 4:2 54:2
  56:2
radiographs 10:15
read 17:18
reading 45:22
ready 10:4 23:15
  23:16
really 27:2
realm 8:5,8
reason 5:9 24:23
  50:16 57:5
recall 6:22 13:8
  17:7,21 20:23,24
  21:23 43:9,22,25
  44:7,8,13,14,19,20
  44:24 45:3,14
recess 53:4
recognized 41:9
record 4:9 9:14
  53:9 56:11
records 10:17,20
  29:22 30:9,12
  42:18,23 43:4
refer 9:11 39:18

referred 13:20
regard 11:20,23
  13:14,21 22:22
  27:19 28:9 37:20
  52:15
regarding 4:20
  11:23 13:20 42:18
  42:24 43:7,8 44:4
regards 47:15
related 44:12
  47:17 48:7 56:14
relation 8:8
rely 52:10
remaining 51:12
remember 43:3
  45:2 46:10,11
repeat 46:17
rephrase 12:10
report 9:6,15,24
  10:8,12,12,17,21
  11:5,12 12:4,6,15
  12:18 13:7 14:25
  17:6 20:11 23:8
  23:11,22 27:19
  34:17 37:5 38:7
  39:18,22,23,24
  40:25 41:5 43:2,6
  44:3 49:16,22
  50:13 52:16 55:7
  55:9
reporter 4:23 5:6
  10:3 23:14 55:10
reporting 57:1
reports 9:12 10:16
  10:20 20:10 52:12
represent 4:17
  14:11
require 17:25
reserved 3:22
resolve 13:15,24

respect 40:14,24
respective 3:6
respiratory 15:15
responders 17:4
response 5:6
responses 4:21
responsibilities
  5:21
rest 14:5
restart 15:23
  16:11
restarting 16:6
result 22:8,16
resumed 53:6
resuscitation
  16:24 17:19,22,24
  18:9,15 21:18
  35:13
retained 6:9,20
  7:24 55:10
retention 6:11
returning 36:5
review 9:4 11:18
  20:9,20 29:22
  30:8 42:22 49:22
reviewed 10:7
  11:4,21 28:13
  39:23 42:18
revisit 48:18
revolving 7:24
rhythm 15:17,23
  16:5 31:13 32:7
  32:12,13,15,20
rib 27:2,14
ribs 27:6
right 9:15 12:5,10
  13:5 19:23 24:19
  24:25 25:7 27:25
  30:6 31:2 34:12
  34:13 35:17,21
  37:9 47:6 51:5,18

ring 26:8
rings 42:9
roberto 1:4 2:6
  4:18
rules 1:22
run 28:5

**s**

s 1:11 2:2,15 3:2,2
  4:2 55:2 57:5
samples 38:23
saybrook 4:13
saying 33:12 36:21
  45:4
scalp 22:20,22
  39:15
scenario 50:24
sclerosis 51:10
scope 11:11 13:16
  28:7 39:2
sealing 3:7
see 26:24 30:14,15
  33:23 34:4,24,25
  39:10 42:14 49:2
  49:22 50:2 52:20
seeing 17:21
seen 30:21 40:25
sent 10:13
servants 1:12 2:15
service 3:16
services 10:19,23
  10:24 52:3
set 56:10,19
severely 45:11
sg 1:5 2:7
shaking 4:22
sheet 57:1
shortness 12:21
  13:3,23
shoulder 22:25
  25:4 34:12,24

[show - things]

show  19:12 29:23
  32:19
showed  43:3
showing  30:12
side  18:2
signature  56:20
signed  3:10,12,15
significant  25:12
  25:14 29:4 42:13
  51:10,11,13
silent  29:10
similar  29:18
  38:12 44:2,3 45:3
simon  2:17 9:18
  11:25 12:24 18:10
  23:25 24:14 31:18
  33:10 38:15 44:6
  45:13,16 46:4,13
  47:18 48:23 49:20
  52:25 53:7
sinus  15:23
sitting  28:25
slight  51:16,21
slumped  29:2,10
soft  22:7 25:7
  34:13 35:16 42:12
someone's  13:16
  22:12
sorry  7:14
sort  17:23 46:24
  47:5
sorts  50:11
southern  1:2 2:12
speak  5:8
specifically  13:19
  15:12 20:25
specifics  45:15
specified  54:11
specify  24:13
speculate  44:11

speculation  44:17
spoken  38:21
sports  43:21
sprained  45:11
ss  56:4
staff  10:22
standard  27:24,25
  38:5
standing  29:3
stands  51:22
start  11:20 12:7
  29:13
started  45:11
state  1:24 4:4,8
  5:15,18 6:2 7:16
  10:23 29:14 56:3
  56:7
stated  20:10,20
  22:18 23:21 28:12
  37:6 41:10 50:12
statement  19:6
  28:11 37:13 47:8
statements  28:14
  28:18 36:23
states  1:2,10 2:11
  2:13 6:7,18 7:16
  7:23 9:3,10
stating  29:9 44:14
status  48:20,22
stenosis  51:17
stipulated  3:5,20
straining  35:24
strangled  22:12,16
strangulation
  19:14,17,22,25
  26:15 36:7
street  2:8,16
stress  13:11
struck  27:5,13
subscribed  54:18
  57:22

