# EXHIBIT H

# Federal Bureau of Prisons
## Referral of an Inmate Criminal Matter for Investigation
### Sensitive But Unclassified

| | | | |
|---|---|---|---|
| Referral Number: NYM-15-0013 | | Original Entered Date: 5/22/2015 9:03:35 AM CST | |
| Agency Category: Federal | Agency: Federal Bureau of Investigation- FBI | Referral Reason: Homicide, Inmate | |
| Current Status: Submitted | | Status Date: 5/22/2015 10:00 AM | |

## Contact

| | | |
|---|---|---|
| First Name: Jason | Last Name: Randazzo | Title: FBI - Special Agent |
| Phone: 9177319858 | Email: | |

## Inmates

| Reg # | Name |
|---|---|
| 69913054 | GRANT, ROBERTO |

## Status History

| Status | Status Date |
|---|---|
| Submitted | 5/22/2015 10:00 AM |

## Incidents

| Incident Number | Date |
|---|---|
| Description | |
| NYM-15-0044 | 5/18/2015 11:40 PM |

On May 18, 2015 at approximately 11:40 pm inmates on 11-South, tier 12 notified the Unit Officers of an inmate unresponsive. The officers called for a medical emergency/hit Body Alarm and staff responded. Upon arrival of staff, inmate Grant, Roberto #69913-054 was found on his bunk bed unresponsive. Staff checked the inmate for a pulse and no pulse was detected. Inmate Grant was moved off the bed and to the floor were staff began CPR. The Operations Lieutenant arrived and cleared the tier of all inmates. The Operations Lieutenant connected the AED to inmate Grant and no shock was advised. Staff continued CPR and moved the inmate to a stretcher. The AED then analyzed the inmate again and it advised to shock. The Operations Lieutenant then administered one shock to inmate Grand as advised by the AED. Inmate Grant was then removed off the unit to the medical sally port on the second floor with staff continuing CPR and life saving measures. The AED advised another shock upon arrival to the second floor sally port. Staff then administered one additional shock to inmate Grant as advised by the AED. CPR was then continued and the AED then advised shock, to which staff administrated a third shock as advised by the AED. Staff then continued CPR until the arrival of EMS / FDNY who then took over medical care. Inmate Grant was transported / escorted to the local hospital where he was pronounced dead at 0033 by an emergency room doctor, an investigation continues.

## Cases

| Case Number | | | | | |
|---|---|---|---|---|---|
| Comment | Case Type | Case Subtype | Case Status | Opened Date | Closed Date |

No data found.

# Federal Bureau of Prisons
## Referral of an Inmate Criminal Matter for Investigation
### Sensitive But Unclassified

### Attachments

| File Name | Document Type | Document Subtype | Original Entered By | Original Location Code | Original Entered Date |
|---|---|---|---|---|---|
| 11-south roster.pdf | SENTRY | Roster | TF18937 | NYM | 5/22/2015 9:02:02 AM CST |
| ClinicalEncounter Grant 69919-054.pdf | Medical | Inmate Assessments | TF18937 | NYM | 5/22/2015 9:01:26 AM CST |
| Staff Memos.pdf | Statements & Written Memorandums | Staff Provided | TF18937 | NYM | 5/22/2015 9:02:41 AM CST |

### Comments

### Law Enforcement Action Taken
☐ Accepted  ☐ Declined  ☐ Deferred

_____  _____
Name (printed)                Title (printed)

_____  _____
Signature                     Date