# EXHIBIT J

FD-302 (Rev. 5-8-10)


OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   06/18/2015

        DIONYSIA GEORGOPOULOS, Correctional Officer (CO), Metropolitan
Correctional Center (MCC), 150 Park Row, New York, New York, was advised of
the official identity of the interviewing agent and the nature of the
interview. She then furnished the following information:

        On May 18, 2015, GEORGOPOULOS was working as the Unit Officer
with CO KEARINS during the evening watch, which starts at 4 P.M. and ends
at 12 midnight, on Unit 11 South of the MCC. At approximately between 10:20
P.M. to 10:40 P.M., she and KEARINS were alerted to a medical emergency in
the dormitory area of the unit by inmates incarcerated inside who were
yelling at the gate of the unit. They stated that he needed help and he was
not moving. She saw inmates spraying the air in the unit, and as she
smelled K-2 she thought they were doing it to disguise the smell of it. She
went to the sallyport to get a stretcher and then entered the unit to find
an inmate she identified as GRANT in need of medical care. He was found on
the bottom bunk with foam at his mouth and he appeared to have urinated on
himself.

        KEARINS, who was by his head, and two other officers moved GRANT
to the floor so they could perform CPR. KEARINS found that GRANT had no
pulse and he did the breathing portion of the CPR while she conducted chest
compressions. KEARINS had trouble getting air into GRANT. A defibrillator
was also used multiple times in an effort to revive him without success.
She continued compressions while she rotated with other COs. Sometime
during the incident, she noticed that his eyes rolled back but they were
not blotchy or red. At no time did she hear a breath or feel a pulse. She
also noticed that his jaw was clenched at some point.

        She described GRANT was a happy, quiet inmate who did not get
into trouble. He had a good attitude and no one complained about him. She
was under the impression that a drug was the cause of the incident.

---

Investigation on   06/11/2015   at   New York, New York, United States (In Person)

File #   90A-NY-6383364                                              Date drafted   06/12/2015

by   Jason Randazzo, MCCAFFREY DANIEL X JR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

SUBJEC TO PROTECTIVE ORDER                                    US_03686

FD-302 (Rev. 5-8-10)  - 1 of 2 -

 OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry ___07/21/2015___

DIONYSIA GEORGOPOULOS, Correctional Officer (CO), Metropolitan Correctional Center (MCC), 150 Park Row, New York, New York, was interviewed by Special Agent (SA) JASON RANDAZZO, SA ALEXANDER VU, and Assistant U.S. Attorney RICHARD COOPER. After being advised of the official identities of the interviewing agents and the nature of the interview, GEORGOPOUOS furnished the following information:

GEORGOPOULOS confirmed all the information provided in the June 18, 2015, interview with no perceived inconsistencies. [Agent Note: GEORGOPOLULOS was previously interviewed on June 18, 2015 (Sentinel serial number 14).]

GEORGOPOULOS was along-side CO MICHAEL KEARINS during the entire May 18, 2015, incident involving inmate ROBERTO GRANT. When GEORGOPOULOS and KEARINS responded to the incident, two men were at the "grill" of the unit cell. The first inmate was "a black guy with a white t-shirt" whom informed the COs of the incident. When GEORGOPOULOS saw GRANT lying motionless in the unit, GRANT was wearing grey pants with a stained crotch area. There were no bed sheets blocking the COs view of GRANT.

GEORGOPOULOS recalled at least CO KEARINS, CO LOUIS AJDRIE, CO ROBERTO GRIJALVA, and LT. PATRICK DELANEY responding to the incident. LT. DELANEY brought a defibrillator which was deployed on GRANT. The COs followed the automated directions of the defibrillator.

Following the incident, MCC COs were sent an electronic mail indicating that GRANT's neck was injured. GEORGOPOULOS repeated that GRANT's death did not appear neck related. She believes the cause of death was related to K-2.

