# EXHIBIT K

Page 1

1

2  UNITED STATES DISTRICT COURT

   SOUTHERN DISTRICT OF NEW YORK

3  ------------------------------------------X

   NICOLE MORRISON, AS ADMINISTRATOR FOR THE

4  ESTATE OF ROBERTO GRANT,

5                              PLAINTIFF,

6

          -against-          Case No.:

7                            17-CV-6779

8

   UNITED STATES OF AMERICA, ET AL,

9

                             DEFENDANTS.

10 ------------------------------------------X

11               DATE: October 28, 2020

12               TIME: 10:08 a.m.

13

14          DEPOSITION of a non-party

15  witness, OFFICER DIONYSIA GEORGOPOULOS,

16  taken by the Plaintiff, pursuant to a

17  Subpoena and to the Federal Rules of Civil

18  Procedure, held via video conference,

19  before Patricia A. Venditti, a Notary

20  Public of the State of New York.

21

22

23

24

25

Page 2

```
 1
 2   A P P E A R A N C E S:
 3
 4   THE LAW OFFICE OF ANDREW LAUFER, ESQ.
        Attorneys for the Plaintiff
 5      NICOLE MORRISON, AS ADMINISTRATOR FOR THE
        ESTATE OF ROBERTO GRANT
 6      264 West 40th Street, Suite 604
        New York, New York 10018
 7      BY: ANDREW LAUFER, ESQ.
 8
 9   UNITED STATES ATTORNEY'S OFFICE
     NEW YORK SOUTHERN DISTRICT
10      Attorneys for the Defendant
        UNITED STATES OF AMERICA
11      86 Chambers Street
        New York, New York 10007
12      BY: LUCAS ISSACHAROFF, ESQ.
                  *         *         *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1

2     F E D E R A L   S T I P U L A T I O N S

3

4

5     IT IS HEREBY STIPULATED AND AGREED by and

6     between the counsel for the respective

7     parties herein that the sealing, filing and

8     certification of the within deposition be

9     waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an

14    unsigned copy of the deposition may be used

15    with the same force and effect as if signed

16    by the witness, 30 days after service of

17    the original & 1 copy of same upon counsel

18    for the witness.

19

20    IT IS FURTHER STIPULATED AND AGREED that

21    all objections except as to form, are

22    reserved to the time of trial.

23

24              *    *    *    *

25

```
                                              Page 4
 1                OFFICER GEORGOPOULOS
 2   D I O N Y S I A   G E O R G O P O U L O S,
 3   called as a witness, having been first duly
 4   sworn by a Notary Public of the State of
 5   New York, was examined and testified as
 6   follows:
 7   EXAMINATION BY
 8   MR. LAUFER:
 9        Q.    Please state your name for the
10   record.
11        A.    Dionysia Georgopoulos.
12        Q.    What is your address?
13        A.    8 Donaldson Lane, Garnerville,
14   New York 10923.
15              (Due to the need for this
16          deposition to take place remotely
17          because of the Government's order for
18          social distancing, the parties will
19          stipulate that the Court Reporter may
20          swear in the witness over the video
21          conference and that the witness has
22          verified that she is in fact Dionysia
23          Georgopoulos.)
24        Q.    Good morning, Officer
25   Georgopoulos.  My name is Andrew Laufer.
```

Page 5

1                    OFFICER GEORGOPOULOS
2    I'm an attorney.  I represent the estate of
3    Roberto Grant in a cause of action against
4    the United States.  I'll be asking you some
5    questions regarding that.
6              Please allow me to ask my
7    question first before you begin your
8    response as the Court Reporter can't take
9    us down at the same time.
10             Please note that all of your
11   responses to my questions must be in verbal
12   form.  No nodding or shaking of the head as
13   the Court Reporter can't take down
14   gestures.
15             Any time you want to take a
16   break, totally fine for whatever reason,
17   just not while a question is pending.  You
18   have to answer the question first before
19   you take your break.
20             Do you have any questions
21   before we begin?
22        A.    No.
23        Q.    Have you ever done anything
24   like this before like giving testimony?
25        A.    Not for these type of cases.

```
                                              Page 6
 1              OFFICER GEORGOPOULOS
 2         Q.    Like under oath and stuff with
 3    a Court Reporter there, have you ever done
 4    that?
 5         A.    Yes.
 6         Q.    Just in general, I don't need
 7    to get specific about why, what types of
 8    cases did you do this for?
 9         A.    Family court.
10         Q.    Are you currently employed?
11         A.    Yes.
12         Q.    What are you employed as?
13         A.    A registered nurse, RN.
14         Q.    When did you become an RN?
15         A.    In 2017 I got my license and in
16    2018 is when I began working as a nurse.
17         Q.    So prior to that, what was your
18    employment, did you work for DOP?
19         A.    Yes.
20         Q.    What year did you graduate high
21    school?  I don't need to know where you
22    went.
23         A.    In 2004.
24         Q.    When were you first hired by
25    DOP?
```

                    OFFICER GEORGOPOULOS

1

2        A.      In 2014.  I'm not a hundred

3   percent sure what year.

4        Q.      Okay, that's fine.

5                Is that when you entered the

6   academy, around?

7        A.      Around that time, yes.

8        Q.      So between 2004 and 2014, did

9   you go to college?

10       A.      I was -- I entered the military

11   so I was in the Army.

12       Q.      When did you serve?

13       A.      From 2000 -- I entered in 2003,

14   I left in 2004 right after high school and

15   I got out in 2013.

16       Q.      So you served nine years?

17       A.      More than that.  It should be

18   eleven years.

19       Q.      Thank you for your service.

20                What did you do in the Army?

21   Did you have any specialty or anything like

22   that?

23       A.      I was military police.

24       Q.      After basic, was that your

25   first assignment?

Page 8

```
 1              OFFICER GEORGOPOULOS
 2      A.     No.
 3             I did finance first.  Then I
 4  did a deployment and then military police.
 5      Q.     Let's talk about your MP
 6  experience.
 7             Did you go to a special school
 8  to learn how to become an MP?
 9      A.     Yes.
10      Q.     Can you just give me the basic
11  of what they taught you in that school?
12      A.     They taught me de-escalation.
13  They taught me riot control, manning a
14  post, like arson duty.  Then I belong to a
15  military police combat unit, so combat
16  skills.
17      Q.     Did they teach you how to deal
18  with prisoners, overseeing them?
19      A.     Yes.
20      Q.     Keep them safe, things of that
21  nature?
22      A.     Yes.
23      Q.     Could you describe for me the
24  training that you received in the military
25  to do that?
```

```
 1            OFFICER GEORGOPOULOS
 2      A.     They trained me on how to
 3  transport prisoners, how to handcuff
 4  properly, prisoner rights, what to do in
 5  certain situations, emergencies.
 6      Q.     Like giving CPR?
 7      A.     They did teach CPR, but they
 8  taught like basic CPR.
 9      Q.     How about dealing with
10  prisoner-on-prisoner violence?
11      A.     The prisoner-on-prisoner
12  violence they did teach basically how to --
13  that's considered an emergency situation,
14  so how to handle that.
15      Q.     How long was the schooling that
16  you went to?
17      A.     It was for nine weeks, I
18  believe.
19      Q.     Did they teach you anything
20  about investigating prisoner-on-prisoner
21  incidents, injuries to prisoners, maybe
22  someone who may have died?
23      A.     They just taught us -- so
24  that's the ID, that's a special assignment
25  and I didn't belong to that, but they do
```

```
                                            Page 10
 1              OFFICER GEORGOPOULOS
 2   teach you on how to write reports, how to
 3   write a report and that's pretty much it.
 4   To write a report and how to preserve
 5   evidence, how to de-escalate the situation
 6   if you're coming in and they're still
 7   fighting.
 8        Q.    You were an MP from what period
 9   to what period while you were in the
10   military?
11        A.    2007 all the way until I left.
12        Q.    That was maybe 2013 or so?
13        A.    Just about, yeah.
14        Q.    Were you honorably discharged?
15        A.    Yes.
16        Q.    Was that about the time that
17   you applied to be a correction officer for
18   DOP?
19        A.    Yes, after I left.
20        Q.    How did you go about doing
21   that?
22        A.    I went about it talking to
23   other service members, most service members
24   that are MPs they tend to go into law
25   enforcement.  So I had a few supervisors
```

                    OFFICER GEORGOPOULOS

1

2    that sort of guided me into how to apply

3    and how to enter law enforcement on the

4    civilian side.

5        Q.    Do you recall, I think I asked

6    you this earlier, do you recall when you

7    were initially hired by DOP?

8        A.    Yes.

9        Q.    When was that?

10       A.    I know it was in October of

11   2014.  I'm just not sure about the year.

12       Q.    That's okay, don't worry.

13             Did you initially -- what was

14   your first assignment when you were hired?

15       A.    I was a CO.

16       Q.    Did they assign you a

17   particular location?

18       A.    No.  I didn't have an assigned

19   unit because I was new.

20       Q.    How about in terms of like

21   location, where you worked, correctional

22   facility?

23       A.    MCC New York.

24       Q.    How long -- you worked a bit

25   before you went to the academy; is that

```
                                        Page 12
 1              OFFICER GEORGOPOULOS
 2   correct?
 3        A.     Right.
 4        Q.     How long did you work before
 5   you went to the academy?
 6        A.     I know for sure it was longer
 7   than the 90 days.  For my understanding
 8   they are supposed to send you to the
 9   academy within 90 days, but I was sent
10   after.
11        Q.     Any particular reason why they
12   did that or you don't know?
13        A.     Something to do with the hold
14   on the academy side.  I'm not a hundred
15   percent sure.  They extended the on-the-job
16   training prior to going into the academy.
17        Q.     Right, to make sure that the
18   job was suitable for you?
19        A.     I'm not sure if that was the
20   reason why, but...
21        Q.     That's fine.
22               Where is the academy located,
23   down in Georgia?
24        A.     In Georgia.
25        Q.     Where in George?
```

```
                                       Page 13
 1              OFFICER GEORGOPOULOS
 2       A.     Glen Cove.
 3       Q.     How long was the academy for?
 4       A.     Two weeks.
 5       Q.     Can you just describe for me
 6  what you learned at the academy?
 7       A.      It was a lot of information.
 8  Let's see.  How to basically manage, how to
 9  understand the prison system, the hierarchy
10  of it, the management side of it.  My
11  responsibilities, my duties.
12              They gave us a lot of
13  scenario-based training.  Basically how to
14  react to certain situations.
15       Q.     Prisoner-on-prisoner violence?
16       A.     Prisoner-on-prisoner violence.
17  I remember there was one training with --
18  it wasn't for me necessarily because MCC is
19  a high-rise building, but they do teach you
20  on what happens when inmates are outside in
21  a courtyard and how you have regular
22  civilians from the local area reacting to
23  certain inmates.
24              For example, we do have a lot
25  of convicted pedophiles and basically how
```

```
 1                OFFICER GEORGOPOULOS
 2   to de-escalate that situation.  How to
 3   separate the inmates from regular civilians
 4   and how to keep control basically and
 5   de-escalate.
 6        Q.    Care, custody and control of
 7   the inmates?
 8        A.    Correct.
 9        Q.    How about investigating
10   inmate-on-inmate violence?
11        A.    We were taught basically how to
12   separate.  So if there is a fight everyone
13   gets separated and then from there we are
14   suppose to of course respond by pressing a
15   body alarm and the lieutenant and a few
16   staff should come up and SIA should be
17   notified and typically that's done by the
18   lieutenant.
19             Out of courtesy of course we
20   notify SIA at well just so they're aware.
21        Q.    You can directly notify SIA?
22        A.    I used to do it, but
23   technically it's supposed to come from the
24   lieutenant, but it's still a heads up, hey,
25   there was a situation that happened here.
```

Page 15

```
 1              OFFICER GEORGOPOULOS
 2        Q.     Is that the operations
 3   lieutenant?
 4        A.     Typically it's the operations
 5   lieutenant.  Sometimes if the operations
 6   lieutenant is handling another situation,
 7   then the activities lieutenant takes over.
 8        Q.     Okay.
 9               Did you successfully complete
10   the academy?
11        A.     Yes.
12        Q.     What was your first assignment?
13   Like what correctional facility were you
14   assigned to out of the academy?
15        A.     Metropolitan Correctional.
16        Q.     Manhattan?
17        A.     In Manhattan.
18        Q.     Do you recall what time period
19   that was?
20        A.     From the time I got hired in
21   the DOP up until when I had resigned which
22   was in 2019.
23        Q.     Is there any reason why you
24   resigned?
25        A.     Yes.
```

```
 1              OFFICER GEORGOPOULOS

 2              I resigned because I had my

 3    license now as a registered nurse.  I

 4    thought it was that time to step out of law

 5    enforcement and begin my career as a

 6    registered nurse.

 7         Q.    Congratulation on that as well?

 8         A.    Thank you.

 9         Q.    So when you were first assigned

10    to be DOP, do you recall having heading to

11    MCC?  Do you recall the date?

12         A.    I just know I got hired

13    October.  I believe it was October 5, 2014.

14    Again, the year I don't remember.

15         Q.    When you were first hired after

16    the academy, I mean not hired, when you

17    were placed back at MCC, could you describe

18    for me what your initial assignment was?

19         A.    I had a lot of assignments

20    because I was new.  I was rotated to

21    different units.

22         Q.    Did any of your assignments

23    require you to work out of 11 South?