substrate  30:13
sudden  29:25
  30:17,21,25 31:3
  32:14 41:10 44:4
  45:4,6,7 50:23
  51:3,7
suddenly  33:14,15
  35:6 48:21 49:12
suffered  19:3,13
  25:16 39:19 41:25
  49:17
suffering  29:16,21
  29:23 30:7 31:14
  32:25 46:20,25
suffers  26:2
suggesting  46:4
suite  2:8
summarizing
  45:18
supply  36:4
sure  8:13 9:11
  12:2 16:15 19:10
  22:25 25:18 31:9
  39:12 45:8
surface  26:25
surrounding
  41:22
switch  32:13
sworn  3:10 4:3
  54:5,18 56:10
  57:22
symptomatic
  32:10
synopsis  11:22
  12:3,14
synthetic  37:6,12
  37:21 38:25 47:17
  47:25 48:10,15
system  15:15
  27:20,23 50:13

t

t  3:2,2 54:2 55:2
  56:2,2
take  4:23 5:6,8
  11:10,14 49:23
taken  1:20 53:5
talk  37:4
talked  49:14
talking  13:18,19
  18:11,12 21:14,17
  24:4 30:4 31:19
  31:22 33:20 34:5
  34:7,14,15 37:22
  50:21
technically  33:19
technique  14:16
tell  9:8 10:6 11:22
temporal  22:3,15
term  49:23 50:8
terminology  49:19
terms  39:5,6
test  13:9,11 37:8
  38:2,11,20 39:11
tested  37:24 38:3
  38:14 48:16
testified  4:5 8:19
  45:10 46:9
testify  6:19 54:5
testifying  43:22
testimony  8:7
  43:12,15,25 44:2,9
  44:15,20 45:17,21
  54:6,10 56:12
testing  37:19,20
  37:25 38:6
tests  28:4
thanks  53:7
theorize  48:5
thing  8:14
things  12:22 13:24
  19:23 37:23 39:7

[things - york]                                                    Page 11

50:11
think   6:14 7:7 8:2
  8:3 20:7 22:24
  26:22 28:10,20,22
  33:18 37:2,22
  38:17 41:3 43:14
  44:24 45:18 48:9
  48:12 49:14 50:5
  50:7 52:17 53:9
thrombolic   45:8
thrombosis   50:14
  50:19
thrombus   51:6
tier   14:14
till   48:5
time   1:16,23 3:22
  5:7,7 29:18,23
  31:22,24 52:24
  54:10
times   6:22 8:12,18
  27:14
tissue   22:7 25:8
  35:16
tissues   34:13
  42:12
today   11:15
torso   23:19 24:7
  27:14 33:17
totally   32:13
tough   38:23
toxicologist   52:21
toxicology   10:16
  27:19 28:9 37:5,8
  38:19 47:15 52:2
  52:5,16
trachea   18:8,17
  36:19
tracheal   18:4 26:8
  42:9
training   14:19

transcript   54:9,9
trauma   19:13
  22:22 23:19 25:17
  25:19 26:20,22
  33:8,16 39:19
  41:25 42:3 49:15
  49:18
treadmill   13:9
trial   3:22 43:22
true   54:9 56:11
trust   52:22
truth   54:5
try   14:22 15:16,19
  17:2 38:22 47:5
trying   16:3,7
tube   16:25 17:8,10
  17:12 21:24
turn   43:11
turning   32:12
two   30:18,24
  37:22
type   8:14 21:23
  25:15 26:3 27:15
  28:4 34:22 35:7
  43:7
types   9:3 13:21,24
  30:24 36:2,14

u

u   3:2
ultimately   17:9
unconscious   14:12
understand   20:19
  23:4 25:20 30:3
  32:17 34:9 37:16
  38:10
understanding
  15:6 50:18
unexpected   30:25
united   1:2,10 2:11
  2:13 6:7,17 7:23
  9:3,9

unprotected   33:24
unsigned   3:14
untethered   44:16
unusual   33:2
usa   57:2
use   12:14 38:5,6
  39:6 47:17 49:18
  50:8 52:9
uses   50:3 51:21
usually   17:13
  21:11 35:6 50:25

v

v   57:2
vacuum   41:21
varied   12:16
variety   16:23
various   8:19 41:24
veins   22:3,15
ventilate   15:10
ventilation   14:22
  15:15
verbal   4:22
veritext   57:1
vessels   22:3,15
victim's   18:2

w

wait   5:4
waived   3:9
want   5:8 9:18 12:5
  45:16
way   26:3 45:19
  47:22 48:13 51:11
  56:16
ways   16:23
went   12:17
west   2:8
whereof   56:18
witness   1:20 3:10
  3:16,18 4:3 28:13
  46:5 53:11 56:9

56:12,18
witnesses'   57:3
word   50:3
words   50:2
work   40:14,16,24
  52:22
worked   6:17 40:7
  40:21
writing   10:8
wrongful   7:25 8:8
  8:13

x

x   1:3,13 55:2,12

y

yeah   8:3,15,17
  13:9 14:9 28:20
  29:25 32:8 39:9
  45:9 46:21 47:7,9
  51:6 52:19
year   37:17 43:5
years   12:22 14:20
yep   10:5
york   1:2,25 2:8,8
  2:12,17,17 4:4
  7:18,20 8:23
  10:10,18,22 23:8
  23:10 25:21 39:17
  40:12 55:9 56:3,7
  57:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.