GEORGOPOULOS does not believe that any of the COs made a mistake during administration of the life saving measures on GRANT. She would recall if something happened, especially if harm was caused to GRANT's

| | | | |
|---|---|---|---|
| Investigation on | 07/02/2015 | at | New York, New York, United States (In Person) |
| File # | 90A-NY-6383364 | Date drafted | 07/10/2015 |
| by | Jason Randazzo, VU ALEXANDER THANG | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER

US_03478

FD-302a (Rev. 05-08-10)

90A-NY-6383364

Continuation of FD-302 of Interview of CO Dionysia Georgopoulos ___, On 07/02/2015 , Page 2 of 2

neck.

        GEORGOPOULOS has inspected many inmates that smoke K-2. She explained that the use of K-2 is identifiable on the inmates because it sticks to their uniforms. GEORGOPOULOS suspects that K-2 enters the MCC through random visitors including dishonest attorneys and COs. She recalled a story of a former CO, FNU BROWN, that was arrested for smuggling in K-2.

        Following the incident, GEORGOPOULOS and KEARINS were taken off the unit for two days. GEORGOPOULOS believes the inmates blame KEARINS for the death of GRANT because the inmates would like KEARNIS removed from the MCC. KEARINS is known as a good CO whom follows MCC policy thoroughly.

        GEORGOPOULOS heard a rumor from an inmate she identified as ███████ █████████████████████████ that prior to the incident, GRANT was "horsing around" with another inmate whom put GRANT in a "choke hold." After GRANT passed out due to the choke hold, the other inmates took drugs from GRANT's crotch area. GEORGOPOULOS noted, however, that she does not trust inmates.

        Unite 11 South of the MCC is known as the "shank unit" because sharpened objects are always confiscated from the unit inmates.

SUBJECT TO PROTECTIVE ORDER

US_03479

FD-302 (Rev. 5-8-10)                           - 1 of 6 -

## FEDERAL BUREAU OF INVESTIGATION

 OFFICIAL RECORD

Date of entry     09/18/2015

DIONYSIA GEORGOPOULOS, Correctional Officer (CO), Metropolitan Correctional Center (MCC), 150 Park Row, New York, New York, was advised of the official identity of the interviewing agent and the nature of the interview. She was interviewed at the offices of the United States Attorney's Office, Southern District of New York (USAO/SDNY), 1 Saint Andrew's Plaza, New York, New York, in the presence of Assistant United States Attorneys (AUSA) RICHARD COOPER, ANDREA GRISWOLD and Investigator LAVALE JACKSON. She then furnished the following information:

GEORGOPOULOS was asked about the identity of an inmate that she had mentioned in a previous interview regarding a rumor involving the death of an inmate identified as ROBERTO GRANT in which the inmate stated that he heard that GRANT died as a result of a chokehold placed on him during "horseplay" while inside the unit. She responded that she was unable to recall the identity of the inmate but that it was someone on the unit and most likely it was an inmate she identified as ████████. The inmate told her that it could have been an accident.

She was then asked to view an array of photographs and to state if there was any relation to the individual depicted in the photograph to smoking or selling of K2 within the confines of the MCC or to any involvement of the incident regarding ROBERTO GRANT. She was not provided the identity of the individuals until after she stated her knowledge regarding the activities of the individual.

Page 1

1-I recognize him, I think his name is ████████ I think he got rid of K2 in his cell before I caught him with it. ████████
2-I recognize him but I do not know his name. ████████
3-I do not recognize him. ████████
4-I do not recognize him. ████████
5-He was in the unit on the night of the incident with GRANT, he's involved

Investigation on 09/11/2015 at New York, New York, United States (In Person)

File # 90A-NY-6383364                                    Date drafted 09/14/2015

by Jason Randazzo

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

SUBJECT TO PROTECTIVE ORDER                                US_03472

FD-302a (Rev. 05-08-10)