24         A.    Yes.

25         Q.    You're familiar with the prison
```

```
 1              OFFICER GEORGOPOULOS
 2    layout; right?
 3         A.    Yes.
 4         Q.    In relation to the entire
 5    prison, where is 11 South located?
 6         A.    11 South, that's the last floor
 7    before you hit the rooftop floor.  It was
 8    the only unit where it's an open tier.
 9              So the other units house two
10    inmates per cell, but in 11 South it was
11    about 14 to 16 inmates per tier.  So it's
12    an open bay.
13         Q.    How many tiers were there?
14         A.    Six.
15         Q.    The time period I really want
16    to focus on is maybe like May of 2015.  It
17    may have changed subsequent to that, I'm
18    not sure, but that's really the time period
19    in terms of the way you describe things I
20    want to know about.
21         A.    Okay.
22         Q.    Are there any stations or guard
23    posts located within 11 South --
24         A.    Yes.
25         Q.    -- during that time period?
```

```
 1              OFFICER GEORGOPOULOS
 2       A.    Yes.
 3       Q.    Where would they be located?
 4       A.    So when you come into the unit
 5   there is the kitchen area, then when you
 6   walk straight forward it would be on the
 7   left-hand side.  So it's the bubble.
 8   That's basically the officer's station.
 9       Q.    Is that an enclosed area, is it
10   just a desk or something else?
11       A.    It's an enclosed area.
12       Q.    How many officers can fit in
13   there?
14       A.    With three officers it's
15   crowded, but you can fit three.  You can
16   fit four, it's very crowded.  It's a small
17   station.
18       Q.    Usually, how many officers are
19   assigned to that post?
20       A.    During that time it's usually
21   two officers for that particular unit.
22       Q.    Prior to May of 2015 do you
23   recall ever being assigned to that post?
24       A.    I don't recall specifically.
25   Again, I was rotated to many units.
```

```
 1              OFFICER GEORGOPOULOS
 2       Q.    So would it be fair to say that
 3  during the time period of May 2015 you were
 4  still in this rotational phase?
 5       A.    Correct.
 6       Q.    Do you recall when you were
 7  assigned to 11 South around this time
 8  period how you would go about doing your
 9  duties and responsibilities for care,
10  custody and control of the inmates?
11       A.    How I did it?
12       Q.    Yes.
13       A.    I recall.
14       Q.    Could you describe for me how
15  you would go about doing it?
16       A.    Usually, I would come in, I was
17  told where I would be working at.  I would
18  go and relieve the officer and usually when
19  you come in that's typically when the count
20  begins, once the new officers are on duty.
21  That's what I did.
22              Typically in that unit we wait
23  for the second officer, you don't go by
24  yourself to any of the tiers.
25       Q.    Right.
```

```
 1              OFFICER GEORGOPOULOS
 2              There is usually a gate that
 3   prevents people from going inside the tier
 4   from the main area; is that correct?
 5        A.    Right.   If we have the gates
 6   locked, yes.
 7        Q.    Would you patrol the various
 8   tiers in front of these gates regularly
 9   when you're assigned that post?
10        A.    You do patrol throughout the
11   shift, but when you come in initially all
12   the inmates are already inside the tier,
13   the gates are locked and it should be count
14   down time.
15              Meaning me and that second
16   officer, we are going to go tier by tier
17   and inspect the inmates head to toe and
18   every inmate is standing up for the count.
19        Q.    Do you go inside the tiers to
20   do that?
21        A.    Yes.
22        Q.    Is there anything else that you
23   do when you patrol the tier after the
24   count?
25        A.    As long as we count them, every
```

```
 1              OFFICER GEORGOPOULOS
 2   inmate is standing.  There is bathrooms
 3   inside the tiers, if there is somebody
 4   using the bathroom we hold the count until
 5   they get out of the bathroom and stand like
 6   everybody else.  We lock the gates and we
 7   continue counting the next tiers.
 8        Q.    You ensure that everyone is
 9   there?
10        A.    Correct.
11        Q.    After everyone is there you're
12   fine?
13        A.    Right.
14              We take -- we do -- basically
15   we count so we should know how many heads
16   are in each tier and the standing is to
17   make sure that they can stand.
18        Q.    Right, and that they're
19   physically capable of doing it?
20        A.    Right.  They're physically
21   capable, there isn't anything broken or
22   wasn't a recent fight or anything like
23   that.
24        Q.    How often do you patrol the
25   various tiers outside of the gate during a
```

```
 1              OFFICER GEORGOPOULOS
 2  tour?
 3       A.    During the tour, a few times.
 4  We will make rounds.  We inspect certain
 5  tiers.  It's more random which tiers we go
 6  to.  We inspect the bathrooms of each tier.
 7  We inspect -- basically what we are looking
 8  for if there is any contraband inside these
 9  tiers and we are just observing and
10  looking.
11       Q.    During your patrols, do you go
12  inside the actual tiers?
13       A.    Yes.
14       Q.    You don't do that by yourself;
15  right?
16       A.    At that time in that unit, no.
17  That's when there was a second officer
18  there.
19       Q.    Why was that unit special in
20  any way that you couldn't do it by
21  yourself?
22       A.    Well, the thing is that that's
23  a male unit and that there was a few units
24  that were known to have more fights than
25  other units and that was one of the units
```

Page 23

1          OFFICER GEORGOPOULOS

2    that seemed to have a little bit of an

3    issue.

4         Q.    Were some of those issues also

5    prisoners playing a choking game, anything

6    like that?  They would choke each other

7    out?

8         A.    I don't know about the choking

9    part, but I do know that, you know, it's a

10   jail, so there would be fights, lots of

11   contraband would be found.

12            If you look at the actual walls

13   of the unit, the ceilings, there would be

14   metal pieces missing from certain areas, so

15   we took that into account and report.

16        Q.    What would those metal pieces

17   be used for?  Why were they missing?  Let's

18   withdraw that question and ask why were

19   those metal pieces missing?

20        A.    We can only assume why they

21   were missing, but these are like the metal

22   pieces for like the central air, I guess

23   whatever system the jail ran on and if

24   there is metal pieces missing, these are

25   metal, like hard wire pieces, so most

```
 1              OFFICER GEORGOPOULOS
 2   likely to make weapons out of them to hide
 3   them somewhere.
 4        Q.    You talked a little bit about
 5   contraband, like drugs and things of that
 6   nature; is that correct?
 7        A.    Right.  Drugs and other
 8   contraband.
 9        Q.    Was that a problem during this
10   time period in this unit?
11        A.    That was a problem in almost
12   every unit, but, yes, in that unit as well.
13        Q.    How about the drug K2, have you
14   ever heard of that drug?
15        A.    Before coming into the jail I
16   didn't know what it was.  Coming into the
17   jail I learned what it was and it has a
18   particular smell.
19        Q.    Was it a problem in that unit
20   during that time period?
21        A.    Yes.
22        Q.    Were prisoners dealing K2 to
23   other prisoners?
24        A.    That was the assumption.
25        Q.    What do you know K2 to be?
```

```
 1                OFFICER GEORGOPOULOS
 2        A.    I just know it smelled really
 3   bad and we did have -- we had a few
 4   instances, not necessarily in that unit in
 5   11 South, but there were other units where
 6   I remember there was a situation where they
 7   were so high on K2 one inmate was paranoid,
 8   he said he saw things that were not there.
 9             We had instances where inmates
10   ran naked in the units because they were so
11   high, but then again we didn't know.  We
12   don't know what drugs they were taking.  We
13   just -- because of the smell we would
14   assume it would be K2.
15        Q.    If you smelled this specific
16   smell, did you have any kind of
17   responsibility or anything that you did
18   about it?
19        A.    The only thing that you can do
20   is look for it.  If you smell it, someone
21   has it in the unit, you just have to keep
22   looking.
23             Sometimes randomly you would
24   find it, but they were very good in hiding
25   it somewhere.
```

```
 1              OFFICER GEORGOPOULOS
 2       Q.    As soon as you smell it you
 3   would go investigate in other words?
 4       A.    Right, because the smell was
 5   very particular.  It used to give me
 6   headache.
 7       Q.    Do you know if K2 is known as
 8   synthetic marijuana?
 9       A.    I don't know if it's a
10   synthetic marijuana just because I don't
11   know how it's made.  I don't know what it
12   has in it.
13       Q.    No problem.
14             Do you know how prisoners would
15   consume K2?
16       A.    I just know that based on the
17   cloud of smoke I used to see quite often
18   I'm guessing they would smoke it.
19       Q.    They would smoke it, okay.
20   Fair enough.
21             I'm going to draw your
22   attention to an incident involving my
23   client, Roberto Grant.
24             Prior to this incident, did you
25   ever know who Roberto Grant was?
```

1            OFFICER GEORGOPOULOS

2       A.      I remember him.

3       Q.      Did you have any kind of --

4   prior to this incident, did you have any

5   kind of interaction with him at all?

6       A.      I had a few interactions with

7   him.

8       Q.      Could you describe for me those

9   interactions?

10      A.      Sure.

11              He was not a problematic

12  inmate.  He just kind of went about his

13  business.  Good morning, ma'am, that's it.

14  Very calm typically.  I never witnessed him

15  getting into any altercations with any

16  inmates.  He was calm.

17      Q.      That's a good thing.

18              Was there any allegations that

19  you were aware of that he might have been

20  smoking or dealing K2?

21      A.      There were allegations after

22  the incident.  I personally though had

23  never seen him.  I mean obviously they're

24  not going to do it in my face.

25      Q.      Right.

Page 28

```
1               OFFICER GEORGOPOULOS
2               So you didn't witness it.
3    Okay, fair enough.
4               I'm going to draw your
5    attention to May 18, 2015, the date of the
6    incident involving my client.
7               Do you recall if you were
8    working that evening?
9         A.    Yes, I was working.
10        Q.    Do you recall who you were
11   working with?
12        A.    With Officer Kearins.
13        Q.    Had you worked with Officer
14   Kearins before that evening?
15        A.    Yes.
16        Q.    What kind of work relationship
17   did you have with Officer Kearins?
18        A.    I had a good rapport with him.
19   He was one of the officers that I remember
20   that trained me when I first started.  He
21   was a very thorough very good officer.
22        Q.    How many times prior to this
23   evening do you recall working with him?
24        A.    When I first got hired in the
25   DOP I worked with him a bit, quite a bit.
```

```
 1              OFFICER GEORGOPOULOS
 2   I don't know how much of it, but definitely
 3   he trained me and he trained me well.
 4        Q.    What tour were you working that
 5   day, do you recall?
 6        A.    I believe I was working the
 7   evening tour, so from 4:00 p.m. to
 8   midnight.
 9        Q.    During that tour, do you recall
10   doing your normal rounds?
11        A.    I know I made rounds.  I don't
12   remember the specifics of the rounds, but I
13   do remember it.
14        Q.    Did you do those rounds with
15   Officer Kearins or by yourself?
16        A.    For the most part we will do
17   them together, but there were times when we
18   basically spread and he was in one area, I
19   was leaving another area.
20        Q.    During that tour, prior to the
21   incident involving my client, did you smell
22   that K2 smell?  Did you smell any of that?
23        A.    I smelled it when the inmates
24   were shouting and screaming in the tier and
25   when we approached the tier.  I remember
```

```
                                        Page 30
 1              OFFICER GEORGOPOULOS
 2   the smell and the cloud of smoke.
 3        Q.   Do you recall during this time
 4   period was K2 a problem in that particular
 5   tier?
 6        A.   Not necessarily in that
 7   particular tier.  In the whole jail I felt
 8   like it was an issue.
 9        Q.   Let's talk about the incident a
10   bit.
11             What was your first indication
12   that something involving my client was
13   going on?
14        A.   When the inmates started
15   yelling and screaming, but I still didn't
16   know who it was.  I didn't know who it was
17   until I was actually inside of the tier and
18   I saw his face.
19        Q.   So you first became aware
20   something was wrong involving -- you know
21   just something was wrong in general, what
22   did you do when you heard the other inmates
23   yelling or screaming or whatever?
24        A.   So this was happening after
25   lockdown.  So this was 10:00 p.m. lockdown.
```

```
1              OFFICER GEORGOPOULOS
2        Q.     Right.
3        A.     Meaning everyone was already
4   locked in their respective tiers.
5        Q.     Right.
6        A.     So once we were done I remember
7   the tier is the tier all the way to the
8   left on the bottom and I remember that
9   because it was the last tier we were in.
10             So when we did the count for
11  that tier, every inmate there was standing.
12  We counted and then we locked the gate.  We
13  went back in the bubble and a short time
14  after that they were yelling and screaming.
15             So when me and the other
16  officer went down to the tier they were
17  already -- the gate was already closed and
18  locked.  They just said he is not moving.
19       Q.     Upon hearing that, what, if
20  anything, did you do?
21       A.     I asked whose not moving?
22       Q.     Did you receive a response?
23       A.     No.
24       Q.     You didn't receive a response,
25  what did you do?
```

```
                    OFFICER GEORGOPOULOS
```

1
2       A.      One of the inmates said, well
3   aren't you going to open the grill, the
4   door?  I said no.  Because we don't know
5   what's going on, but the officer -- we
6   pressed the body alarm and they just kept
7   saying he is not moving.
8               So when Kearins pressed the
9   body alarm, that's the only information I
10  got, he is not moving.  I didn't know who
11  it was, but once he pressed the BA, I
12  stepped out to go get the stretcher because
13  that's all I knew from what I was being
14  told, he is not moving.
15              So I went to go get the
16  stretcher to kind of save time, you know.
17  It takes a little while for the officers to
18  respond up there, so I figured let me grab
19  the stretcher like that so we are not
20  wasting time here.
21      Q.      How long does it take the
22  officers to respond?
23      A.      Typically they're there within
24  a minute.
25      Q.      Where was the stretcher

```
 1              OFFICER GEORGOPOULOS
 2   located, was it on the tier, was it
 3   somewhere else in the unit?
 4        A.    It was outside of the unit in
 5   the hallway.
 6        Q.    Which tier was this occurring
 7   on, do you recall?
 8        A.    When you come inside the jail
 9   it's the tier that is all the way to this
10   side, to my right bottom tier (indicating).
11        Q.    Right bottom, okay.  There are
12   tiers above it?
13        A.    Yes, there is a tier in the
14   top, in the bottle and there are middle
15   tiers, top and bottom.  The left-hand side
16   top and bottom and there are the stairs to
17   go to the second floor.
18        Q.    So this was the bottom tier?
19        A.    Correct.
20        Q.    This is something that is
21   easily accessible when you have to go into
22   the jail, right?  That's one of the first
23   tiers you see?
24        A.    Yes.
25        Q.    So you went to get the
```

```
 1              OFFICER GEORGOPOULOS
 2    stretcher.  After you got the stretcher,
 3    what, if anything, did you do?
 4         A.    The officers were coming up so
 5    that's when the door was unlocked.  We went
 6    in and I looked and it was -- if you go
 7    inside the tier straight all the way to the
 8    left bottom bunk and that's where the
 9    inmate was found.
10         Q.    Was he on the bunk, floor,
11    something else?
12         A.    He was on the bunk, bottom
13    bunk.
14         Q.    What, if anything, did you
15    observe when you initially saw him?
16         A.    He wasn't responding to us.
17         Q.    Did you know which inmate this
18    was at that time?
19         A.    No, because I didn't see his
20    face because of the lighting right away.
21         Q.    Was it darker because it was
22    after count?
23         A.    It was after the count, so
24    sometimes the lights are kind of dark in
25    there and then some of the inmates, they
```