90A-NY-6383364

Continuation of FD-302 of __Interview of CO Dionysia Georgopoulos__ , On __09/11/2015__ , Page __2__ of __6__

with K2 and may also be involved with alcohol. ▮▮▮▮▮

6-I recognize him. ▮▮▮▮▮

7-He was in Unit 7 South and had an altercation with an officer. ▮▮▮▮▮
▮▮▮▮▮

8-I do not recognize him. ▮▮▮▮▮

9-He was in the unit on the night of the incident with GRANT but not on the same tier. He is now in Unit 5 South. There was a drop note which read that a CO's face was to be slashed by an inmate so inmates on Unit 11 South were moved to Unit 5 South. ▮▮▮▮▮

10-Might be known to her as ▮▮▮ and he was in the unit on the night of the incident with GRANT on that tier. ▮▮▮▮▮

11-He was in the unit on the night of the incident with GRANT. ▮▮▮▮▮
▮▮▮▮▮

12-He looks familiar but not sure. ▮▮▮▮▮

13-He was in the unit on the night of the incident with GRANT but not on the same tier, he likes to play dumb. ▮▮▮▮▮

14-I do not recognize him. ▮▮▮▮▮

15-He is an orderly who was in the unit on the night of the incident with GRANT on Tier 5 and 13. ▮▮▮▮▮

16-He was in the unit on the night of the incident with GRANT but not on the same tier. He has been disciplined for possession of K2. ▮▮▮▮▮
▮▮▮▮▮

17-I do not recognize him. ▮▮▮▮▮

18-He was in the unit on the night of the incident with GRANT but on Tier 7 and is involved with possession of K2. ▮▮▮▮▮

19-He looks familiar but is quiet. ▮▮▮▮▮

20-He was in the unit on the night of the incident with GRANT but on Tier 7. He smokes K2. ▮▮▮▮▮

21-He was in the unit on the night of the incident with GRANT but on Tier 7. ▮▮▮▮▮

22-He was in the unit on the night of the incident with GRANT on the same tier and is involved with possession of K2. ▮▮▮▮▮

23-I do not recognize him. ▮▮▮▮▮

24-He was in the unit on the night of the incident with GRANT. ▮▮▮▮▮
▮▮▮▮▮

25-He was in the unit on the night of the incident with GRANT but not on the same tier and has been involved multiple times with possession of K2, his last name has ▮▮▮ ▮▮▮▮▮

26-He was in the unit on the night of the incident with GRANT but not on the same tier, he was on Tier 8. ▮▮▮▮▮

27-I do not recognize him. ▮▮▮▮▮

28-He was in the unit on the night of the incident with GRANT but not on the same tier. ▮▮▮▮▮

29-He is an orderly who was in the unit on the night of the incident with

SUBJECT TO PROTECTIVE ORDER

FD-302a (Rev. 05-08-10)

90A-NY-6383364

Continuation of FD-302 of <u>Interview of CO Dionysia Georgopoulos</u>  , On   09/11/2015  , Page   3 of 6

GRANT but was on Tier 8. He is also involved with alcohol. ▓▓▓▓▓▓

30-She believes he was in the unit on the night of the incident with GRANT but not on the same tier. He is a Spanish speaker. ▓▓▓▓▓▓

Page 2

1-He looks familiar but not sure. ▓▓▓▓▓▓▓▓▓▓▓▓

2-I do not recognize him. ▓▓▓▓▓▓

3-He is an orderly who was in the unit on the night of the incident with GRANT but not on that tier. ▓▓▓▓▓▓▓▓

4-I do not recognize him. ▓▓▓▓▓▓

5-He looks familiar and he may have a brother in the MCC. He hides apples to make alcohol and he was in the unit on the night of the incident with GRANT but not on the tier. ▓▓▓▓▓▓▓▓

6-He was in another unit. ▓▓▓▓▓▓

7-He is ▓▓▓▓ and is an orderly who was in the unit on the night of the incident with GRANT but was on Tier 8. ▓▓▓▓▓▓▓▓

8-He looks familiar but not sure. ▓▓▓▓▓▓▓▓

9-He was in the Unit 7 South. ▓▓▓▓▓▓

10- He is in the Unit 11 South but unknown if he was in the unit on the night of the incident with GRANT. ▓▓▓▓▓▓▓