```
 1              OFFICER GEORGOPOULOS
 2   kind of rip their blankets and put it over
 3   the lighting.  That usually happens after
 4   lockdown because we will take it from them.
 5   That's considered contraband, once you
 6   destroy property.
 7        Q.    So you didn't see his face.
 8   What, if anything, did you do when you were
 9   in the tier?
10        A.    Well, he wasn't moving so I
11   remember getting the stretcher ready and
12   the two officers brought the inmate down to
13   the ground.
14        Q.    Which two officers did that?
15        A.    I know one of the officers was
16   Kearins, but I don't remember who was the
17   other officer.  There was a lot of officers
18   at that point.
19        Q.    What, if anything, did they do
20   with him on the ground?
21        A.    They just basically took him
22   off the bottom bunk and placed him on the
23   ground, but I didn't know how because I was
24   focusing on opening the stretcher and
25   making sure that it's flat.
```

1              OFFICER GEORGOPOULOS

2        Q.     Do you know -- when they were

3    transporting him from the bunk to the

4    ground, do you know whether or not they may

5    have accidently dropped his body or dropped

6    his body at all?

7        A.     I was told that after.  That

8    was one of the accusations.  I didn't see

9    them directly doing it and I didn't think

10   it was true because even though I didn't

11   see it I would have heard like a thud maybe

12   because he was in the bottom bunk.  So I

13   didn't think that was possible.  The bottom

14   bunk is pretty low to the ground as is it.

15       Q.     How far from the ground is it,

16   do you recall?

17       A.     I just know it's low.  I don't

18   know how far down.  It's a bottom bunk.  It

19   hits me probably -- I'm five foot three, it

20   hits me right above my kneecap.  It's

21   pretty low.

22       Q.     What, if anything, did they do

23   with him?

24       A.     That's when I had seen him, I

25   saw who it was and I remember his gray

```
 1              OFFICER GEORGOPOULOS
 2    pants, he had like a stain in front of the
 3    gray pants.  It looked like he went on
 4    himself.  His skin wasn't the same from
 5    what I remembered.  So he had like shiny
 6    dark skin and he was really gray and he had
 7    foam coming out of his mouth.
 8              So I went and touched his
 9    wrist, I wanted to check if he had a pulse
10    because he wasn't listening to us.  He
11    wasn't responding.  He wasn't moving at
12    all.
13         Q.   Did you notice any blood on him
14    or on his face or anything?
15         A.   I never noticed blood.  I just
16    remember the foam out of his mouth.  I
17    remember the stain that he had on his
18    sweatpants.  He had gray sweatpants.
19         Q.   Was he wet anywhere else on his
20    body, do you recall?
21         A.   I don't remember.
22              Those are the two main things
23    that I remember seeing and then his skin.
24         Q.   What, if anything, after you
25    saw him and made this initial observation,
```

```
 1              OFFICER GEORGOPOULOS
 2  did you see anything else?
 3      A.    No, because I had checked his
 4  pulse and once I didn't feel a pulse I told
 5  Kearins we have to do CPR, he is not -- I
 6  don't feel a pulse.
 7      Q.    Who did CPR, do you know?
 8      A.    Me and Officer Kearins.
 9      Q.    Both of you administered CPR?
10      A.    Yes.
11      Q.    Could you describe for me how
12  you administered CPR?
13      A.    So I did -- I was the chest.  I
14  did the chest compressions and Kearins did
15  the breaths, the rescue breaths.
16            However, when he did the rescue
17  breaths I remember looking and I didn't see
18  his chest rising.  So I told Kearins I
19  don't think the breath went in, give him
20  another breath and I'll continue the chest
21  compressions.
22      Q.    Do you have any idea why you
23  think the breath didn't go in?
24      A.    I had no idea why.
25      Q.    Did you see any injury to Mr.
```

```
 1              OFFICER GEORGOPOULOS
 2   Grant's throat at all?
 3        A.    No.
 4              I didn't know anything until
 5   after the warden sent us an e-mail with the
 6   autopsy report and that's when I kind of
 7   figure why the breaths weren't going in.
 8        Q.    What were you -- what was your
 9   determination once you received the autopsy
10   report?
11        A.    My determination?
12        Q.    Yes, what did you think
13   happened to him?  This is just you saying,
14   this not anyone else?
15        A.    I truly felt that he was
16   murdered inside the tier.
17        Q.    Do you feel it was another
18   prisoner that may have done that?
19        A.    It had to have been another one
20   because they were locked down at the time
21   and it was whoever was inside that tier.
22              They were locked down and I
23   remember for the 10:00 count he was
24   standing up with no issues.  So I felt like
25   from the moment we locked the grill and we
```

1           OFFICER GEORGOPOULOS

2    stepped away, whatever happened in my mind

3    happened at that time.

4           Q.     How long before you discovered

5    Mr. Grant in the condition that he was in

6    when the alarm was sounded was the count?

7    How long before that?

8           A.     How long was the count?

9           Q.     No.

10           How long prior to the incident

11    to my client was the count that evening;

12    was it an hour before, half an hour before?

13           A.     I remember the count always

14    starts specifically around 10, 10:00 p.m.

15    Because that tier was the last tier that we

16    counted, so it wasn't that long before they

17    started yelling and screaming from that

18    tier.  I just don't remember the time

19    frame.  It didn't take that long.

20           Q.     20 minutes, 15 minutes, 10

21    minutes, half an hour?

22           A.     I would say maybe around that

23    time.  It wasn't long.

24           Q.     At the count Mr. Grant seemed

25    fine to you?

1          OFFICER GEORGOPOULOS

2      A.      Every inmate was fine because

3  they were all standing.  Even inmates that

4  -- like some inmates are lazy, they don't

5  want to get up and stand up.  We are not

6  doing a count until everybody stands up.

7  That's just to assure that they can

8  physically stand up.

9      Q.      So after you and Officer

10  Kearins were administering CPR, what, if

11  anything, did you guys do when you saw it

12  wasn't working?

13      A.      So I told him to do the jaw

14  thrust which is basically -- so you do the

15  jaw thrust if you don't know what happened.

16  That's to ensure that you don't injure the

17  neck or the spine of whoever you're

18  administering CPR to.

19      Q.      Did he do that?

20      A.      He did.

21      Q.      Was it effective?

22      A.      It was somewhat effective.  I

23  saw the chest rise a little bit, but if the

24  breaths are going in a little bit, it

25  counts as a breath going in.  It's just

```
 1            OFFICER GEORGOPOULOS
 2  initially it really wasn't -- I didn't see
 3  the chest rising.
 4       Q.    So after that was done, did Mr.
 5  Grant regain consciousness or was he
 6  responsive in any way?
 7       A.    No.
 8       Q.    What, if anything, did you and
 9  Officer Kearins do after that?
10       A.    I continued doing CPR.  I
11  remember somebody put the defibrillator
12  like right next to me, but I don't remember
13  who gave it to me because it was a lot of
14  officers and I was focused on the CPR.
15       Q.    Did you deploy the
16  defibrillator?
17       A.    Yes.
18       Q.    Was it effective?
19       A.    No.
20            It gave him a couple of shocks
21  then it told us to continue CPR which we
22  did and at some point I believe it was the
23  lieutenant that said, all right, once
24  you're done with that compression, you guys
25  got to switch which we did, but he never --
```

```
 1               OFFICER GEORGOPOULOS
 2   the machine gave the shocks as it said and
 3   he never woke up.
 4        Q.    Was that Lieutenant Delaney?
 5        A.    Yes.
 6        Q.    When you say switch, you
 7   started doing breaths and Kearins started
 8   doing chest compressions?
 9        A.    Until we saw other officers
10   stepped in.
11        Q.    To do what?
12        A.    To do CPR because I don't
13   recall for how long we were doing it, but
14   because we had initiated it, I just
15   remember being there for a while.
16        Q.    What happened, if anything --
17   were those subsequent officers that took
18   over to you successful?
19        A.    No one was successful, but we
20   continued -- I remember doing the
21   continuation of CPR all the way through the
22   ambulance stretcher.  So the CPR never
23   stopped.
24        Q.    At some point was Mr. Grant's
25   body moved to the stretcher?
```

```
 1              OFFICER GEORGOPOULOS
 2       A.     Yes.
 3       Q.     CPR was still being done on
 4  him?
 5       A.     Yes.
 6       Q.     Was he transported out of the
 7  unit?
 8       A.     He was transported out of the
 9  unit.
10       Q.     That was by other COs?
11       A.     By other COs because I had to
12  stay inside the unit.
13       Q.     He was eventually brought I
14  guess to New York City EMS?
15       A.     I think it was EMS.  I'm not
16  sure what service.
17       Q.     After Mr. Grant left the tier,
18  you just didn't see him again; right?
19       A.     Right, but I remember when they
20  were taking him out they were still doing
21  CPR while they were rolling him out.
22       Q.     After he left the tier, did you
23  speak to any inmates about what happened?
24       A.     I started yelling at them what
25  happened and by that time no inmate was
```

```
 1              OFFICER GEORGOPOULOS
 2   inside the tier.
 3              While all of that was being
 4   done, they were actually moved.  Everybody
 5   was kicked off the tier and they were
 6   already in the gym area.  They were locked
 7   inside of the gym area.
 8        Q.    You were yelling at them?
 9        A.    Yes.
10        Q.    Were you upset about what
11   happened?
12        A.    Yes, because I didn't know what
13   happened and I'm asking what happened and
14   no one is answering.
15        Q.    Did you speak to any of those
16   inmates individually about what may have
17   happened?
18        A.    I didn't approach any inmate
19   individually, but I remember some inmates
20   approaching me.
21        Q.    That evening?
22        A.    Not that evening.
23        Q.    At another time?
24        A.    Another time after.
25        Q.    Do you recall what inmates
```

```
 1              OFFICER GEORGOPOULOS
 2   approached you about Mr. Grant's death?
 3        A.    I don't remember all the
 4   inmates.  I remember one inmate, I don't
 5   remember his name, but he has like a
 6   missing left eye or he is blind I guess in
 7   one eye.
 8              He basically approached me and
 9   said, hey, I heard you killed Grant.
10        Q.    He said that to you, that you
11   killed Grant?
12        A.    And I responded and I said, no,
13   I heard you killed him.
14        Q.    Did he say anything to that?
15        A.    No.  He started laughing and
16   walked away.
17        Q.    He was just being stupid
18   basically?
19        A.    Basically, yes.  And I
20   responded stupidly as well.
21        Q.    Any other inmates did you
22   discuss this with?
23        A.    There was another inmate, I
24   just don't remember his name, that
25   basically said they were playing around in
```

```
 1              OFFICER GEORGOPOULOS
 2   the tier, it was just an accident and I
 3   kind of -- I know I showed my expression on
 4   my face and I didn't believe -- I mean,
 5   it's an inmate, they're going to say stuff
 6   as far as accusations and stuff, it's just
 7   that the inmate was -- Grant was wheeled
 8   out and not moving, so how is that playing
 9   around?
10        Q.    How is that a game?
11        A.    Right.
12        Q.    Was there any allegation that
13   Mr. Grant may have had to do with him
14   dealing K2?
15        A.    There were many allegations
16   after the incident happened and, again, I
17   had never physically seen him dealing
18   anything.  If something was done it had to
19   have been behind our backs.  As drug
20   related, usually a lot of the instances
21   that were happening in the building were
22   drug related instances.
23              Then when we were at the tier
24   while they were yelling saying that he
25   wasn't moving there was a huge thick cloud
```

```
 1              OFFICER GEORGOPOULOS
 2  of smoke and the smell of K2 was there.
 3  So, again, we didn't know if it was an
 4  overdose of it.  We don't know.  We didn't
 5  know what happened, why was he not moving.
 6      Q.    Was there any reason why the
 7  wardens sent out the autopsy report to you
 8  and others?
 9      A.    I have no idea.  Because once I
10  received -- there was a few of us that
11  received the report.  I'm not sure if they
12  did it sort of to like let us be aware of,
13  you know, the awareness, like of what
14  happened, but even with the autopsy report
15  I only made an assumption on my own.  I
16  still don't know what happened.
17      Q.    That's fine.  I understand this
18  is just your belief.
19      A.    Yeah.
20      Q.    Did you hear any rumors of
21  maybe why he died at all?
22      A.    Just that they were playing
23  around, that was I remember one.  The other
24  thing that I found very odd, and it came
25  from one of the officers, and we were
```

```
 1              OFFICER GEORGOPOULOS
 2   talking about it.  From my understanding
 3   Grant was not inside that tier with unknown
 4   inmates.  He apparently had a friend there
 5   that was inside the same tier as him from
 6   the streets.  Like from before they came
 7   into the jail.
 8              So I just happened to say how
 9   is it you have your bestie in the same tier
10   and you don't know what happened.
11      Q.    The prisoners generally -- it's
12   your experience prisoners generally don't
13   talk about things that might be illegal
14   that they may witness?
15      A.    They don't, but it's not that
16   they don't talk about it, the thing is they
17   make up stuff to kind of throw attention
18   another way or flip it and accuse someone
19   that has nothing to do with things.
20              So it's not just the not
21   telling the truth, it's also in addition to
22   that now you're making up the whole story
23   and that happens often.
24      Q.    Did you hear any rumors about
25   after Mr. Grant was choked or put in the
```

```
 1                OFFICER GEORGOPOULOS
 2   condition that he was in, that people were
 3   taking drugs off him at all?  People were
 4   stealing drugs from his crotch area?
 5        A.    I remember when we approached
 6   the tier they were trying, but it was a
 7   thick cloud of smoke.  You can do this to
 8   fan out a thick cloud of smoke
 9   (indicating).  There was a lot of movement.
10        Q.    For the record, waving your
11   hands to get rid of the smoke?
12        A.    Waving my hands.  That's what
13   some of the inmates were doing, they were
14   waving out the smoke.  They know I get very
15   irritated when I smell it.  They were
16   trying to wave it out and I saw fast
17   movement behind the inmates that were
18   talking to us saying, oh, he is not moving.
19             So I noticed people walking too
20   fast behind the inmates that were talking
21   to us.
22        Q.    Like maybe they were trying to
23   hide?
24        A.    They were either picking
25   something, hiding something.  Physically I
```

```
                                        Page 51
 1              OFFICER GEORGOPOULOS
 2   couldn't see, but they were moving rather
 3   quickly inside the tier.  I know you're not
 4   doing exercises in there.
 5        Q.    Why don't we go over your 302s.
 6   I'm going to start with the first one from
 7   June 18, 2015.
 8              (Whereupon, the aforementioned
 9         June 18, 2015 FBI document was marked
10         as Plaintiff's Exhibit 1 for
11         identification as of this date by the
12         Reporter.)
13        Q.    Officer Georgopoulos, I'm going
14   to just have you take a look at this,
15   review the document.
16              When you're done reviewing the
17   document, just let me know, okay?
18        A.    Okay.
19        Q.    Could you describe for me --
20   are you familiar with this document?
21        A.    I became familiar with it when
22   it was he mailed to me.
23        Q.    I know it's a document that was
24   made by the FBI.
25              In terms of the contents of the
```