11-He is ▓▓▓▓ and translates from Spanish to Arabic. ▓▓▓▓▓▓▓

12-He looks familiar but not sure. ▓▓▓▓▓▓

13-I do not recognize him. ▓▓▓▓▓▓▓▓

14-He looks familiar but not sure. ▓▓▓▓▓▓

15-He is ▓▓▓▓ and is an orderly who was in the unit on the night of the incident with GRANT on Tier 9. ▓▓▓▓▓▓

16-He is ▓▓▓▓ and was in the unit on the night of the incident with GRANT on Tier 9. He is involved in using K2. ▓▓▓▓▓▓

17-He was in the unit on the night of the incident with GRANT and is involved in using K2. ▓▓▓▓▓▓

18-He was in the unit on the night of the incident with GRANT but in the middle tier and is involved with possession of K2. ▓▓▓▓▓▓▓

19-I do not recognize him. ▓▓▓▓▓▓

20-I do not recognize him. ▓▓▓▓▓▓

21-I do not recognize him. ▓▓▓▓▓▓

22-He is an orderly. ▓▓▓▓▓▓

23-He was in the unit on the night of the incident with GRANT but not on the tier. He is physically strong but respectful and was in the German Army. ▓▓▓▓▓▓

24- I do not recognize him. ▓▓▓▓▓▓

25-He has a K2 association with ▓▓▓▓ ▓▓▓▓▓▓

26-He looks familiar but not sure. ▓▓▓▓▓▓▓▓

SUBJECT TO PROTECTIVE ORDER

US_03474

FD-302u (Rev. 05-08-10)

90A-NY-6383364

Continuation of FD-302 of ___Interview of CO Dionysia Georgopoulos_____ , On ___09/11/2015___ , Page ___4 of 6___

27-He was in the unit on the night of the incident with GRANT but in the middle tier. ▮▮▮▮▮▮▮▮▮▮
28-He was in the unit on the night of the incident with GRANT and possibly on the same tier. ▮▮▮▮▮▮▮▮▮)
29-I do not recognize him. ▮▮▮▮▮▮▮▮▮
30-He was in the unit on the night of the incident with GRANT on the same tier. He looks like a co-defendant of ▮▮▮▮▮▮. His behavior and presence on a known K2 tier leads her to believe that he is involved with K2. ▮▮▮▮▮▮▮ ▮▮▮▮

Tier 7 is known for alcohol and tiers 8 and 9 are known for K2.


Page 3

1-He may have been one of the inmates who called out for help from the unit on the night of the incident with GRANT ▮▮▮▮▮▮▮▮▮▮▮
2-I do not recognize him. ▮▮▮▮▮▮▮▮▮
3-He was on the unit on the night of the incident with GRANT, he is a Bloods gang leader who smokes and sells K2. ▮▮▮▮▮▮▮▮▮
4-He was on the unit on the night of the incident with GRANT and may have been on the same tier as well ▮▮▮▮▮▮▮▮▮
5-I do not recognize him. ▮▮▮▮▮▮▮▮▮
6-He was on the unit on the night of the incident with GRANT on Tier 11, he is quiet but is involved with K2. ▮▮▮▮▮▮▮▮▮

7-He was in the unit on the night of the incident with GRANT but not on the same tier. ▮▮▮▮▮▮▮▮
8-He was in the unit on the night of the incident with GRANT but in the middle tier and is involved in some capacity with K2. ▮▮▮▮▮▮▮▮▮
9-He was in the unit on the night of the incident with GRANT but not on the same tier. ▮▮▮▮▮▮
10-I do not recognize him. ▮▮▮▮▮▮▮▮▮
11-He claims to be a best friend of GRANT from the street ▮▮▮▮▮▮▮▮▮▮
12-He was in the unit on the night of the incident with GRANT but was in the middle tier. He smokes and sells K2. ▮▮▮▮▮▮▮▮▮
13-He is an orderly who was in the unit on the night of the incident with GRANT but was in the middle tier. He smokes and sells K2. ▮▮▮▮▮▮▮▮▮
14-He was in the unit on the night of the incident with GRANT but she is uncertain on which tier. ▮▮▮▮▮▮▮▮▮
15-I do not recognize him. ▮▮▮▮▮▮▮▮▮
16-I do not recognize him. (▮▮▮▮▮▮▮▮
17-He was in another unit on the night of the incident with GRANT. ▮▮▮▮▮▮ ▮▮▮▮