```
 1                OFFICER GEORGOPOULOS
 2    document, are you familiar with the writing
 3    up here?
 4         A.    Yes.
 5         Q.    Was this write-up a statement
 6    that you made to the FBI --
 7         A.    I believe.
 8         Q.    -- back on June 18, 2015?
 9         A.    I don't recall the date, but I
10    do recall speaking to them on two separate
11    occasions.
12         Q.    This statement you gave to the
13    FBI was done in the ordinary scope of your
14    work at DOP; right?
15         A.    Right.
16         Q.    In this document, do you agree
17    with what was presented in here on that
18    date is it accurate?
19         A.    It appears accurate.  It's more
20    detailed.  It's been a couple of years, so
21    I don't remember everything, but more or
22    less accurate.
23         Q.    You mention in this document
24    that you noticed his eyes roll back -- "Mr.
25    Grant's eyes rolled back into his head and
```

```
1                    OFFICER GEORGOPOULOS
2     that they weren't blotchy or red or
3     anything?"
4          A.    I don't recall that today.  But
5     I know I don't lie about incidents.  This
6     is a new incident for me, so I wouldn't lie
7     about that.
8          Q.    In your experience observing
9     inmates that may have been intoxicated with
10    K2, do their eyes change at all?  Are they
11    red, are they blotchy or anything like
12    that?
13         A.    Some inmates, their eyes get
14    really red and other inmates that are like
15    what appears to be paranoid, they don't
16    necessarily have their eyes red, but you
17    can look into their eyes and they just look
18    crazy.
19         Q.    Did you see any of those signs
20    within Mr. Grant's eyes on that day?
21         A.    No, I don't remember that.
22         Q.    Let's go to the next exhibit.
23    We will go to the statement, the statement
24    of July 21, 2015, that's going to be
25    Plaintiff's 2 and it's U.S. bates 03478?
```

```
                                            Page 54
 1              OFFICER GEORGOPOULOS
 2              (Whereupon, July 21, 2015 FBI
 3         document was marked as Plaintiff's
 4         Exhibit 2 for identification as of
 5         this date by the Reporter.)
 6         Q.    By the way, Officer, I know
 7    you're a nurse now, but I'm just going to
 8    call you by that title if that's cool.
 9              We have three statements that
10    you made to the FBI.  It's all right if you
11    don't remember everything.
12              Officer, I just want you to
13    read through this document, similar to the
14    other one.  It's two pages actually.
15              When you're done reviewing it,
16    just let me know and we will start asking
17    you a few question about it, okay?
18         A.    Okay.
19         Q.    Are you done reviewing this
20    two-page document, Officer?
21         A.    Yes.
22         Q.    Are you familiar not with the
23    document the FBI created, but with the
24    contents created within?
25         A.    Yes.
```

```
                                          Page 55
 1              OFFICER GEORGOPOULOS
 2         Q.     Are these your statements that
 3    you made in relation to the incident
 4    involving my client, Roberto Grant?
 5         A.     Most of it, yes.
 6         Q.     Is there some of it that you
 7    don't agree with or you just don't
 8    remember?
 9         A.     I just didn't remember the
10    specifics of certain parts, but overall,
11    yes.
12         Q.     So specifically I want you to
13    look at the second page of this document.
14    If you can scroll down to that.
15              So we will start with the first
16    full paragraph, "Georgopoulos has inspected
17    many inmates that smoke K2.  She explained
18    that the use of K2 is identifiable on the
19    inmates because it sticks to their
20    uniforms."
21              Is that an accurate statement?
22         A.     Yes.
23         Q.     "Georgopoulos suspects that K2
24    enters MCC through random visitors
25    including dishonest attorneys and COs.  She
```

```
 1            OFFICER GEORGOPOULOS
 2  recalled a story of a former CO, Fnu Brown,
 3  that was arrested for smuggling in K2."
 4            Is that accurate?
 5       A.    Yes.
 6       Q.    "Following the incident,
 7  Georgopoulos and Kearins were taken off the
 8  unit for two days.  Georgopoulos believes
 9  that the inmates blame Kearins for the
10  death of Grant because the inmates would
11  like Kearins removed from MCC.  Kearins is
12  known as a good CO whom follows MCC policy
13  thoroughly."
14            You agree with that?
15       A.    Yes.
16            MR. ISSACHAROFF:  Objection.
17            Are you asking her if she
18       agrees today that Officer Kearins is
19       a good CO whom follows MCC policy
20       thoroughly?
21            MR. LAUFER:  Yes.
22            MR. ISSACHAROFF:  Can you ask
23       her that then?
24       Q.    Do you agree with what your
25  counsel just said, that it's your belief
```

```
 1              OFFICER GEORGOPOULOS
 2   that the inmates blame, what it says there,
 3   is that they blame Kearins for the death of
 4   Grant because the inmates would like
 5   Kearins removed from MCC.  Kearins is known
 6   as a good CO whom followed MCC policy
 7   thoroughly.
 8              Do you still agree with that
 9   statement?
10        A.    I still agree with that
11   statement.
12        Q.    We will go to the next
13   paragraph here, "Georgopoulos heard a rumor
14   from in an inmate she identified as," and
15   it's redacted there, I don't know why we
16   have that redacted.
17              Do you remember the identity of
18   that inmate?
19        A.    I don't.
20        Q.    "That prior to the incident
21   Grant was horsing around with another
22   inmate who put Grant in a choke hold."
23              Do you recall that?
24        A.    I recall giving a statement.  I
25   just don't recall using the phrase horsing
```

```
                    OFFICER GEORGOPOULOS
 1
 2   around.  It's not a phrase I use.  Playing
 3   around sounds more like me.  I don't know
 4   if they put their own spin on the words.
 5        Q.    "After Grant passed out due to
 6   the choke hold other inmates took drugs
 7   from Grant's crotch area."
 8             Do you recall making that
 9   statement?
10        A.    I recall.
11        Q.    You also noted that you don't
12   trust the inmates?
13        A.    No, I don't.
14        Q.    There is a final line, "Unit 11
15   South of MCC is known as the shank unit
16   because sharpened objects are always
17   confiscated from the unit inmates."
18             Do you recall that, making that
19   statement?
20        A.    Yes.
21        Q.    You made that statement?
22        A.    Yes.
23             It was known as the shank unit.
24        Q.    That's it for that document.
25             (Whereupon, the aforementioned
```

Page 59

1          OFFICER GEORGOPOULOS

2          September 18, 2015 FBI document was

3          marked as Plaintiff's Exhibit 3 for

4          identification as of this date by the

5          Reporter.)

6     Q.    I'm not going to go through

7 this, this is a long document here.  It's a

8 six-page document.  It's dated September

9 18, 2015.  This is the third one that was

10 sent to you.

11          We are not going to go through

12 each line or anything like that.  What I

13 would like you to do is just read the first

14 two paragraphs on page one and then the

15 last three paragraphs.

16          There are a bunch of redactions

17 there on page 6.  Just read the first two

18 paragraphs of page 1, then just read the

19 last three paragraphs of page 6 where the

20 redactions are?

21     A.    Okay.

22     Q.    Are you done reading those last

23 few paragraphs?

24     A.    I'm done reading them.

25     Q.    Let's just talk about them

```
                                    Page 60
 1                OFFICER GEORGOPOULOS
 2   really quick.  We will go back to the first
 3   page?
 4                Again, you recall having to do
 5   a photo array with the FBI?
 6        A.    Yes.
 7        Q.    Do you recall the reason for
 8   doing that photo array?
 9        A.    From my understanding it was
10   because it was an open tier, meaning there
11   are a lot of inmates inside of that tier,
12   so they wanted me to identify quite a few
13   inmates and I remember faces.  Sometimes
14   I'll remember names, but more faces and
15   some inmates that they showed me pictures
16   of, I don't recall them at all.
17        Q.    Let's just talk about I guess
18   the second paragraph.  It has a redaction
19   in the second to last line.  You had a
20   feeling of who may have been responsibile
21   for doing what happened to -- responsible
22   for what happened to Mr. Grant.
23                Do you recall the identity of
24   the inmate?
25        A.    I don't.
```

```
                                          Page 61
 1              OFFICER GEORGOPOULOS
 2       Q.    Was it the one that you said
 3   was Mr. Grant's friend or may have been a
 4   different inmate?
 5       A.    I don't remember, but I do
 6   remember the friend's name.  That was like
 7   after the incident.  It was Faison,
 8   something to that sound.  I'm just not a
 9   hundred percent sure.
10       Q.    That's fine.
11             So was it your feeling that the
12   whole horseplay things was not correct,
13   that he was actually just choked to death
14   for whatever reason?
15       A.    I really don't know what
16   happened inside that tier.  I just felt
17   that, you know, I get it, they're men, they
18   are stronger than females physically, but I
19   don't understand how you go playing around
20   then someone is deceased.  I just don't
21   understand the connection to that.
22       Q.    So let's go to the last page.
23   There are three paragraphs there.
24             MR. LAUFER:  Is there any
25       reason why any of this is redacted?
```

Page 62

```
 1            OFFICER GEORGOPOULOS
 2            MR. ISSACHAROFF:  We redacted
 3       the names of inmates who provided
 4       information to DOP that could be seen
 5       as implicating another inmate in the
 6       death of Roberto Grant.  It's a
 7       security concern.
 8            MR. LAUFER:  All right, I see
 9       what you mean.
10            Can we at least get the
11       identity of who may have been the one
12       who was responsible, who they thought
13       was the one responsible?
14            MR. ISSACHAROFF:  None of the
15       redacted information identifies the
16       person who is thought to be
17       responsible for the death.
18            The information is not in the
19       302, I can tell you the redaction --
20       I will double-check the underlying
21       information.
22            My understanding of the
23       redaction on page 1 from context is
24       that the redacted name, the inmate is
25       the inmate who relayed the rumor and
```

```
 1              OFFICER GEORGOPOULOS
 2       not the one who was rumored to have
 3       been horsing around with him and the
 4       information on page 6 is I believe
 5       the same, although I don't recall off
 6       the top of my head.
 7            You know what, I'm happy to
 8       take a pause while I check it out.
 9            MR. LAUFER:  Why don't we take
10       a pause really quick, then I'll ask
11       her related to the rest of these
12       paragraphs here.
13            We are going to take a second
14       break here.
15            MS. ISSACHAROFF:  If we want to
16       take a short break I can confer with
17       the witness offline because it's
18       possible that I may be able to remove
19       one of the redactions.
20            MR. LAUFER: Okay.
21            MR. ISSACHAROFF:  What I will
22       tell you is that it is clear to me
23       that the page 6 redactions all refer
24       to the inmate who, identification of
25       the inmate who relayed a rumor to her
```

```
 1            OFFICER GEORGOPOULOS
 2       or may have relayed a rumor to the
 3       witness.  It is possible, because the
 4       name is different on page 1, that
 5       that actually refers to the inmate
 6       who may have been engaged in
 7       horseplay rather than the inmate who
 8       relayed the rumor in which case we
 9       would un-redact it.
10            But if you want to pause this
11       and I can just call Officer
12       Georgopoulos and ask her about this,
13       I may be able to provide that.
14            MR. LAUFER:  All right.
15       Obviously I'm not a fan of taking a
16       break.
17            MR. ISSACHAROFF:  We can just
18       go through it and do it afterward.
19            MR. LAUFER:  Why don't we go
20       through it.  You can do that after
21       and I will ask the witness some
22       questions.
23       Q.   Officer, just look at these
24  three paragraphs.  You identify in the
25  second paragraph on page 6, the ones that
```

Page 65

```
 1              OFFICER GEORGOPOULOS
 2   I'm concerned with that it says, "She was
 3   then shown a photograph labeled B and
 4   stated that he is involved with K2 as a
 5   smoker and a dealer.  Antonio Payano."
 6              Do you remember that inmate?
 7       A.    Yes, I remember that inmate.
 8       Q.    Was he on the tier that
 9   evening?
10       A.    I don't remember him being on
11   that tier.
12       Q.    Do you remember him being in
13   that housing area?
14       A.    I don't remember what housing
15   area he was in.
16       Q.    That's fine.  So I'm done with
17   this particular document.
18              MR. LAUFER:  I still have some
19        more questions to go.  Do you want me
20        to complete what I'm doing here and
21        you can give her a call and ask her
22        about that and we can go back to
23        that?
24              MR. ISSACHAROFF:  Sure.
25       Q.    So I'm just going to ask you a
```

Page 66

```
 1              OFFICER GEORGOPOULOS
 2   few more questions now.
 3              During your career, how many
 4   inmate deaths have you been involved with
 5   while you were at DOP?
 6        A.    Inmate deaths?
 7        Q.    Yes.
 8        A.    Just one.
 9        Q.    Was it Mr. Grant's death?
10        A.    Mr. Grant's death.
11        Q.    I think you answered this
12   before, but a lot of the violence that you
13   experienced during your stint at DOP,
14   specifically around the time of Mr. Grant's
15   death, were they, the violence that you
16   dealt with between inmates, did it primary
17   deal with drugs?
18        A.    From what I remember most of
19   the instances were related to drugs and
20   other instances were indirectly related to
21   drugs and then there was just instances
22   that I felt were like very minute.
23   Somebody stealing a bag of chips or, you
24   know, just stealing something from another
25   inmate.
```

Page 67

1                 OFFICER GEORGOPOULOS

2        Q.     In general, are you aware of

3    any requirements how often units officers

4    are supposed to observe inmates during a

5    tour?

6        A.     I mean, there is no set number

7    of times that you're supposed to observe

8    them, but you should always observe them,

9    always look and not just at the inmates,

10   you have to look past the inmates.

11             You have to look at the walls,

12   you have to look at the environment itself.

13   Sometimes it's not even physically

14   observing.  Sometimes it's just you notice

15   a movement, you notice an inmate wearing

16   different types of shoes.  Like Cadres,

17   they have working boots, they're not

18   supposed to wear that in the units, so if

19   you see somebody wearing them you know he

20   is about to stomp someone.

21             There are certain little key

22   things that you start looking at or if you

23   notice certain inmates they will hang

24   around certain areas, usually those are the

25   ones observing us while they are the

```
 1              OFFICER GEORGOPOULOS
 2   observers for other inmates to kind of do
 3   trades, whatever it is that they're doing
 4   behind our backs.
 5              So once we get off the
 6   officer's station and we get out, you see
 7   them right away going inside a tier to
 8   inform the other inmates that we are
 9   stepping out to make rounds.
10        Q.    Prior to the incident involving
11   my client that evening during the tour
12   after the count, between the time of the
13   count and the death of the inmate, Mr.
14   Grant, did you smell any kind of K2 in the
15   housing unit?
16        A.    Typically the smell happens
17   once we lock the inmates in because after
18   the 10:00 p.m. count they don't come out
19   after that until the following morning for
20   the next shift.
21              So because they're locked down,
22   the only time you're suppose to open that
23   tier is during an emergency, meaning that
24   you already hit the BA, there is an actual
25   emergency.  Other than that, you don't
```