18-He was in the unit on the night of the incident with GRANT but on the

SUBJECT TO PROTECTIVE ORDER                            US_03475

FD-302a (Rev. 05-08-10)

90A-NY-6383364

Continuation of FD-302 of  Interview of CO Dionysia Georgopoulos            , On    09/11/2015  , Page    5 of 6

top tier and is involved with possession of K2 based on monitored
conversations that she has heard him. ████████████
19-He is in the unit now but was not present on the night of the incident
with GRANT. ████████████
20-I do not recognize him. ████████████
21-He was on the unit on the night of the incident with GRANT but on
another tier. He also has a son in the MCC. ████████████
22-He was in the unit on the night of the incident with GRANT but on the
top tier and appeared to display concern for GRANT. ████████████
23-I do not recognize him. ████████████
24-She identified this inmate as ██████ and he was in the unit on the night
of the incident with GRANT but on the top tier. He is known as the K2
dealer of the unit. ████████████
25-He looks familiar but not sure. ████████████
26-I do not recognize him. ████████████
27-He is a cadre. ████████████
28-He was in the unit on the night of the incident with GRANT and possibly
on the same tier. ████████████
29-He was in the unit on the night of the incident with GRANT but she is
uncertain on which tier. ████████████
30-He was in the unit on the night of the incident with GRANT on the same
tier. He is quiet but she often smells K2 around the area of his bed. ████████████
████████████

Page 4

1-He looks familiar but not sure. ████████████
2-I do not recognize him. ████████████
3-He looks familiar but not sure. ████████████
4-He is ██████ AND was on the unit on the night of the incident with GRANT.
He smokes and sells K2. ████████████
5-I do not recognize him. ████████████
6-I do not recognize him. ████████████
7-He was on the unit on the night of the incident with GRANT but not on the
same tier. ████████████
8-He looks familiar but not sure. ████████████
9-I do not recognize him. ████████████
10-He was in the unit on the night of the incident with GRANT on the same
tier and is involved in using K2. ████████████
11-He was in the unit on the night of the incident with GRANT on the same
tier and is involved in using K2. ████████████
12-He pulled a knife on another inmate in a different unit. ████████████
████████████

SUBJECT TO PROTECTIVE ORDER                            US_03476

FD-302a (Rev. 05-08-10)

90A-NY-6383364

Continuation of FD-302 of ___Interview of CO Dionysia Georgopoulos___ , On ___09/11/2015___ , Page ___6 of 6___

13-He was in the unit on the night of the incident with GRANT. ▮▮▮▮▮▮
14-He was in the unit on the night of the incident with GRANT. ▮▮▮▮
JEAN)
15-He is ▮▮▮▮ and he probably smokes K2. ▮▮▮▮▮▮▮▮
16-I do not recognize him. ▮▮▮▮▮▮▮
17-He was in the unit on the night of the incident with GRANT and likely he
was on the same tier. ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ She also recalled that this
was the inmate who told her about the rumor that GRANT died as a result of
an accident while horsing around on the unit and that someone had choked
him from behind. ▮▮▮▮▮▮▮

She was then shown a photograph labeled "B" and stated that he is
involved with K2 as a smoker and a dealer. ▮▮▮▮▮▮▮

She was then shown a photograph labeled "C" and stated that she did not
recognize him. (photograph unidentified)

SUBJECT TO PROTECTIVE ORDER

US_03477