```
 1              OFFICER GEORGOPOULOS
 2   unlock the grills unless -- there are
 3   orderlies as well.  There are orderlies
 4   that work like at 3 in the morning, but
 5   typically I notice that's the time when
 6   they would smoke whatever they have because
 7   they're inside the tiers and technically we
 8   can't go in there just to open the grill
 9   because we suspect somebody is smoking.
10        Q.    But you're supposed to
11   investigate if you smell the K2 or whatever
12   burning?
13        A.    Right.
14        Q.    You're supposed to go
15   investigate; right?
16        A.    Right.
17        Q.    They usually light up right
18   after, that's been in your experience in
19   that tier?
20        A.    From what I noticed, yes.
21        Q.    They light up as soon as the
22   count is done and they're locked down?
23        A.    As soon as the count is done
24   they do.  You can smell it, but the thing
25   is, once they can hear our keys -- so they
```

```
 1            OFFICER GEORGOPOULOS
 2   know when we are approaching the tier and
 3   that's typically when I hear the toilets
 4   flushing.
 5            So whatever they did have, they
 6   already threw it and all you hear is a
 7   bunch of toilets going off in the whole
 8   building.  You know, the whole building you
 9   can hear it and they will know when we are
10   coming because of the keys.
11            Even if I put the keys in my
12   pockets.  I've done that before, to kind of
13   muffle the sound of my keys.  They can
14   still hear me or sense me coming.
15       Q.    I think I may have asked this
16   before, how prevalent was K2 within MCC
17   during that time period?
18       A.    The smell of it was probably.
19   Me finding it, not so much.
20       Q.    Was it a problem though in the
21   prison during that time period?
22       A.    I don't know if it was a
23   problem.  I do know that based on other
24   instances that had happened before that was
25   like a big thing.
```

```
 1              OFFICER GEORGOPOULOS
 2              We are responsible for
 3   listening to phone calls and once in a blue
 4   we will hear, you know, them telling their
 5   family member to bring something in for
 6   them or whatever.
 7              So we were aware, but it's just
 8   a matter of physically finding it.  It was
 9   hard for me at least.
10        Q.    In the housing units that
11   you've been in during this time period, did
12   inmates engage in a lot of horseplay?
13        A.    I mean, not necessarily.  At
14   least not -- they do stupid things in the
15   unit, but not necessarily fighting each
16   other because now we have to step in if we
17   see that.
18        Q.    During this whole course over
19   what you observed, do inmates sometimes get
20   injured?
21        A.    The thing is that prior to this
22   incident, I've never seen inmates
23   physically playing around in front of me.
24   I think they knew better then to do it in
25   front of us.
```

                    OFFICER GEORGOPOULOS

1

2        Q.     Is there a sanction for inmates

3   engaging in horseplay?

4        A.     I believe there is a sanction

5   for it because it's viewed as you're

6   basically physically touching another

7   inmate.

8        Q.     From your observation of Grant

9   and when you were doing CPR, did he seem

10  intoxicated by K2 at all?

11       A.     I don't remember that.  Just

12  because when I had seen him, I was so

13  focused on him not moving and his skin

14  color being different and the foam out of

15  his mouth, so I really didn't jump to that.

16  It was more like he is not moving, we have

17  to do CPR.

18            MR. LAUFER:  Why don't you do

19       what we suggested.  I think I'm

20       almost done with Officer Georgopoulos

21       here.

22       Q.     Let me just ask you one more

23  quick question and we can do what we

24  suggested.

25            What on the autopsy that you

```
 1                OFFICER GEORGOPOULOS
 2   read that you can recall caused you to
 3   believe that Grant was murdered?  What
 4   specifically do you recall, anything?
 5        A.    Yes, so I don't remember the
 6   specifics of the e-mail, but I remember
 7   something to do with his bone like around
 8   his neck, that it basically was obstructed.
 9   Something to that.
10             So I just -- I mean, I've never
11   seen someone playing around and basically
12   obstructing somebody's airway.  I've never
13   seen that and I already kind of assumed
14   that -- I mean, I figured they're going to
15   come to me and say anything, oh, yeah, we
16   were playing around or they were playing
17   around or whatever the case is to downplay
18   what actually happened.
19        Q.    Was it the hyoid bone?
20        A.    I don't remember the specifics
21   of which bone, but I do know it was around
22   his --
23        Q.    Neck?
24        A.    Yeah.
25             MR. LAUFER:  So why don't we do
```

Page 74

```
 1              OFFICER GEORGOPOULOS
 2        that now, Lucas, then I think I'm
 3        almost done with the officer here.
 4              MR. ISSACHAROFF:  Officer, can
 5        you just mute your microphone then
 6        I'll give you a call.
 7              THE WITNESS:  Yes.
 8              (Whereupon, a recess was
 9        taken.)
10              MR. ISSACHAROFF:  So the
11        redacted name that appears on page 1
12        of Exhibit 3 page bates stamp
13        U.S._03472 is Pierson and that is
14        P-I-E-R-S-O-N.
15              Having spoken with the witness,
16        she identified Pierson as the inmate
17        she had previously spoken about who
18        had the interaction with her of, oh,
19        I hear you killed Grant.  No, I hear
20        you killed Grant.
21              Based on that recollection, her
22        interpretation of this paragraph is
23        that she had misidentified Pierson as
24        potentially having been the person
25        who told her the rumor.
```

Page 75

```
 1            OFFICER GEORGOPOULOS
 2            Then later on, on page 6,
 3       during the photo array she saw a
 4       different inmate's photograph and
 5       recalled this was in fact the person
 6       who had told her the rumor.  That
 7       person identified on page 6 is the
 8       same person whose identity is
 9       redacted on page 2 of Exhibit 2.
10       Q.    Do you recall any other
11  statements or comments or interaction you
12  had with this individual who came forward
13  with that information regarding this inmate
14  who came forward with that information
15  regarding Mr. Grant's death?
16       A.    I don't remember.
17            MR. LAUFER:  I don't think I
18       have anything else for the officer.
19            MR. ISSACHAROFF:  Nothing
20       further from me.
21            MR. LAUFER:  Officer
22       Georgopoulos, thank you very much.  I
23       appreciate you appearing here today.
24       I wish you the best of luck in your
25       new career and we may send you a copy
```

Page 76

```
 1            OFFICER GEORGOPOULOS
 2       of the transcript just to sign.
 3            You want us to do that through
 4       counsel or do you want me to send it
 5       directly to you?
 6            MR. ISSACHAROFF:  I would
 7       prefer that it be done through me.
 8            MR. LAUFER:  Fantastic.
 9            All right, guys, I think we are
10       done for the day.
11            (Whereupon, at 11:54 a.m. the
12       Examination of this witness was
13       concluded.)
14
15            °         °         °         °
16
17
18
19
20
21
22
23
24
25
```

Page 77

1              OFFICER GEORGOPOULOS

2               D E C L A R A T I O N

3

4        I hereby certify that having been

5   first duly sworn to testify to the truth, I

6   gave the above testimony.

7

8        I FURTHER CERTIFY that the foregoing

9   transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

                  _____

15                  DIONYSIA GEORGOPOULOS

16

17

18   Subscribed and sworn to before me

19   this _____ day of _____ 20___.

20

21

     _____
22       NOTARY PUBLIC

23

24

25

Page 78

1                  OFFICER GEORGOPOULOS

2                     E X H I B I T S

3

4   PLAINTIFF EXHIBITS

5   EXHIBIT    EXHIBIT                     PAGE

6   NUMBER     DESCRIPTION

7   Exh 1      6/18/15 FBI statement      51

8   Exh 2      7/21/15 FBI statement      54

9   Exh 3      9/18/15 FBI statement      59

10

11    (Exhibits retained by Court Reporter.)

12

13

14                    I N D E X

15

16  EXAMINATION BY                        PAGE

17  MR. LAUFER                            4

18

19

20    INFORMATION AND/OR DOCUMENTS REQUESTED

21  INFORMATION AND/OR DOCUMENTS          PAGE

22  (None)

23

24

25

Page 79

1              OFFICER GEORGOPOULOS

2        C E R T I F I C A T E

3

4   STATE OF NEW YORK        )

                             :   SS.:

5   COUNTY OF RICHMOND       )

6

7        I, PATRICIA A. VENDITTI, a Notary

8   Public for and within the State of New

9   York, do hereby certify:

10       That the witness whose examination is

11  hereinbefore set forth was duly sworn and

12  that such examination is a true record of

13  the testimony given by that witness.

14       I further certify that I am not

15  related to any of the parties to this

16  action by blood or by marriage and that I

17  am in no way interested in the outcome of

18  this matter.

19       IN WITNESS WHEREOF, I have hereunto

20  set my hand this 6th day of November 2020.

21

22

23                        *Patricia Venditti*

                    PATRICIA A. VENDITTI

24

25

Page 80

1                         ERRATA SHEET
                   VERITEXT/NEW YORK REPORTING, LLC
2
     CASE NAME: Morrison, Nicole, Et Al. v. Usa, Et Al.
3    DATE OF DEPOSITION: 10/28/2020
     WITNESSES' NAME: Officer Dionysia Georgopoulos
4
5      PAGE    LINE (S)        CHANGE              REASON
     ____|_____|_____|_____
6
     ____|_____|_____|_____
7
     ____|_____|_____|_____
8
     ____|_____|_____|_____
9
     ____|_____|_____|_____
10
     ____|_____|_____|_____
11
     ____|_____|_____|_____
12
     ____|_____|_____|_____
13
     ____|_____|_____|_____
14
     ____|_____|_____|_____
15
     ____|_____|_____|_____
16
     ____|_____|_____|_____
17
     ____|_____|_____|_____
18
     ____|_____|_____|_____
19
     ____|_____|_____|_____
20
                                    _____
21
                                    Officer Dionysia Georgopoulos
22   SUBSCRIBED AND SWORN TO BEFORE ME
     THIS ____ DAY OF _____, 20__.
23
24
     _____        _____
25   (NOTARY PUBLIC)             MY COMMISSION EXPIRES:

**&**

**&** 3:17

**0**

**03472** 74:13
**03478** 53:25

**1**

**1** 3:17 51:10 59:18
  62:23 64:4 74:11
  78:7
**10** 40:14,20
**10/28/2020** 80:3
**10007** 2:11
**10018** 2:6
**10923** 4:14
**10:00** 30:25 39:23
  40:14 68:18
**10:08** 1:12
**11** 16:23 17:5,6,10
  17:23 19:7 25:5
  58:14
**11:54** 76:11
**14** 17:11
**15** 40:20
**16** 17:11
**17** 1:7
**18** 28:5 51:7,9
  52:8 59:2,9

**2**

**2** 53:25 54:4 75:9
  75:9 78:8
**20** 40:20 77:19
  80:22
**2000** 7:13
**2003** 7:13
**2004** 6:23 7:8,14
**2007** 10:11
**2013** 7:15 10:12
**2014** 7:2,8 11:11
  16:13

**2015** 17:16 18:22
  19:3 28:5 51:7,9
  52:8 53:24 54:2
  59:2,9
**2017** 6:15
**2018** 6:16
**2019** 15:22
**2020** 1:11 79:20
**21** 53:24 54:2
**24621** 79:23
**264** 2:6
**28** 1:11

**3**

**3** 59:3 69:4 74:12
  78:9
**30** 3:16
**302** 62:19
**302s** 51:5

**4**

**4** 78:17
**40th** 2:6
**4:00** 29:7

**5**

**5** 16:13
**51** 78:7
**54** 78:8
**59** 78:9

**6**

**6** 59:17,19 63:4,23
  64:25 75:2,7
**6/18/15** 78:7
**604** 2:6
**6779** 1:7
**6th** 79:20

**7**

**7/21/15** 78:8

**8**

**8** 4:13
**86** 2:11

**9**

**9/18/15** 78:9
**90** 12:7,9

**a**

**a.m.** 1:12 76:11
**able** 63:18 64:13
**academy** 7:6
  11:25 12:5,9,14,16
  12:22 13:3,6
  15:10,14 16:16
**accessible** 33:21
**accident** 47:2
**accidently** 36:5
**account** 23:15
**accurate** 52:18,19
  52:22 55:21 56:4
**accusations** 36:8
  47:6
**accuse** 49:18
**action** 5:3 79:16
**activities** 15:7
**actual** 22:12 23:12
  68:24
**addition** 49:21
**address** 4:12
**administer** 3:11
**administered** 38:9
  38:12
**administering**
  41:10,18
**administrator** 1:3
  2:5
**aforementioned**
  51:8 58:25
**afterward** 64:18
**agree** 52:16 55:7
  56:14,24 57:8,10

**agreed** 3:5,20
**agrees** 56:18
**air** 23:22
**airway** 73:12
**al** 1:8 80:2,2
**alarm** 14:15 32:6
  32:9 40:6
**allegation** 47:12
**allegations** 27:18
  27:21 47:15
**allow** 5:6
**altercations** 27:15
**ambulance** 43:22
**america** 1:8 2:10
**andrew** 2:4,7 4:25
**answer** 5:18
**answered** 66:11
**answering** 45:14
**antonio** 65:5
**apparently** 49:4
**appearing** 75:23
**appears** 52:19
  53:15 74:11
**applied** 10:17
**apply** 11:2
**appreciate** 75:23
**approach** 45:18
**approached** 29:25
  46:2,8 50:5
**approaching**
  45:20 70:2
**area** 13:22 18:5,9
  18:11 20:4 29:18
  29:19 45:6,7 50:4
  58:7 65:13,15
**areas** 23:14 67:24
**army** 7:11,20
**array** 60:5,8 75:3
**arrested** 56:3
**arson** 8:14

**asked** 11:5 31:21
  70:15
**asking** 5:4 45:13
  54:16 56:17
**assign** 11:16
**assigned** 11:18
  15:14 16:9 18:19
  18:23 19:7 20:9
**assignment** 7:25
  9:24 11:14 15:12
  16:18
**assignments** 16:19
  16:22
**assume** 23:20
  25:14
**assumed** 73:13
**assumption** 24:24
  48:15
**assure** 41:7
**attention** 26:22
  28:5 49:17
**attorney** 5:2
**attorney's** 2:9
**attorneys** 2:4,10
  55:25
**authorized** 3:11
**autopsy** 39:6,9
  48:7,14 72:25
**aware** 14:20 27:19
  30:19 48:12 67:2
  71:7
**awareness** 48:13

**b**

**b** 65:3 78:2
**ba** 32:11 68:24
**back** 16:17 31:13
  52:8,24,25 60:2
  65:22
**backs** 47:19 68:4
**bad** 25:3

**bag** 66:23
**based** 13:13 26:16
  70:23 74:21
**basic** 7:24 8:10 9:8
**basically** 9:12 13:8
  13:13,25 14:4,11
  18:8 21:14 22:7
  29:18 35:21 41:14
  46:8,18,19,25 72:6
  73:8,11
**bates** 53:25 74:12
**bathroom** 21:4,5
**bathrooms** 21:2
  22:6
**bay** 17:12
**began** 6:16
**begins** 19:20
**belief** 48:18 56:25
**believe** 9:18 16:13
  29:6 42:22 47:4
  52:7 63:4 72:4
  73:3
**believes** 56:8
**belong** 8:14 9:25
**best** 75:24
**bestie** 49:9
**better** 71:24
**big** 70:25
**bit** 11:24 23:2 24:4
  28:25,25 30:10
  41:23,24
**blame** 56:9 57:2,3
**blankets** 35:2
**blind** 46:6
**blood** 37:13,15
  79:16
**blotchy** 53:2,11
**blue** 71:3
**body** 14:15 32:6,9
  36:5,6 37:20
  43:25

**bone** 73:7,19,21
**boots** 67:17
**bottle** 33:14
**bottom** 31:8 33:10
  33:11,15,16,18
  34:8,12 35:22
  36:12,13,18
**break** 5:16,19
  63:14,16 64:16
**breath** 38:19,20
  38:23 41:25
**breaths** 38:15,15
  38:17 39:7 41:24
  43:7
**bring** 71:5
**broken** 21:21
**brought** 35:12
  44:13
**brown** 56:2
**bubble** 18:7 31:13
**building** 13:19
  47:21 70:8,8
**bunch** 59:16 70:7
**bunk** 34:8,10,12
  34:13 35:22 36:3
  36:12,14,18
**burning** 69:12
**business** 27:13

**c**

**c** 2:2 77:2 79:2,2
**cadres** 67:16
**call** 54:8 64:11
  65:21 74:6
**called** 4:3
**calls** 71:3
**calm** 27:14,16
**capable** 21:19,21
**care** 14:6 19:9
**career** 16:5 66:3
  75:25

**case** 1:6 64:8
  73:17 80:2
**cases** 5:25 6:8
**cause** 5:3
**caused** 73:2
**ceilings** 23:13
**cell** 17:10
**central** 23:22
**certain** 9:5 13:14
  13:23 22:4 23:14
  55:10 67:21,23,24
**certification** 3:8
**certify** 77:4,8 79:9
  79:14
**chambers** 2:11
**change** 53:10 80:5
**changed** 17:17
**check** 37:9 62:20
  63:8
**checked** 38:3
**chest** 38:13,14,18
  38:20 41:23 42:3
  43:8
**chips** 66:23
**choke** 23:6 57:22
  58:6
**choked** 49:25
  61:13
**choking** 23:5,8
**city** 44:14
**civil** 1:17
**civilian** 11:4
**civilians** 13:22
  14:3
**clear** 63:22
**client** 26:23 28:6
  29:21 30:12 40:11
  55:4 68:11
**closed** 31:17
**cloud** 26:17 30:2
  47:25 50:7,8

**college** 7:9
**color** 72:14
**combat** 8:15,15
**come** 14:16,23
  18:4 19:16,19
  20:11 33:8 68:18
  73:15
**coming** 10:6 24:15
  24:16 34:4 37:7
  70:10,14
**comments** 75:11
**commission** 80:25
**complete** 15:9
  65:20
**compression**
  42:24
**compressions**
  38:14,21 43:8
**concern** 62:7
**concerned** 65:2
**concluded** 76:13
**condition** 40:5
  50:2
**confer** 63:16
**conference** 1:18
  4:21
**confiscated** 58:17
**congratulation**
  16:7
**connection** 61:21
**consciousness**
  42:5
**considered** 9:13
  35:5
**consume** 26:15
**contents** 51:25
  54:24
**context** 62:23
**continuation**
  43:21

**continue** 21:7
  38:20 42:21
**continued** 42:10
  43:20
**contraband** 22:8
  23:11 24:5,8 35:5
**control** 8:13 14:4
  14:6 19:10
**convicted** 13:25
**cool** 54:8
**copy** 3:14,17
  75:25
**correct** 12:2 14:8
  19:5 20:4 21:10
  24:6 33:19 61:12
  77:9
**correction** 10:17
**correctional** 11:21
  15:13,15
**cos** 44:10,11 55:25
**counsel** 3:6,17
  56:25 76:4
**count** 19:19 20:13
  20:18,24,25 21:4
  21:15 31:10 34:22
  34:23 39:23 40:6
  40:8,11,13,24 41:6
  68:12,13,18 69:22
  69:23
**counted** 31:12
  40:16
**counting** 21:7
**counts** 41:25
**county** 79:5
**couple** 42:20
  52:20
**course** 14:14,19
  71:18
**court** 1:2 3:13
  4:19 5:8,13 6:3,9
  78:11

**courtesy** 14:19
**courtyard** 13:21
**cove** 13:2
**cpr** 9:6,7,8 38:5,7
  38:9,12 41:10,18
  42:10,14,21 43:12
  43:21,22 44:3,21
  72:9,17
**crazy** 53:18
**created** 54:23,24
**crotch** 50:4 58:7
**crowded** 18:15,16
**currently** 6:10
**custody** 14:6
  19:10
**cv** 1:7

**d**

**d** 3:2 4:2 77:2
  78:14
**dark** 34:24 37:6
**darker** 34:21
**date** 1:11 16:11
  28:5 51:11 52:9
  52:18 54:5 59:4
  80:3
**dated** 59:8
**day** 29:5 53:20
  76:10 77:19 79:20
  80:22
**days** 3:16 12:7,9
  56:8
**de** 8:12 10:5 14:2
  14:5
**deal** 8:17 66:17
**dealer** 65:5
**dealing** 9:9 24:22
  27:20 47:14,17
**dealt** 66:16
**death** 46:2 56:10
  57:3 61:13 62:6
  62:17 66:9,10,15

68:13 75:15
**deaths** 66:4,6
**deceased** 61:20
**defendant** 2:10
**defendants** 1:9
**defibrillator** 42:11
  42:16
**definitely** 29:2
**delaney** 43:4
**deploy** 42:15
**deployment** 8:4
**deposition** 1:14
  3:8,9,14 4:16 80:3
**describe** 8:23 13:5
  16:17 17:19 19:14
  27:8 38:11 51:19
**description** 78:6
**desk** 18:10
**destroy** 35:6
**detailed** 52:20
**determination**
  39:9,11
**died** 9:22 48:21
**different** 16:21
  61:4 64:4 67:16
  72:14 75:4
**dionysia** 1:15 4:11
  4:22 77:15 80:3
  80:21
**directly** 14:21
  36:9 76:5
**discharged** 10:14
**discovered** 40:4
**discuss** 46:22
**dishonest** 55:25
**distancing** 4:18
**district** 1:2,2 2:9
**document** 51:9,15
  51:17,20,23 52:2
  52:16,23 54:3,13
  54:20,23 55:13

58:24 59:2,7,8
65:17
**documents** 78:20
78:21
**doing** 10:20 19:8
19:15 21:19 29:10
36:9 41:6 42:10
43:7,8,13,20 44:20
50:13 51:4 60:8
60:21 65:20 68:3
72:9
**donaldson** 4:13
**door** 32:4 34:5
**dop** 6:18,25 10:18
11:7 15:21 16:10
28:25 52:14 62:4
66:5,13
**double** 62:20
**downplay** 73:17
**draw** 26:21 28:4
**dropped** 36:5,5
**drug** 24:13,14
47:19,22
**drugs** 24:5,7 25:12
50:3,4 58:6 66:17
66:19,21
**due** 4:15 58:5
**duly** 4:3 77:5
79:11
**duties** 13:11 19:9
**duty** 8:14 19:20

**e**

**e** 2:2,2 3:2,2 4:2
39:5 73:6 74:14
77:2 78:2,14 79:2
79:2
**earlier** 11:6
**easily** 33:21
**effect** 3:12,15
**effective** 41:21,22
42:18

**either** 50:24
**eleven** 7:18
**emergencies** 9:5
**emergency** 9:13
68:23,25
**employed** 6:10,12
**employment** 6:18
**ems** 44:14,15
**enclosed** 18:9,11
**enforcement**
10:25 11:3 16:5
**engage** 71:12
**engaged** 64:6
**engaging** 72:3
**ensure** 21:8 41:16
**enter** 11:3
**entered** 7:5,10,13
**enters** 55:24
**entire** 17:4
**environment**
67:12
**errata** 80:1
**escalate** 10:5 14:2
14:5
**escalation** 8:12
**esq** 2:4,7,12
**estate** 1:4 2:5 5:2
**et** 1:8 80:2,2
**evening** 28:8,14,23
29:7 40:11 45:21
45:22 65:9 68:11
**eventually** 44:13
**everybody** 21:6
41:6 45:4
**evidence** 10:5
**examination** 4:7
76:12 78:16 79:10
79:12
**examined** 4:5
**example** 13:24

**exercises** 51:4
**exh** 78:7,8,9
**exhibit** 51:10
53:22 54:4 59:3
74:12 75:9 78:5,5
**exhibits** 78:4,11
**experience** 8:6
49:12 53:8 69:18
**experienced** 66:13
**expires** 80:25
**explained** 55:17
**expression** 47:3
**extended** 12:15
**eye** 46:6,7
**eyes** 52:24,25
53:10,13,16,17,20

**f**

**f** 3:2 79:2
**face** 27:24 30:18
34:20 35:7 37:14
47:4
**faces** 60:13,14
**facility** 11:22
15:13
**fact** 4:22 75:5
**fair** 19:2 26:20
28:3
**faison** 61:7
**familiar** 16:25
51:20,21 52:2
54:22
**family** 6:9 71:5
**fan** 50:8 64:15
**fantastic** 76:8
**far** 36:15,18 47:6
**fast** 50:16,20
**fbi** 51:9,24 52:6,13
54:2,10,23 59:2
60:5 78:7,8,9
**federal** 1:17

**feel** 38:4,6 39:17
**feeling** 60:20
61:11
**felt** 30:7 39:15,24
61:16 66:22
**females** 61:18
**fight** 14:12 21:22
**fighting** 10:7
71:15
**fights** 22:24 23:10
**figure** 39:7
**figured** 32:18
73:14
**filing** 3:7
**final** 58:14
**finance** 8:3
**find** 25:24
**finding** 70:19 71:8
**fine** 5:16 7:4 12:21
21:12 40:25 41:2
48:17 61:10 65:16
**first** 4:3 5:7,18
6:24 7:25 8:3
11:14 15:12 16:9
16:15 28:20,24
30:11,19 33:22
51:6 55:15 59:13
59:17 60:2 77:5
**fit** 18:12,15,16
**five** 36:19
**flat** 35:25
**flip** 49:18
**floor** 17:6,7 33:17
34:10
**flushing** 70:4
**fnu** 56:2
**foam** 37:7,16
72:14
**focus** 17:16
**focused** 42:14
72:13

focusing 35:24
followed 57:6
following 56:6
  68:19
follows 4:6 56:12
  56:19
foot 36:19
force 3:15
foregoing 77:8
form 3:21 5:12
former 56:2
forth 79:11
forward 18:6
  75:12,14
found 23:11 34:9
  48:24
four 18:16
frame 40:19
friend 49:4 61:3
friend's 61:6
front 20:8 37:2
  71:23,25
full 55:16
further 3:20 75:20
  77:8 79:14

**g**

g 4:2,2
game 23:5 47:10
garnerville 4:13
gate 20:2 21:25
  31:12,17
gates 20:5,8,13
  21:6
general 6:6 30:21
  67:2
generally 49:11,12
george 12:25
georgia 12:23,24
georgopoulos 1:15
  4:1,11,23,25 5:1
  6:1 7:1 8:1 9:1

10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1,13
52:1 53:1 54:1
55:1,16,23 56:1,7
56:8 57:1,13 58:1
59:1 60:1 61:1
62:1 63:1 64:1,12
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1,20 73:1
74:1 75:1,22 76:1
77:1,15 78:1 79:1
80:3,21
gestures 5:14
getting 27:15
  35:11
give 8:10 26:5
  38:19 65:21 74:6
given 77:10 79:13
giving 5:24 9:6
  57:24
glen 13:2
go 7:9 8:7 10:20
  10:24 19:8,15,18
  19:23 20:16,19
  22:5,11 26:3
  32:12,15 33:17,21
  34:6 38:23 51:5
  53:22,23 57:12

59:6,11 60:2
61:19,22 64:18,19
65:19,22 69:8,14
going 12:16 20:3
  20:16 26:21 27:24
  28:4 30:13 32:3,5
  39:7 41:24,25
  47:5 51:6,13
  53:24 54:7 59:6
  59:11 63:13 65:25
  68:7 70:7 73:14
good 4:24 25:24
  27:13,17 28:18,21
  56:12,19 57:6
government's 4:17
grab 32:18
graduate 6:20
grant 1:4 2:5 5:3
  26:23,25 40:5,24
  42:5 44:17 46:9
  46:11 47:7,13
  49:3,25 55:4
  56:10 57:4,21,22
  58:5 60:22 62:6
  68:14 72:8 73:3
  74:19,20
grant's 39:2 43:24
  46:2 52:25 53:20
  58:7 61:3 66:9,10
  66:14 75:15
gray 36:25 37:3,6
  37:18
grill 32:3 39:25
  69:8
grills 69:2
ground 35:13,20
  35:23 36:4,14,15
guard 17:22
guess 23:22 44:14
  46:6 60:17

guessing 26:18
guided 11:2
guys 41:11 42:24
  76:9
gym 45:6,7

**h**

h 78:2
half 40:12,21
hallway 33:5
hand 18:7 33:15
  79:20
handcuff 9:3
handle 9:14
handling 15:6
hands 50:11,12
hang 67:23
happened 14:25
  39:13 40:2,3
  41:15 43:16 44:23
  44:25 45:11,13,13
  45:17 47:16 48:5
  48:14,16 49:8,10
  60:21,22 61:16
  70:24 73:18
happening 30:24
  47:21
happens 13:20
  35:3 49:23 68:16
happy 63:7
hard 23:25 71:9
head 5:12 20:17
  52:25 63:6
headache 26:6
heading 16:10
heads 14:24 21:15
hear 48:20 49:24
  69:25 70:3,6,9,14
  71:4 74:19,19
heard 24:14 30:22
  36:11 46:9,13
  57:13

**hearing** 31:19
**held** 1:18
**hereinbefore**
77:11 79:11
**hereunto** 79:19
**hey** 14:24 46:9
**hide** 24:2 50:23
**hiding** 25:24 50:25
**hierarchy** 13:9
**high** 6:20 7:14
13:19 25:7,11
**hired** 6:24 11:7,14
15:20 16:12,15,16
28:24
**hit** 17:7 68:24
**hits** 36:19,20
**hold** 12:13 21:4
57:22 58:6
**honorably** 10:14
**horseplay** 61:12
64:7 71:12 72:3
**horsing** 57:21,25
63:3
**hour** 40:12,12,21
**house** 17:9
**housing** 65:13,14
68:15 71:10
**huge** 47:25
**hundred** 7:2 12:14
61:9
**hyoid** 73:19

**i**

**idea** 38:22,24 48:9
**identifiable** 55:18
**identification**
51:11 54:4 59:4
63:24
**identified** 57:14
74:16 75:7
**identifies** 62:15

**identify** 60:12
64:24
**identity** 57:17
60:23 62:11 75:8
**illegal** 49:13
**implicating** 62:5
**incident** 26:22,24
27:4,22 28:6
29:21 30:9 40:10
47:16 53:6 55:3
56:6 57:20 61:7
68:10 71:22
**incidents** 9:21
53:5
**including** 55:25
**indicating** 33:10
50:9
**indication** 30:11
**indirectly** 66:20
**individual** 75:12
**individually** 45:16
45:19
**inform** 68:8
**information** 13:7
32:9 62:4,15,18,21
63:4 75:13,14
78:20,21
**initial** 16:18 37:25
**initially** 11:7,13
20:11 34:15 42:2
**initiated** 43:14
**injure** 41:16
**injured** 71:20
**injuries** 9:21
**injury** 38:25
**inmate** 14:10,10
20:18 21:2 25:7
27:12 31:11 34:9
34:17 35:12 41:2
44:25 45:18 46:4
46:23 47:5,7

57:14,18,22 60:24
61:4 62:5,24,25
63:24,25 64:5,7
65:6,7 66:4,6,25
67:15 68:13 72:7
74:16 75:13
**inmate's** 75:4
**inmates** 13:20,23
14:3,7 17:10,11
19:10 20:12,17
25:9 27:16 29:23
30:14,22 32:2
34:25 41:3,4
44:23 45:16,19,25
46:4,21 49:4
50:13,17,20 53:9
53:13,14 55:17,19
56:9,10 57:2,4
58:6,12,17 60:11
60:13,15 62:3
66:16 67:4,9,10,23
68:2,8,17 71:12,19
71:22 72:2
**inside** 20:3,12,19
21:3 22:8,12
30:17 33:8 34:7
39:16,21 44:12
45:2,7 49:3,5 51:3
60:11 61:16 68:7
69:7
**inspect** 20:17 22:4
22:6,7
**inspected** 55:16
**instances** 25:4,9
47:20,22 66:19,20
66:21 70:24
**interaction** 27:5
74:18 75:11
**interactions** 27:6
27:9

**interested** 79:17
**interpretation**
74:22
**intoxicated** 53:9
72:10
**investigate** 26:3
69:11,15
**investigating** 9:20
14:9
**involved** 65:4 66:4
**involving** 26:22
28:6 29:21 30:12
30:20 55:4 68:10
**irritated** 50:15
**issacharoff** 2:12
56:16,22 62:2,14
63:15,21 64:17
65:24 74:4,10
75:19 76:6
**issue** 23:3 30:8
**issues** 23:4 39:24

**j**

**jail** 23:10,23 24:15
24:17 30:7 33:8
33:22 49:7
**jaw** 41:13,15
**job** 12:15,18
**judge** 3:13
**july** 53:24 54:2
**jump** 72:15
**june** 51:7,9 52:8

**k**

**k2** 24:13,22,25
25:7,14 26:7,15
27:20 29:22 30:4
47:14 48:2 53:10
55:17,18,23 56:3
65:4 68:14 69:11
70:16 72:10

kearins  28:12,14 28:17 29:15 32:8 35:16 38:5,8,14,18 41:10 42:9 43:7 56:7,9,11,11,18 57:3,5,5

keep  8:20 14:4 25:21

kept  32:6

key  67:21

keys  69:25 70:10 70:11,13

kicked  45:5

killed  46:9,11,13 74:19,20

kind  25:16 27:3,5 27:12 28:16 32:16 34:24 35:2 39:6 47:3 49:17 68:2 68:14 70:12 73:13

kitchen  18:5

kneecap  36:20

knew  32:13 71:24

know  6:21 11:10 12:6,12 16:12 17:20 21:15 23:8 23:9,9 24:16,25 25:2,11,12 26:7,9 26:11,11,14,16,25 29:2,11 30:16,16 30:20 32:4,10,16 34:17 35:15,23 36:2,4,17,18 38:7 39:4 41:15 45:12 47:3 48:3,4,5,13 48:16 49:10 50:14 51:3,17,23 53:5 54:6,16 57:15 58:3 61:15,17 63:7 66:24 67:19 70:2,8,9,22,23

71:4 73:21

known  22:24 26:7 56:12 57:5 58:15 58:23

**l**

l  3:2,2 4:2 77:2

labeled  65:3

lane  4:13

laufer  2:4,7 4:8,25 56:21 61:24 62:8 63:9,20 64:14,19 65:18 72:18 73:25 75:17,21 76:8 78:17

laughing  46:15

law  2:4 10:24 11:3 16:4

layout  17:2

lazy  41:4

learn  8:8

learned  13:6 24:17

leaving  29:19

left  7:14 10:11,19 18:7 31:8 33:15 34:8 44:17,22 46:6

license  6:15 16:3

lie  53:5,6

lieutenant  14:15 14:18,24 15:3,5,6 15:7 42:23 43:4

light  69:17,21

lighting  34:20 35:3

lights  34:24

line  58:14 59:12 60:19 80:5

listening  37:10 71:3

little  23:2 24:4 32:17 41:23,24

67:21

llc  80:1

local  13:22

located  12:22 17:5 17:23 18:3 33:2

location  11:17,21

lock  21:6 68:17

lockdown  30:25 30:25 35:4

locked  20:6,13 31:4,12,18 39:20 39:22,25 45:6 68:21 69:22

long  9:15 11:24 12:4 13:3 20:25 32:21 40:4,7,8,10 40:16,19,23 43:13 59:7

longer  12:6

look  23:12 25:20 51:14 53:17,17 55:13 64:23 67:9 67:10,11,12

looked  34:6 37:3

looking  22:7,10 25:22 38:17 67:22

lot  13:7,12,24 16:19 35:17 42:13 47:20 50:9 60:11 66:12 71:12

lots  23:10

low  36:14,17,21

lucas  2:12 74:2

luck  75:24

**m**

ma'am  27:13

machine  43:2

mail  39:5 73:6

mailed  51:22

main  20:4 37:22

making  35:25 49:22 58:8,18

male  22:23

manage  13:8

management 13:10

manhattan  15:16 15:17

manning  8:13

marijuana  26:8,10

marked  51:9 54:3 59:3

marriage  79:16

matter  71:8 79:18

mcc  11:23 13:18 16:11,17 55:24 56:11,12,19 57:5,6 58:15 70:16

mean  16:16 27:23 47:4 62:9 67:6 71:13 73:10,14

meaning  20:15 31:3 60:10 68:23

member  71:5

members  10:23,23

men  61:17

mention  52:23

metal  23:14,16,19 23:21,24,25

metropolitan 15:15

microphone  74:5

middle  33:14

midnight  29:8

military  7:10,23 8:4,15,24 10:10

mind  40:2

minute  32:24 66:22

minutes  40:20,20 40:21

misidentified 74:23

missing 23:14,17 23:19,21,24 46:6

moment 39:25

morning 4:24 27:13 68:19 69:4

morrison 1:3 2:5 80:2

mouth 37:7,16 72:15

moved 43:25 45:4

movement 50:9,17 67:15

moving 31:18,21 32:7,10,14 35:10 37:11 47:8,25 48:5 50:18 51:2 72:13,16

mp 8:5,8 10:8

mps 10:24

muffle 70:13

murdered 39:16 73:3

mute 74:5

**n**

n 2:2 3:2 4:2 74:14 77:2 78:14

naked 25:10

name 4:9,25 46:5 46:24 61:6 62:24 64:4 74:11 80:2,3

names 60:14 62:3

nature 8:21 24:6

necessarily 13:18 25:4 30:6 53:16 71:13,15

neck 41:17 73:8,23

need 4:15 6:6,21

never 27:14,23 37:15 42:25 43:3

43:22 47:17 71:22 73:10,12

new 1:2,20 2:6,6,9 2:11,11 4:5,14 11:19,23 16:20 19:20 44:14 53:6 75:25 79:4,8 80:1

nicole 1:3 2:5 80:2

nine 7:16 9:17

nodding 5:12

non 1:14

normal 29:10

notary 1:19 4:4 77:22 79:7 80:25

note 5:10

noted 58:11

notice 37:13 67:14 67:15,23 69:5

noticed 37:15 50:19 52:24 69:20

notified 14:17

notify 14:20,21

november 79:20

number 67:6 78:6

nurse 6:13,16 16:3 16:6 54:7

**o**

o 3:2 4:2,2,2,2,2 74:14 77:2

oath 3:12 6:2

objection 56:16

objections 3:21

objects 58:16

observation 37:25 72:8

observe 34:15 67:4,7,8

observed 71:19

observers 68:2

observing 22:9 53:8 67:14,25

obstructed 73:8

obstructing 73:12

obviously 27:23 64:15

occasions 52:11

occurring 33:6

october 1:11 11:10 16:13,13

odd 48:24

office 2:4,9

officer 1:15 4:1,24 5:1 6:1 7:1 8:1 9:1 10:1,17 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1,18,23 20:1,16 21:1 22:1,17 23:1 24:1 25:1 26:1 27:1 28:1,12,13,17 28:21 29:1,15 30:1 31:1,16 32:1 32:5 33:1 34:1 35:1,17 36:1 37:1 38:1,8 39:1 40:1 41:1,9 42:1,9 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1,13 52:1 53:1 54:1,6,12,20 55:1 56:1,18 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1,11,23 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1,20 73:1 74:1 74:3,4 75:1,18,21 76:1 77:1 78:1 79:1 80:3,21

officer's 18:8 68:6

officers 18:12,14 18:18,21 19:20 28:19 32:17,22 34:4 35:12,14,15 35:17 42:14 43:9 43:17 48:25 67:3

offline 63:17

oh 50:18 73:15 74:18

okay 7:4 11:12 15:8 17:21 26:19 28:3 33:11 51:17 51:18 54:17,18 59:21 63:20

once 19:20 31:6 32:11 35:5 38:4 39:9 42:23 48:9 68:5,17 69:25 71:3

ones 64:25 67:25

open 17:8,12 32:3 60:10 68:22 69:8

opening 35:24

operations 15:2,4 15:5

order 4:17

orderlies 69:3,3

ordinary 52:13

original 3:9,17

outcome 79:17

outside 13:20 21:25 33:4

overall 55:10

overdose 48:4

overseeing 8:18

**p**

p 2:2,2 3:2 4:2 74:14

p.m. 29:7 30:25 40:14 68:18

page   54:20 55:13
    59:8,14,17,18,19
    60:3 61:22 62:23
    63:4,23 64:4,25
    74:11,12 75:2,7,9
    78:5,16,21 80:5
pages   54:14
pants   37:2,3
paragraph   55:16
    57:13 60:18 64:25
    74:22
paragraphs   59:14
    59:15,18,19,23
    61:23 63:12 64:24
paranoid   25:7
    53:15
part   23:9 29:16
particular   11:17
    12:11 18:21 24:18
    26:5 30:4,7 65:17
parties   3:7 4:18
    79:15
parts   55:10
party   1:14
passed   58:5
patricia   1:19 79:7
    79:23
patrol   20:7,10,23
    21:24
patrols   22:11
pause   63:8,10
    64:10
payano   65:5
pedophiles   13:25
pending   5:17
people   20:3 50:2,3
    50:19
percent   7:3 12:15
    61:9
period   10:8,9
    15:18 17:15,18,25

19:3,8 24:10,20
    30:4 70:17,21
    71:11
person   62:16
    74:24 75:5,7,8
personally   27:22
phase   19:4
phone   71:3
photo   60:5,8 75:3
photograph   65:3
    75:4
phrase   57:25 58:2
physically   21:19
    21:20 41:8 47:17
    50:25 61:18 67:13
    71:8,23 72:6
picking   50:24
pictures   60:15
pieces   23:14,16,19
    23:22,24,25
pierson   74:13,16
    74:23
place   4:16 77:11
placed   16:17
    35:22
plaintiff   1:5,16 2:4
    78:4
plaintiff's   51:10
    53:25 54:3 59:3
playing   23:5 46:25
    47:8 48:22 58:2
    61:19 71:23 73:11
    73:16,16
please   4:9 5:6,10
pockets   70:12
point   35:18 42:22
    43:24
police   7:23 8:4,15
policy   56:12,19
    57:6

possible   36:13
    63:18 64:3
post   8:14 18:19,23
    20:9
posts   17:23
potentially   74:24
prefer   76:7
presented   52:17
preserve   10:4
pressed   32:6,8,11
pressing   14:14
pretty   10:3 36:14
    36:21
prevalent   70:16
prevents   20:3
previously   74:17
primary   66:16
prior   6:17 12:16
    18:22 26:24 27:4
    28:22 29:20 40:10
    57:20 68:10 71:21
prison   13:9 16:25
    17:5 70:21
prisoner   9:4,10,10
    9:11,11,20,20
    13:15,15,16,16
    39:18
prisoners   8:18 9:3
    9:21 23:5 24:22
    24:23 26:14 49:11
    49:12
probably   36:19
    70:18
problem   24:9,11
    24:19 26:13 30:4
    70:20,23
problematic   27:11
procedure   1:18
properly   9:4
property   35:6

provide   64:13
provided   62:3
public   1:20 4:4
    77:22 79:8 80:25
pulse   37:9 38:4,4,6
pursuant   1:16
put   35:2 42:11
    49:25 57:22 58:4
    70:11

q

question   5:7,17,18
    23:18 54:17 72:23
questions   5:5,11
    5:20 64:22 65:19
    66:2
quick   60:2 63:10
    72:23
quickly   51:3
quite   26:17 28:25
    60:12

r

r   2:2 3:2 4:2 74:14
    77:2 79:2
ran   23:23 25:10
random   22:5
    55:24
randomly   25:23
rapport   28:18
react   13:14
reacting   13:22
read   54:13 59:13
    59:17,18 73:2
reading   59:22,24
ready   35:11
really   17:15,18
    25:2 37:6 42:2
    53:14 60:2 61:15
    63:10 72:15
reason   5:16 12:11
    12:20 15:23 48:6

60:7 61:14,25
80:5
**recall** 11:5,6 15:18
16:10,11 18:23,24
19:6,13 28:7,10,23
29:5,9 30:3 33:7
36:16 37:20 43:13
45:25 52:9,10
53:4 57:23,24,25
58:8,10,18 60:4,7
60:16,23 63:5
73:2,4 75:10
**recalled** 56:2 75:5
**receive** 31:22,24
**received** 8:24 39:9
48:10,11
**recess** 74:8
**recollection** 74:21
**record** 4:10 50:10
79:12
**red** 53:2,11,14,16
**redact** 64:9
**redacted** 57:15,16
61:25 62:2,15,24
74:11 75:9
**redaction** 60:18
62:19,23
**redactions** 59:16
59:20 63:19,23
**refer** 63:23
**refers** 64:5
**regain** 42:5
**regarding** 5:5
75:13,15
**registered** 6:13
16:3,6
**regular** 13:21 14:3
**regularly** 20:8
**related** 47:20,22
63:11 66:19,20
79:15

**relation** 17:4 55:3
**relationship** 28:16
**relayed** 62:25
63:25 64:2,8
**relieve** 19:18
**remember** 13:17
16:14 25:6 27:2
28:19 29:12,13,25
31:6,8 35:11,16
36:25 37:16,17,21
37:23 38:17 39:23
40:13,18 42:11,12
43:15,20 44:19
45:19 46:3,4,5,24
48:23 50:5 52:21
53:21 54:11 55:8
55:9 57:17 60:13
60:14 61:5,6 65:6
65:7,10,12,14
66:18 72:11 73:5
73:6,20 75:16
**remembered** 37:5
**remotely** 4:16
**remove** 63:18
**removed** 56:11
57:5
**report** 10:3,4
23:15 39:6,10
48:7,11,14
**reporter** 4:19 5:8
5:13 6:3 51:12
54:5 59:5 78:11
**reporting** 80:1
**reports** 10:2
**represent** 5:2
**requested** 78:20
**require** 16:23
**requirements** 67:3
**rescue** 38:15,16
**reserved** 3:22

**resigned** 15:21,24
16:2
**respective** 3:6
31:4
**respond** 14:14
32:18,22
**responded** 46:12
46:20
**responding** 34:16
37:11
**response** 5:8 31:22
31:24
**responses** 5:11
**responsibile** 60:20
**responsibilities**
13:11 19:9
**responsibility**
25:17
**responsible** 60:21
62:12,13,17 71:2
**responsive** 42:6
**rest** 63:11
**retained** 78:11
**review** 51:15
**reviewing** 51:16
54:15,19
**richmond** 79:5
**rid** 50:11
**right** 7:14 12:3,17
17:2 19:25 20:5
21:13,18,20 22:15
24:7 26:4 27:25
31:2,5 33:10,11,22
34:20 36:20 42:12
42:23 44:18,19
47:11 52:14,15
54:10 62:8 64:14
68:7 69:13,15,16
69:17 76:9
**rights** 9:4

**riot** 8:13
**rip** 35:2
**rise** 13:19 41:23
**rising** 38:18 42:3
**rn** 6:13,14
**roberto** 1:4 2:5 5:3
26:23,25 55:4
62:6
**roll** 52:24
**rolled** 52:25
**rolling** 44:21
**rooftop** 17:7
**rotated** 16:20
18:25
**rotational** 19:4
**rounds** 22:4 29:10
29:11,12,14 68:9
**rules** 1:17
**rumor** 57:13
62:25 63:25 64:2
64:8 74:25 75:6
**rumored** 63:2
**rumors** 48:20
49:24

**s**

**s** 2:2 3:2,2 4:2,2
74:14 78:2 80:5
**safe** 8:20
**sanction** 72:2,4
**save** 32:16
**saw** 25:8 30:18
34:15 36:25 37:25
41:11,23 43:9
50:16 75:3
**saying** 32:7 39:13
47:24 50:18
**says** 57:2 65:2
**scenario** 13:13
**school** 6:21 7:14
8:7,11

schooling  9:15
scope  52:13
screaming  29:24
   30:15,23 31:14
   40:17
scroll  55:14
sealing  3:7
second  19:23
   20:15 22:17 33:17
   55:13 60:18,19
   63:13 64:25
security  62:7
see  13:8 26:17
   33:23 34:19 35:7
   36:8,11 38:2,17,25
   42:2 44:18 51:2
   53:19 62:8 67:19
   68:6 71:17
seeing  37:23
seen  27:23 36:24
   47:17 62:4 71:22
   72:12 73:11,13
send  12:8 75:25
   76:4
sense  70:14
sent  12:9 39:5 48:7
   59:10
separate  14:3,12
   52:10
separated  14:13
september  59:2,8
serve  7:12
served  7:16
service  3:16 7:19
   10:23,23 44:16
set  67:6 79:11,20
shaking  5:12
shank  58:15,23
sharpened  58:16
sheet  80:1

shift  20:11 68:20
shiny  37:5
shocks  42:20 43:2
shoes  67:16
short  31:13 63:16
shouting  29:24
showed  47:3 60:15
shown  65:3
sia  14:16,20,21
side  11:4 12:14
   13:10 18:7 33:10
   33:15
sign  76:2
signature  79:23
signed  3:10,12,15
signs  53:19
similar  54:13
situation  9:13 10:5
   14:2,25 15:6 25:6
situations  9:5
   13:14
six  17:14 59:8
skills  8:16
skin  37:4,6,23
   72:13
small  18:16
smell  24:18 25:13
   25:16,20 26:2,4
   29:21,22,22 30:2
   48:2 50:15 68:14
   68:16 69:11,24
   70:18
smelled  25:2,15
   29:23
smoke  26:17,18,19
   30:2 48:2 50:7,8
   50:11,14 55:17
   69:6
smoker  65:5
smoking  27:20
   69:9

smuggling  56:3
social  4:18
somebody  21:3
   42:11 66:23 67:19
   69:9
somebody's  73:12
somewhat  41:22
soon  26:2 69:21,23
sort  11:2 48:12
sound  61:8 70:13
sounded  40:6
sounds  58:3
south  16:23 17:5,6
   17:10,23 19:7
   25:5 58:15
southern  1:2 2:9
speak  44:23 45:15
speaking  52:10
special  8:7 9:24
   22:19
specialty  7:21
specific  6:7 25:15
specifically  18:24
   40:14 55:12 66:14
   73:4
specifics  29:12
   55:10 73:6,20
specified  77:11
spin  58:4
spine  41:17
spoken  74:15,17
spread  29:18
ss  79:4
staff  14:16
stain  37:2,17
stairs  33:16
stamp  74:12
stand  21:5,17 41:5
   41:8
standing  20:18
   21:2,16 31:11

39:24 41:3
stands  41:6
start  51:6 54:16
   55:15 67:22
started  28:20
   30:14 40:17 43:7
   43:7 44:24 46:15
starts  40:14
state  1:20 4:4,9
   79:4,8
stated  65:4
statement  52:5,12
   53:23,23 55:21
   57:9,11,24 58:9,19
   58:21 78:7,8,9
statements  54:9
   55:2 75:11
states  1:2,8 2:9,10
   5:4
station  18:8,17
   68:6
stations  17:22
stay  44:12
stealing  50:4
   66:23,24
step  16:4 71:16
stepped  32:12
   40:2 43:10
stepping  68:9
sticks  55:19
stint  66:13
stipulate  4:19
stipulated  3:5,20
stomp  67:20
stopped  43:23
story  49:22 56:2
straight  18:6 34:7
street  2:6,11
streets  49:6
stretcher  32:12,16
   32:19,25 34:2,2

35:11,24 43:22,25
**stronger** 61:18
**stuff** 6:2 47:5,6
  49:17
**stupid** 46:17 71:14
**stupidly** 46:20
**subpoena** 1:17
**subscribed** 77:18
  80:22
**subsequent** 17:17
  43:17
**successful** 43:18
  43:19
**successfully** 15:9
**suggested** 72:19
  72:24
**suitable** 12:18
**suite** 2:6
**supervisors** 10:25
**suppose** 14:14
  68:22
**supposed** 12:8
  14:23 67:4,7,18
  69:10,14
**sure** 7:3 11:11
  12:6,15,17,19
  17:18 21:17 27:10
  35:25 44:16 48:11
  61:9 65:24
**suspect** 69:9
**suspects** 55:23
**swear** 4:20
**sweatpants** 37:18
  37:18
**switch** 42:25 43:6
**sworn** 3:10 4:4
  77:5,18 79:11
  80:22
**synthetic** 26:8,10
**system** 13:9 23:23

**t**

**t** 3:2,2 77:2 78:2
  79:2,2
**take** 4:16 5:8,13
  5:15,19 21:14
  32:21 35:4 40:19
  51:14 63:8,9,13,16
**taken** 1:16 56:7
  74:9
**takes** 15:7 32:17
**talk** 8:5 30:9 49:13
  49:16 59:25 60:17
**talked** 24:4
**talking** 10:22 49:2
  50:18,20
**taught** 8:11,12,13
  9:8,23 14:11
**teach** 8:17 9:7,12
  9:19 10:2 13:19
**technically** 14:23
  69:7
**tell** 62:19 63:22
**telling** 49:21 71:4
**tend** 10:24
**terms** 11:20 17:19
  51:25
**testified** 4:5
**testify** 77:5
**testimony** 5:24
  77:6,10 79:13
**thank** 7:19 16:8
  75:22
**thick** 47:25 50:7,8
**thing** 22:22 25:19
  27:17 48:24 49:16
  69:24 70:25 71:21
**things** 8:20 17:19
  24:5 25:8 37:22
  49:13,19 61:12
  67:22 71:14

**think** 11:5 36:9,13
  38:19,23 39:12
  44:15 66:11 70:15
  71:24 72:19 74:2
  75:17 76:9
**third** 59:9
**thorough** 28:21
**thoroughly** 56:13
  56:20 57:7
**thought** 16:4
  62:12,16
**three** 18:14,15
  36:19 54:9 59:15
  59:19 61:23 64:24
**threw** 70:6
**throat** 39:2
**throw** 49:17
**thrust** 41:14,15
**thud** 36:11
**tier** 17:8,11 20:3
  20:12,16,16,23
  21:16 22:6 29:24
  29:25 30:5,7,17
  31:7,7,9,11,16
  33:2,6,9,10,13,18
  34:7 35:9 39:16
  39:21 40:15,15,18
  44:17,22 45:2,5
  47:2,23 49:3,5,9
  50:6 51:3 60:10
  60:11 61:16 65:8
  65:11 68:7,23
  69:19 70:2
**tiers** 17:13 19:24
  20:8,19 21:3,7,25
  22:5,5,9,12 31:4
  33:12,15,23 69:7
**time** 1:12 3:22 5:9
  5:15 7:7 10:16
  15:18,20 16:4
  17:15,18,25 18:20

19:3,7 20:14
  22:16 24:10,20
  30:3 31:13 32:16
  32:20 34:18 39:20
  40:3,18,23 44:25
  45:23,24 66:14
  68:12,22 69:5
  70:17,21 71:11
  77:10
**times** 22:3 28:22
  29:17 67:7
**title** 54:8
**today** 53:4 56:18
  75:23
**toe** 20:17
**toilets** 70:3,7
**told** 19:17 32:14
  36:7 38:4,18
  41:13 42:21 74:25
  75:6
**top** 33:14,15,16
  63:6
**totally** 5:16
**touched** 37:8
**touching** 72:6
**tour** 22:2,3 29:4,7
  29:9,20 67:5
  68:11
**trades** 68:3
**trained** 9:2 28:20
  29:3,3
**training** 8:24
  12:16 13:13,17
**transcript** 76:2
  77:9,9
**transport** 9:3
**transported** 44:6
  44:8
**transporting** 36:3
**trial** 3:22

**true** 36:10 77:9
  79:12
**truly** 39:15
**trust** 58:12
**truth** 49:21 77:5
**trying** 50:6,16,22
**two** 13:4 17:9
  18:21 35:12,14
  37:22 52:10 54:14
  54:20 56:8 59:14
  59:17
**type** 5:25
**types** 6:7 67:16
**typically** 14:17
  15:4 19:19,22
  27:14 32:23 68:16
  69:5 70:3

**u**

**u** 3:2 4:2
**u.s.** 53:25 74:13
**un** 64:9
**underlying** 62:20
**understand** 13:9
  48:17 61:19,21
**understanding**
  12:7 49:2 60:9
  62:22
**uniforms** 55:20
**unit** 8:15 11:19
  17:8 18:4,21
  19:22 22:16,19,23
  23:13 24:10,12,12
  24:19 25:4,21
  33:3,4 44:7,9,12
  56:8 58:14,15,17
  58:23 68:15 71:15
**united** 1:2,8 2:9,10
  5:4
**units** 16:21 17:9
  18:25 22:23,25,25
  25:5,10 67:3,18

71:10
**unknown** 49:3
**unlock** 69:2
**unlocked** 34:5
**unsigned** 3:14
**upset** 45:10
**usa** 80:2
**use** 55:18 58:2
**usually** 18:18,20
  19:16,18 20:2
  35:3 47:20 67:24
  69:17

**v**

**v** 80:2
**various** 20:7 21:25
**venditti** 1:19 79:7
  79:23
**verbal** 5:11
**verified** 4:22
**veritext** 80:1
**video** 1:18 4:20
**viewed** 72:5
**violence** 9:10,12
  13:15,16 14:10
  66:12,15
**visitors** 55:24

**w**

**wait** 19:22
**waived** 3:9
**walk** 18:6
**walked** 46:16
**walking** 50:19
**walls** 23:12 67:11
**want** 5:15 17:15
  17:20 41:5 54:12
  55:12 63:15 64:10
  65:19 76:3,4
**wanted** 37:9 60:12
**warden** 39:5

**wardens** 48:7
**wasting** 32:20
**wave** 50:16
**waving** 50:10,12
  50:14
**way** 10:11 17:19
  22:20 31:7 33:9
  34:7 42:6 43:21
  49:18 54:6 79:17
**weapons** 24:2
**wear** 67:18
**wearing** 67:15,19
**weeks** 9:17 13:4
**went** 6:22 9:16
  10:22 11:25 12:5
  27:12 31:13,16
  32:15 33:25 34:5
  37:3,8 38:19
**west** 2:6
**wet** 37:19
**wheeled** 47:7
**whereof** 79:19
**wire** 23:25
**wish** 75:24
**withdraw** 23:18
**witness** 1:15 3:10
  3:16,18 4:3,20,21
  28:2 49:14 63:17
  64:3,21 74:7,15
  76:12 79:10,13,19
**witnessed** 27:14
**witnesses'** 80:3
**woke** 43:3
**words** 26:3 58:4
**work** 6:18 12:4
  16:23 28:16 52:14
  69:4
**worked** 11:21,24
  28:13,25
**working** 6:16
  19:17 28:8,9,11,23

29:4,6 41:12
  67:17
**worry** 11:12
**wrist** 37:9
**write** 10:2,3,4 52:5
**writing** 52:2
**wrong** 30:20,21

**x**

**x** 1:3,10 78:2,14

**y**

**y** 4:2
**yeah** 10:13 48:19
  73:15,24
**year** 6:20 7:3
  11:11 16:14
**years** 7:16,18
  52:20
**yelling** 30:15,23
  31:14 40:17 44:24
  45:8 47:24
**york** 1:2,20 2:6,6
  2:9,11,11 4:5,14
  11:23 44:14 79:4
  79:9 80:1

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.