# EXHIBIT P

1

1

2          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF NEW YORK
3          --------------------------------------
           NICOLE MORRISON, as Administrator
4          for the Estate of Roberto Grant,
           and NICOLE MORRISON, as Mother and
5          Legal Guardian for the Property of
           AG and SG, Decedent's Minor Children,
6
                        Plaintiffs,
7                                      Civil Action No.
             -against-                 17 Civ. 6779 (WHP)
8
           UNITED STATES OF AMERICA, FEDERAL
9          BUREAU OF PRISONS, CORRECTION OFFICER
           KERN, EXECUTIVE ASSISTANT LEE PLOURDE,
10         and JOHN AND JANE DOE(s) AGENTS,
           SERVANTS AND EMPLOYEES OF THE DEFENDANTS,
11
                        Defendants.
12         --------------------------------------

13                   DEPOSITION OF ZHONGXUE HUA, M.D., a

14         Witness herein, taken by Defendants, pursuant

15         to Notice, via Zoom, on Friday, March 26,

16         2021, at 1:00 p.m., before Monique Cabrera, a

17         Shorthand Reporter and notary public, within

18         and for the State of New York.

19

20

21

22

23

24

25

                      FREE STATE REPORTING, INC.
                   Court Reporting  Transcription
                      D.C. Area 301-261-1902
                     Balt. & Annap. 410-974-0947

2

```
 1

 2     A P P E A R A N C E S :

 3     UNITED STATES DEPARTMENT OF JUSTICE
       UNITED STATES ATTORNEY'S OFFICE
 4            Attorney for Defendants
       86 Chambers Street
 5     New York, New York 10007

 6     BY:  JENNIFER SIMON, AUSA

 7

 8     Law Office of ANDREW C. LAUFER, PLLC
              Attorney for Plaintiffs
 9     246 West 40th Street
       Suite 604
10     New York, New York 10018

11     BY:  ANDREW C. LAUFER, ESQ.
              alaufer@laufer.com
12

13                        * * *

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1

2

3          IT IS HEREBY STIPULATED AND AGREED

4     that all objections, except as to the form of

5     the questions, shall be reserved to the time

6     of the trial;

7          IT IS FURTHER STIPULATED AND AGREED

8     that the within examination may be subscribed

9     and sworn to before any notary public with the

10     same force and effect as though subscribed and

11     sworn to before this court.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

```
 1                    Dr. Hua

 2     Whereupon,

 3                    ZHONGXUE HUA,

 4     after having been first duly sworn by the

 5     Court Reporter, was examined and testified as

 6     follows:

 7              COURT REPORTER:  Can you please state

 8     your name and address for the record.

 9              THE WITNESS:  Zhongxue Hua; last name

10     H U A; first name Z H O N G X U E, 415 Main

11     Street, New York, New York 10044.

12     EXAMINATION

13     BY MS. SIMON:

14         Q.  Good afternoon, Dr. Hua, how are you?

15         A.  Good morning.

16         Q.  I am the AUSA assigned to this

17     matter.  I represent the United States.  I am

18     going to be asking you some questions today.

19     As you can see, we are doing this as a video

20     deposition, so if you could make sure to let

21     me finish asking questions before you answer

22     and I will do my best to wait until you finish

23     speaking before I ask the next question.

24         A.  Sure.

25         Q.  Thank you.
```

1                          Dr. Hua

2              And if you could also make sure all

3      of your answers are verbal, that will also be

4      helpful for the Court Reporter.

5              If I ask a question and you don't

6      understand, please let me know.  If you

7      answer, I will assume that you understand.

8      Okay?

9          A.  Sure.

10          Q.  Do you understand that you are

11      speaking under oath and are sworn to tell the

12      truth?

13          A.  Yes.

14          Q.  Is there any medication or any other

15      reason why you feel you cannot testify

16      truthfully today?

17          A.  No.

18          Q.  I would like to mark -- let me know

19      if I should e-mail it -- a copy of the

20      disclosure on his report.  Do you have that in

21      front of you or should we e-mail it?

22          A.  Yes, I have it in front of me.

23          MS. SIMON:  Off the record.

24              (Government Exhibit A was so

25              marked for identification as of this

6

1                     Dr. Hua

2          date.)

3          MS. SIMON:  Back on the record.

4     Q.  If you could turn to Exhibits B of

5     this document, please?

6          MR. LAUFER:  She is referring to your

7     report, Doctor.

8          THE WITNESS:  Okay.

9          MR. LAUFER:  He has his report in

10    front of him.  I don't know if he has the

11    plaintiffs' disclosure in front of him.

12         MS. SIMON:  Off the record again.

13         (Discussion held off the record.)

14         MS. SIMON:  Back on the record.

15    BY MS. SIMON:

16    Q.  Looking at what we have marked as

17    Exhibit A, if you could turn to Exhibit B in

18    that document.

19         MR. LAUFER:  The CV; right?

20         MS. SIMON:  Yes.

21    Q.  Do you recognize the document,

22    Dr. Hua?

23    A.  Yes.

24    Q.  What is it?

25    A.  It's a CV I submitted.

7

1                        Dr. Hua

2          Q.  And is it an accurate CV?

3          A.  To the best of my knowledge.

4          Q.  Is there any more current information

5     that is not included in this CV?

6          A.  Nothing on top of my head, no.

7          Q.  What professional licenses do you

8     currently hold?

9          A.  It's only medical license in New

10    York, New Jersey, Pennsylvania, Rhode Island

11    and Connecticut.  I am not sure I am renewing

12    the Connecticut license or not.  It hasn't

13    been used for a while.

14         Q.  Any other professional licenses?

15         A.  No.

16         Q.  Have any of these professional

17    licenses ever been suspended or revoked?

18         A.  No.

19         Q.  Are you board certified?

20         A.  Yes.

21         Q.  In what?

22         A.  I am in three different areas.  One

23    in anatomical pathology, forensic pathology

24    and neuro pathology.

25         Q.  What was the second one?

8

1                        Dr. Hua

2          A.  Forensic pathology.

3          Q.  And in those three subject matters,

4     do you focus on a subspecialty or not?

5          A.  Actually, forensic pathology -- both

6     forensic pathology and neuro pathology are

7     considered subspecialties.

8          Q.  Then, looking at the second page of

9     your CV, I see a list of publications?

10         A.  Yes.

11         Q.  Is that accurate and up to date?

12         A.  To the best of my knowledge, yes.

13         Q.  Are there any articles that you have

14    authored or co-authored that aren't on this

15    list?

16         A.  To the best of my knowledge, if I

17    remember I put it in, that's all I can say.

18         Q.  Are any of the articles or other

19    presentations in this list relevant to the

20    opinions that you are providing in this case?

21         A.  This case is about forensic

22    pathology.  Most articles are related to, the

23    presentation relates to forensic pathology

24    except several of them, I mean there are

25    several of them early on in my career that are

9

1                         Dr. Hua

2      dealing with anatomical pathology and forensic

3      pathology.

4          Q.  So it's your position that all of

5      them are relevant to your opinion in this

6      case?

7          A.  All of them are pathology related,

8      some of them are more focused forensic

9      pathology; some are purely anatomical

10     pathology.

11         Q.  My question is whether any of the

12     articles or publications are relevant to the

13     issues that are particular to Mr. Grant's

14     death, though; are any of them?

15         A.  If we're dealing with autopsy, which

16     ended overhead in pathology, I would think

17     most of them are relevant, just to the degree

18     of relevancy, small or bigger; that's the

19     argument that can be made.

20         Q.  Did you review any of these articles

21     or publications while you were preparing your

22     report in this case?

23         A.  Not to my knowledge or recollection.

24         Q.  Then looking at Exhibit C of this

25     document, do you recognize this list?

1                      Dr. Hua

2          A.  Yes.

3          Q.  What is it?

4          A.  It's a list I submitted in, it must

5     be early 2020, of the cases that I was

6     involved in either depositions or trials for

7     the more recent years.

8          Q.  Since you prepared this list, have

9     you testified at trial or in a deposition on

10    any case?

11         A.  Let me, since I am sitting in front

12    of the computer -- no -- oh, yes, there is one

13    deposition I made in September of 2020 in

14    Middletown, regarding a case in Middletown,

15    New York, New York State.  It's a video

16    deposition sometime in September 2020.

17         Q.  Any other recent cases that are on

18    this list?

19         A.  Not to my knowledge or recollection.

20         Q.  In your capacity as an expert in

21    these cases are you typically retained in

22    civil cases or criminal cases?

23         A.  Both.

24         Q.  And are you typically retained, your

25    civil cases, are you typically retained on

1                    Dr. Hua

2    behalf of plaintiffs or defendants?

3        A.  Both sides.

4        Q.  One more frequent than the other or

5    about equal?

6        A.  Not to my particular recollection;

7    it's similar.

8        Q.  You have been retained as an expert

9    by plaintiffs' counsel in this case; correct?

10       A.  Yes, in March of last year.

11       Q.  And in connection with that

12   retention, what services did you agree to

13   provide?

14       A.  I was asked to review sets of records

15   of opinion.  I reviewed, wrote my report,

16   submitted accordingly.

17       Q.  Is there a written agreement

18   regarding the services you are providing in

19   this case?

20       A.  I didn't hear you.

21       Q.  Was there a written agreement

22   regarding the services you're providing in

23   this case?

24       A.  Not on my side.  I did receive a

25   cover letter from Mr. Laufer's law firm.

```
 1                    Dr. Hua

 2        Q.  How much are you getting paid for

 3   those services in this case?

 4        A.  For the review and the report, a

 5   standard fee of $4,500.

 6        Q.  How much have you billed so far?

 7        A.  $4,500 plus the deposition, it's

 8   ongoing as of now.  It's a $3,500 flat fee.

 9        Q.  Are you entitled to any fees based on

10   the outcome of the case?

11        A.  No.

12             MS. SIMON:  Off the record.

13                 (Government Exhibit B was so

14                 marked for identification as of this

15                  date.)

16             MS. SIMON:  Back on the record.

17   BY MS. SIMON:

18        Q.  I am showing you what we have marked

19   as Government Exhibit B.  Do you recognize

20   this document?

21        A.  Except for the first two pages, yes.

22        Q.  Understood.

23             By the "first page" you are referring

24   to the cover letter?

25        A.  Yes.
```

13

1               Dr. Hua

2          Q.  The cover letter that's from my

3     office and the second page is the

4     certifications of business records; those two

5     pages you don't recognize; correct?

6          A.  First one definitely I do not

7     recognize.  The second one, I have no specific

8     recollection.

9          Q.  So then turning to the third page

10    that's titled "Report of Autopsy," do you

11    recognize that document?

12         A.  Yes.

13         Q.  And is this the autopsy record that

14    you reviewed in connection with this case?

15         A.  Yes.

16         Q.  Do you disagree with any of the

17    findings or conclusions of the medical

18    examiner, Jennifer Hammers, in this report?

19         A.  I agree with it.

20         Q.  Looking at the second page of the

21    autopsy report, Roman Numeral V; do you

22    disagree where it says "Hypertensive

23    Cardiovascular Disease"?

24         A.  Yes.

25         Q.  Are you familiar with that condition?

1                    Dr. Hua

2        A.  Yes.

3        Q.  What is it?

4        A.  It basically means someone's blood

5    pressure is high.

6        Q.  And with an individual who is alive,

7    what are the symptoms or signs of

8    hypersensitive cardiovascular disease?

9        A.  It really depends on whether you have

10   a slight, moderate, or severe hypertension.

11   In this case, under Dr. Hammers' report on

12   page number 8, there is microscopic

13   examination of the heart tissue, which

14   specifically indicated the slight changes.

15        So it's a disease Mr. Grant has.  The

16   question is whether he died of the disease or

17   died with the disease.

18        Q.  I don't think you answered my

19   question.

20        MS. SIMON:  Monique, do you mind just

21   reading it back?

22        (The last question was read by the

23   Reporter.)

24        A.  It depends on if you're dealing with

25   early-stage slight, middle-stage moderate or

```
 1                    Dr. Hua

 2    end-stage severe heart disease or

 3    hypertension.  It's a spectrum.  Early stage

 4    barely has much symptom at all.  Certainly,

 5    late stage is different.  In this case,

 6    according to Dr. Hammers' report, we're

 7    dealing with early stage of heart disease.

 8        Q.  Let's take those one at a time.  What

 9    are the symptoms you might see in an

10    individual who is alive with what you would

11    refer to as light hypertensive cardiovascular

12    disease?

13        A.  You can have no symptoms at all.  You

14    can have symptoms, just some mild chest

15    uncomfortableness, headache, very mild.  It

16    really depends on -- it's really misleading to

17    say what's a hypertension system.  What it

18    depends on is which stage of hypertension you

19    are dealing.  I have hypertension and I don't

20    have any symptoms.

21        Q.  In an individual who has the slight

22    version of this disease, other than chest pain

23    or headache, what other symptoms might they

24    show?

25        A.  Slight usually do not even have chest
```

1                    Dr. Hua

2      pains.  In this case, microscopic.  There was

3      no evidence of a heart attack.

4         Q.  If an individual with a slight

5      version of this disease is showing symptoms,

6      what symptoms might they show other than -- we

7      are speaking now about an individual who has a

8      slight, to use your term, a slight version of

9      this disease and you have mentioned that an

10     individual can have no symptoms or an

11     individual might have other symptoms, and you

12     have mentioned central chest pain, potentially

13     a headache.

14         My question is:  In an individual

15     with a slight hypertensive cardiovascular

16     disease, what symptoms might they show?

17         MR. LAUFER:  Objection.  I think he

18     said that already.  I will allow him to

19     answer.

20         A.  I think you're misquoting.  Slight

21     disease usually does not have symptoms.  Also,

22     it depends on whether one is treated for

23     hypertension or not.  If you're treated,

24     control your blood pressure, you certainly do

25     not have blood-pressure related symptoms.

17

```
 1                    Dr. Hua
 2         Q.  Do I understand you correctly, that
 3    an individual with slight hypertensive
 4    cardiovascular disease typically shows no
 5    symptoms?  I want to make sure I understood
 6    you, that's all.
 7         A.  No symptoms or nearly no symptom.
 8         Q.  Thank you.
 9         A.  Another way to say it:  It's
10    irrelevant to his or her cause of death.  It's
11    a disease.  You live with it, you die with it,
12    as compared to die of your slight
13    hypertension.
14         Q.  In an individual with moderate
15    hypertensive cardiovascular disease, what
16    symptoms would such an individual show?
17         A.  It really depends.  "Moderate" means
18    blood pressure goes to a certain threshold.
19    Which is followed by the next question:  Was
20    someone being treated, either treated with
21    medication or diet controlled, exercise to
22    cure your symptoms.  It really depends on the
23    actual measurement of the blood pressure,
24    whether it has other conditions interfering
25    that cause more hypertension or not.
```

1                   Dr. Hua

2        Q.  In an individual with moderate

3   hypertensive cardiovascular disease, who is

4   not being treated for that disease, what

5   symptoms might they show?

6        A.  It really depends on what your

7   definition of "moderate hypertension" is.  If

8   you can give me a blood-pressure number,

9   symptoms, and I would answer accordingly.

10       Q.  I am using your term, "slight,

11   moderate and severe."  What did you mean by

12   moderate hypertensive cardiovascular disease?

13       A.  I would say "moderate" is someone who

14   needs a medical intervention.  "Slight" is a

15   lower degree.  You can use non-medical to

16   control your blood pressure or with minimum

17   medical intervention, as compared to people

18   with "severe," who are constantly adjusting

19   medication, constant measurement, under

20   doctor's care to control your disease.

21            Hypertension can cause damage to your

22   organs, whether you have any organ damage,

23   specifically heart damage, and brain damage

24   and kidney damage and a heart attack and a

25   stroke.

1                       Dr. Hua

2          Q.  Using your definition of a moderate

3     hypertensive cardiovascular disease, what are

4     the symptoms an individual might show with

5     that condition?

6          A.  When blood pressure is high enough --

7          Q.  Untreated, I should say.

8          A.  When blood pressure is high enough,

9     untreated by a physician and adjusted by his

10    or her own lifestyle, which certainly would

11    present a problem, you would expect

12    significant enlargement, progressing

13    enlargement of the heart.

14          You would expect heart muscle, as

15    microscopic changes and with ischemia changes

16    and with small scar formation in the heart

17    muscle and a stroke -- some can be very small

18    -- and whoever has the disease is probably not

19    even aware of it.  Certainly in this case, the

20    autopsy performed or if you're alive the

21    radiologist's scan performed, you could

22    certainly have a better sense of any end-organ

23    damage, specifically heart, brain and kidneys.

24          Q.  Any other symptoms an individual

25    might show with -- I am talking about an

1                      Dr. Hua

2     individual who is alive, by the way -- any

3     other symptoms that an individual with

4     moderate hypertensive cardiovascular disease

5     might show?

6          A.   Treated or untreated?

7          Q.   Untreated.

8          A.   How many years you have this disease.

9     Organ damage will never recover by itself.

10    Early stage certainly do not have organ

11    damage, it's still a recoverable, reversible

12    process, as compared to end stage, end stage

13    of the moderate-type of hypertension where

14    they already have end-organ damage.

15          If a stroke happens, it's a stroke.

16    If heart has lack of oxygen, lack of blood

17    supply, has ischemia or myocardial infarction,

18    has kidney damage.  It depends on at which

19    stage it's really.

20          I mean, really, not only the

21    severeness of the blood-pressure measurement,

22    also what's the duration of this kind of high

23    blood pressure being in this particular

24    person.

25          Q.   If I understand you correctly, you

```
 1                    Dr. Hua

 2    are saying it depends on whether they are in

 3    the early stages of the disease or whether

 4    they have had it for a time; correct?

 5         A.  The duration of -- I mean, slight or

 6    moderate depends on what's the pressure

 7    measurement and, also, depends how many years

 8    you have had this disease.  If there's been

 9    any medically intervention or not.

10            Any medical intervention basically is

11    to lower your blood pressure based on to

12    prolong the lifespan.  I mean, no one is

13    killed with the disease after the age of 100.

14         Q.  Well, what blood-pressure measurement

15    do you consider to be moderate hypertensive

16    cardiovascular disease?

17            MR. LAUFER:  Objection.

18            You can answer, Doc.

19         A.  It's evolved over the years.

20            When I was in medical school 25, 30

21    years ago, the blood pressure now more is 140

22    to 90.  Over the years it's become 130 to 90.

23    Right now it's really become 120 to 80.

24            It's an evolving concept and really

25    based on the doctors, scientists understanding
```

1                      Dr. Hua

2      of what's the end-organ damage, how to reverse

3      the process, whether it contributes to your

4      blood pressure, cannot reverse, slow down the

5      progression of your hypertension or not.

6           It's a complex process.  I do not

7      really have a one-sentence answer, if that's

8      what you are looking for.

9           Q.  Other than organ damage in an

10     individual with moderate hypertensive

11     cardiovascular disease, what symptoms might

12     they show though if left --

13           A.  People can get untreated, not taking

14     care of themselves, using drugs, using

15     alcohol, heavily smoking at the same time.  It

16     certainly will precipitate the disease process

17     much quicker and symptom wise.  You would

18     except people would have early symptoms of

19     lack of blood supply to your heart.  You

20     develop arrhythmia, which is abnormal blood

21     rhythm.  You can have kidney damage to a

22     certain degree.

23           It really depends how old are you;

24     how many decades you have the disease; you can

25     have a stroke of various size and shape and,

```
 1                    Dr. Hua
 2      again, it depends on which kind of degree of
 3      hypertension you have and how many years, how
 4      many decades you have.
 5          Q.  Any other symptoms that an individual
 6      might have with moderate hypertensive
 7      cardiovascular disease left untreated than the
 8      ones you have already mentioned?
 9          A.  People can have damage to the brain,
10      damage to the heart, damage to the kidney.
11      Damage to the kidney has sets of kidney --
12      damage of brain has sets of brainwave
13      symptoms.  Damage of heart can have a set of
14      heart-related symptoms.
15          Q.  Any other symptoms?
16          A.  If under doctor's observation,
17      certainly you have a better chance to observe
18      and control and manage your symptoms.
19          Q.  That's not my question.  My question
20      is:  Other than the symptoms you have already
21      mentioned, are there any other symptoms an
22      individual with --
23          A.  Certainly have miscellaneous --
24              MR. LAUFER:  It's okay, Doctor, but
25      let counsel finish her question first, then
```

1                    Dr. Hua

2    begin your response.  Because you are going to

3    drive the Court Reporter nuts.

4         MS. SIMON:  Let me ask the whole

5    question on the record.

6         Q.  My question is:  Other than the

7    symptoms you have already mentioned, are there

8    any other symptoms an individual with moderate

9    hypertensive cardiovascular disease might show

10   if the diseased is left untreated, other than

11   the symptoms you have already mentioned?

12        A.  I would generally describe as --

13   untreated hypertension really depends how long

14   the duration you have this kind of moderate

15   hypertension.

16            In terms of symptoms, you would

17   expect three sets of symptoms:  One related to

18   the brain, one related to the heart, and one

19   related to the kidney.

20        MR. LAUFER:  So aside from what you

21   already said, I think what counsel is looking

22   for, are there any other things --

23        MS. SIMON:  That's all right.

24        THE WITNESS:  That's three major

25   things on top of my head.

1                    Dr. Hua

2          Q.  In your practice as a medical

3     examiner, have you examined individuals who

4     have died of hypertensive cardiovascular

5     disease?

6          A.  Yes.

7          Q.  In those cases, what was the basis of

8     your conclusion that an individual died of

9     that disease?

10         A.  It would be a biased population.  As

11    a medical examiner we are dealing with people

12    who die of hypertensive or die for some other

13    reasons unrelated to hypertension.  I am not

14    sure of exactly the question you are asking.

15         MS. SIMON:  Can you please read back

16    the question, Monique?

17         (Last question read by the Reporter.)

18         A.  Individual died of hypertension:  By

19    definition you have the people who have severe

20    hypertension, untreated hypertension, mainly

21    dealing with people with hypertension for

22    prolonged period of times, mainly has end-

23    organ damage.  It's not hypertension itself,

24    it's the brain damage; it's heart-related

25    damage; it's kidney-related damage.

1                    Dr. Hua

2            Again, in heart-related damage it

3    involves vascular rupture.  Yes, that's pretty

4    much it.

5        Q.  Is enlargement of the heart a

6    possible indication that someone died of

7    hypertensive cardiovascular disease?

8        A.  It's the degree of the enlargement of

9    heart.  Enlargement of heart will suggest

10   someone has hypertension or other reasons has

11   -- other reasons causing it, not

12   hypertension-related enlarged heart.

13            It's the degree of enlargement.  It's

14   the measurement of the enlargement.  More

15   importantly, it's the microscopic section

16   which enlarged the heart tissue but by several

17   hundred fold; see, any previous evidence of

18   lack of blood-pressure supply and previous

19   scar formation are due to heart attack which

20   was not in this case.

21            MS. SIMON:  Monique, could you read

22   my question back.

23            (Last question read by the Reporter.)

24       A.  An enlarged heart just suggests

25   someone could have hypertension, which has no

1                    Dr. Hua

2     direct or close correlation regarding someone

3     who dies of hypertension.  That's an entirely

4     different issue.  It's one thing if you have

5     the disease, die with the disease or if you

6     die of the disease.

7          Q.  I am trying to figure out a way to

8     understand your views of what an individual

9     who has died of this disease might show in an

10    autopsy.  It would really help if you could

11    just answer the questions I am asking.

12         A.  I am --

13         Q.  Let me finish please.

14             I am not trying to accomplish

15    anything else except to understand your

16    opinions on a particular issue.  So if you

17    could, number one, just answer the question I

18    am posing; and number two, make sure I finish

19    my question.  I think this will go a lot

20    faster.  Let me ask again.

21             MR. LAUFER:  One thing is that

22    sometimes at the end of your questions,

23    counsel, you pause a little bit, which I think

24    leaves an opening for him to start answering.

25    If you can just try not to pause, that might

```
 1                    Dr. Hua

 2    help.

 3        Q.  Again, if we could make sure I have

 4    stopped talking before you answer, Dr. Hua.  I

 5    think there have been several times where you

 6    started talking in the middle of a sentence.

 7    If we could just do that this would all go a

 8    lot faster and please, again, just answer the

 9    question I am asking and it will be a bit

10    easier on all of us.

11          You have mentioned that you have, in

12    your practice as a medical examiner, certified

13    for individuals who have died of hypertensive

14    cardiovascular disease; correct?

15        A.  Yes.  It's a diagnosis exclusion.

16        Q.  Did you say a "diagnosis exclusion"?

17        A.  No other disease, no other overriding

18    disease, no other trauma, no other

19    intoxication, because hypertension by

20    definition is a natural disease.

21          As a forensic pathologist in this

22    country, probably in most countries as well,

23    we define a natural disease as exclusively

24    natural, not 50 percent, not 70, not 80

25    percent.  If you can rule out other elements
```

1                    Dr. Hua

2        you can call someone died of natural diseases;

3        otherwise you would not call someone died of

4        natural diseases; it has to be exclusively

5        natural.

6                Check fourth edition of Spitz &

7        Fisher's book, page 436.

8            Q.  In those cases where you certified an

9        individual as having died of hypertensive

10       cardiovascular disease, what were your

11       findings based on?

12           A.  I have to base on there is no other?

13       sets of conditions.  No trauma, no cocaine

14       intoxication, no drug intoxication, no other

15       overriding diseases.  It's a medical decision

16       based on the actual autopsy toxicology

17       examination.  It's not something you pull out

18       from your rear back-pocket diagnosis.  It only

19       works if you rule on other sets of

20       information; if you rule on other non- natural

21       condition which could contribute to their

22       death.

23                If you attribute someone died of

24       hypertension, which by definition is natural

25       disease, therefore, you have to make sure

1                        Dr. Hua

2       there is no other conditions.  Therefore, the

3       question really I am dealing with is whether

4       someone actually died of heart disease or just

5       simply died with hypertension.

6           Q.  So you're saying that if you ruled

7       out all other causes of death, that's how you

8       determine someone died of hypertension

9       cardiovascular disease?

10          A.  Rule out all of the non-natural

11      causes of death.  If someone died of

12      hypertension, by definition it's a natural

13      disease.  Before you assign someone died of

14      natural disease, you have to make sure of no

15      other overriding conditions.

16          Q.  Is there anything else you look to?

17      to determine whether or not someone died of

18      hypertensive cardiovascular disease?

19          A.  Sure.

20              We do a common thing called a

21      microscopic examination.  Instead of at day

22      one of the autopsy look at heart, weigh it,

23      measure it based on your naked eye, we examine

24      the tissue enlarged by several hundred fold,

25      just like Dr. Hammers did in this case.

1                     Dr. Hua

2        Microscopic section of the heart would be

3        examined, to see any evidence of old lesion of

4        the heart.  Also, it will give you a better

5        sense of how severe the hypertension is.

6        Measured, the weight itself, it's useful, but

7        can be misleading.

8            Q.  Other than a microscopic examination

9        of the heart and the weight of the heart, is

10       there any other aspect of the body you would

11       examine to determine whether or not someone

12       died of hypertensive cardiovascular disease?

13           A.  We mainly look for three of the end

14       organs:  Heart, brain, kidney.  Is there any

15       significant diseases, any previous heart

16       attack, any previous changes can be attributed

17       to hypertensive or not.  Also, the age of the

18       patient.  Make sure no injury, no

19       intoxication, that's -- it's supposed to be an

20       absolutely natural component before you assign

21       that someone died of hypertension.

22               Also, ideally, you would expect if

23       someone has severe hypertension instead of

24       slight hypertension, just like in this case,

25       page number 6 showed microscopically.  Heart

1                    Dr. Hua

2    muscle actually shows slight, S L I G H T,

3    myocardial hypertrophy.  It says:  No evidence

4    of old infraction or a lack of blood supply.

5        Q.  Again, I just want to reiterate.

6    Please just answer the question.  We are not

7    looking at Mr. Grant's autopsy specifically.

8    I am just trying to ask you, in your

9    experience as a medical examiner, the

10   particular findings in an autopsy that might

11   lead you to conclude someone died of

12   hypertensive cardiovascular disease.  That's

13   it.

14            Other than the ones you have

15   mentioned, are there any other --

16       A.  I think I really answered the

17   question previously.  Let me just simply

18   recap.

19            If you try to assign someone died of

20   hypertensive, a natural disease, you first

21   have to rule out the unnatural aspect.

22   Specifically, nothing trauma, nothing

23   significant intoxication.

24            Second, dealing with hypertension,

25   make sure no other disease can cause the

1                     Dr. Hua

2        patient to die.

3              Third, you want to know how long the

4        hypertensive is.  Is there any actual

5        significant and organ damage?  You cannot

6        really, based on the examination of the heart

7        brain and kidney grossly, you need to look

8        under the microscope.  In this case it was

9        done.

10             Q.  Thickening of the walls of the heart,

11       is that someone who could have died of

12       hypertensive cardiovascular disease?

13             A.  Thickening of the wall can be due to

14       hypertension or sets of other natural diseases

15       or drug intoxication or other sets of

16       conditions.  Thickening of the wall just means

17       you potentially, among others, could have

18       hypertension.  With the hypertension does not

19       mean died of hypertension, you can simply die

20       with hypertension.

21             Q.  I am going to mispronounce this one,

22       but "arterial nephrosclerosis," are you

23       familiar with that term?

24             A.  Yes.

25             Q.  What is that?

1                   Dr. Hua

2        A.  It's small vessel changes in your

3    kidney.  It can, due to hypertension, can

4    cause small-vessel changes in your kidney and

5    eventually cause your kidneys to dysfunction.

6            People who have hypertension can

7    eventually develop a kidney failure and kidney

8    dysfunction, just like eventually, long enough

9    with hypertension, you can develop heart

10   failure, also not relevant in this case.  You

11   do not have heart failure, you do not have

12   kidney failure.

13       Q.  What is "myocyte hypertrophy," are

14   you familiar with that term?

15       A.  It means that the heart is made of

16   heart muscle.  Heart muscle, medical term

17   called a myocyte.  Here we have a slight not

18   moderate, certainly not significant or

19   moderate hypotrophy.  Slight hypotrophy,

20   slight increase of the size, which information

21   you can only derive under a microscopic

22   examination.  There's no evidence of ischemia

23   or a heart attack.

24       Q.  Is mild or slight hypertrophy an

25   indication that an individual could have

1                    Dr. Hua

2    hypertensive cardiovascular disease?

3        A.  It depends on the degree.  It depends

4    on there's no other conditions can cause

5    myocardia hypertrophy.  Then we can say

6    someone potentially has hypertension.  Still

7    the question:  Did he die with the

8    hypertension or died of hypertension.

9        Q.  Looking at second page of the autopsy

10   report, see Roman Numeral V, do you disagree

11   with the medical examiner's conclusion that

12   Mr. Grant has hypertensive cardiovascular

13   disease?

14       A.  I agree with Dr. Hammers' diagnosis.

15       Q.  Do you agree with that Mr. Grant

16   evidenced Cardiac hypertrophy?

17       A.  Slight hypertrophy.  That is not on

18   page number 2, it's actually on page number 8.

19       Q.  My question is just:  Do you disagree

20   with Ms. Hammers' findings that Mr. Grant's

21   body demonstrated cardiac hypertrophy?

22          MR. LAUFER:  Objection.  I think he

23   answered the question, counsel.

24          You can answer it again, Doctor.

25       A.  I am in complete agreement, but I

1                    Dr. Hua

2      would add one more thing to be more precise,

3      it's slight, S L I G H T, of his heart,

4      myocyte hypertrophy, not moderate not severe,

5      not of his old heart attack.

6          Q.  Do you disagree, again, looking at

7      page 2, do you disagree with Ms. Hammers'

8      conclusion that Mr. Grant's body demonstrated

9      concentric left ventricular hypertrophy?

10         A.  Certainly I'm in agreement there is

11     nothing I would disagree with.

12         Q.  Do you disagree with Ms. Hammers'

13     conclusion that Mr. Grant's body demonstrated

14     moderate arterial lobes nephrosclerosis?

15         A.  I would take her word.  There is

16     nothing to disagree about.

17             I also agree Dr. Hammers' diagnosis,

18     he did not die of hypertension.

19             MR. LAUFER:  Doctor, just wait for

20     counsel to ask a question.  I appreciate that

21     answer, but nonetheless, let's just wait for

22     counsel to ask.

23         Q.  Dr. Hua, do you agree with Ms.

24     Hammers' conclusions on the cause of death in

25     Mr. Grant's case?

1                         Dr. Hua

2          A.  I disagree.

3          Q.  Do you know whether CPU was conducted

4     on Mr. Grant before he died?

5          A.  Yes, in the jail as well as

6     subsequently in the hospital.

7          Q.  Was he intubated in both locations?

8          A.  I note, my recollection is he was

9     intubated, yes.

10         Q.  What does it mean when an individual

11    is intubated?

12         A.  When you're not breathing, just like

13    in Mr. Grant's case, you lack of oxygen.  One

14    way to revive you or at least attempt one way

15    to revive you is to make sure you can receive

16    oxygen.  Since you are not breathing by

17    yourself, that's medically we stick a tube in

18    your airway to help you breath, to pump the

19    oxygen in to make sure that you can receive

20    oxygen, sometimes successfully, lots of times

21    unsuccessfully.

22         Q.  What is the diameter of that tube?

23         A.  I do not recall exactly.  It really

24    depends on -- I do not have the photograph in

25    front of me.  I do not know exactly which kind

```
 1                    Dr. Hua
 2    of tube people used in this case.  It's
 3    roughly around one centimeter, slightly above
 4    one centimeter in diameter.  It can be hard
 5    plastic, it can be soft plastic.  It really
 6    depends on whatever you have at the time.
 7        Q.  Do you know whether hard plastic or
 8    soft plastic was used here?
 9        A.  I do not know specifically.  My
10    presumption was, most adult populations would
11    use hard plastic.
12        Q.  In your practice as a medical
13    examiner, have you examined individuals who
14    were intubated before they died?
15        A.  Multiple times.  Most people will
16    have a certain degree of resuscitation one way
17    or another.  The first step is always the
18    airway intubation.
19        Q.  And can intubation cause hemorrhages,
20    trauma, or other injuries to the body?
21        A.  It could.  The real question is how
22    much trauma?  Yes, it could.  To what degree
23    of trauma, that's the actual content of this
24    case.
25        Q.  What types of injuries could
```

1                    Dr. Hua

2    intubation cause?

3        A.  If you are done properly, you will

4    not cause much injury.  If you are done

5    improperly, you will cause lots of damage.

6    You can cause perforation.  There are lots of

7    things that you can talk about here.

8        Q.  When you say "perforation,"

9    perforation of what?

10       A.  The tube can be perforated to

11   different area.  Instead of airway it can go

12   to a different area of the organ and cause

13   major blood-vessel damage.  It really depends

14   on -- if it's done by EMS or professional

15   people who have enough training or not.

16       Q.  What other injuries can intubation

17   cause in this case?

18       A.  Is it depends on how you treat it,

19   proper or improperly.

20       Q.  If done improperly what injuries can

21   it cause?

22       A.  Improperly you can, instead of

23   resuscitation of the airway, you can touch a

24   different portion, a necessary portion of the

25   body which can cause injuries.  It really

1                          Dr. Hua

2        depends on where it was performed; done by

3        professional people, people with training or

4        not.

5                As I mentioned, it can cause

6        perforation.  Obviously, we do not have

7        perforation here.

8            Q.  Other than perforation, what types of

9        injuries can intubation cause if not properly

10       performed?

11           A.  Intubation alone, you could cause

12       tissue damage, wherever the tube is inserted

13       into.  Sometimes people insert tubes properly

14       in the airway, can cause the mucosa in the

15       lining of the airway damage.

16                Sometimes can perform inserted

17       instead of your airway it goes to your food

18       part, the esophagus area.  It really depends

19       on who did it, what's the experience, whoever

20       is doing it.  Even experienced people can make

21       mistakes, but fortunately nothing significant

22       in this case.  Airway was properly placed.

23       There is no perforation.

24           Q.  You said that an intubation can cause

25       tissue damage; where might that tissue damage

1                    Dr. Hua

2    occur?

3         A.  It depends on where the tube goes.

4    If it goes to the airway, as I indicated

5    before, it can cause the airway mucosa damage.

6    If it goes to the wrong place, into your food

7    pipe instead or your airway, esophagus, I

8    mean, first you do not receive oxygen, that's

9    a big damage.  Second, it's not the purpose of

10   the intubation.

11        Q.  Maybe this is another way to approach

12   it:  When someone is intubated and the tube is

13   properly put in the airway, can you walk me

14   through all of the tissues that that tube

15   would come into contact with?

16        A.  You mean gently, professionally,

17   adequately placed or roughly, inadequately

18   performed intubation inside the airway?  I am

19   not sure what you are actually referring to

20   here.

21        Q.  Let's take them one at a time.  If

22   it's properly done, what tissue might the tube

23   come in contact with?

24        A.  It goes through all the way, from

25   upper it goes down.  It can be rubbing the

1                        Dr. Hua

2       lips.  Can cause gum damage.  Sometimes

3       people, from the plastic, cause the teeth

4       damage or mucosa.

5            Backwards a little bit, downward a

6       little bit, you have the stroke area,

7       different kinds of mucosa.  It really depends

8       on the tip of the tube, where they bump into,

9       and even if properly goes down, you can,

10      inside the airway can cause rubbing against

11      the side of the mucosa.  The inner surface of

12      the trachea can get damaged to a certain

13      degree.

14           If you're further down, sometimes it

15      can improperly go too deep, can cause the main

16      bronchi damage.  It really depends on each

17      individual case, whether it's placed properly,

18      professionally or not.

19           All the way down from the start, the

20      tip of your lip all the way down where's the

21      tip of the distal end of the endotracheal tube

22      or worse, along its way there is a potential

23      damage of anything along its way, yes.

24      Q.  Does that include the trachea?

25      A.  It should be in the trachea.  You

1                    Dr. Hua

2    would expect it to have some degree of damage

3    in the inner lining inside of the trachea.  If

4    you go outside, then it's a perforation,

5    that's a different story.  I would no longer

6    characterize it as a properly and

7    professionally placed airway.

8        Q.  Let's take those scenarios one at a

9    time.  If the intubation tube is properly

10   placed, can you see hemorrhaging in the

11   trachea?

12       A.  Yes.

13       Q.  If the intubation tube is improperly

14   placed, can you see hemorrhaging in the

15   trachea?

16       A.  If properly placed, you would expect

17   a certain degree, usually a moderate degree of

18   the airway mucosa damage.

19          Improperly placed really depends on

20   what improper is.  If improper was not even in

21   the airway, certainly you will not have airway

22   damage.  If you're in the airway and pushing

23   too hard, too rough, then you would expect

24   some damage.  It also depends on how much

25   force you're doing it.  If you are knowingly

44

1                    Dr. Hua

2     doing it or unknowingly doing it, sometimes it

3     can be perforated.

4          Q.  Looking on the first page of the

5     autopsy again, the first Roman numeral, Roman

6     Numeral Number I contains a list of blunt-

7     force trauma.  Do you see that?

8          A.  "Blunt-force trauma, head, neck torso

9     and extremities"?

10             Yes.

11         Q.  Do you see under that, it's number E,

12     as in Edward, it says "Contusion, right lower

13     lip"?

14         A.  Yes.

15         Q.  Is that an injury that could occur

16     with the placement of an intubation tube?

17         A.  It's a common side effect of

18     intubation.

19         Q.  And F, where it says "Excoriations,

20     oral mucosa of the lips."  Is that an injury

21     that could occur as the result of an

22     intubation tube?

23         A.  It's fairly common and insignificant

24     in a way.

25         Q.  What about G, "Neck muscle and

1                        Dr. Hua

2      soft-tissue hemorrhages, multiple bilateral,"

3      are those injuries that could result from the

4      placement of an intubation tube?

5          A.  You can have injury to a certain

6      degree.  The question is multiple, that's

7      troublesome, especially in conjunction with

8      other autopsy findings listed A and all the

9      way down.

10         Q.  The injuries listed under G, my

11     question is simply whether those injuries

12     could occur as a result of the placement of an

13     intubation tube?

14         A.  Injury could occur.  The question is

15     the key words "multiple" and "bilateral," to

16     what degree?  I mean, no one won't consider

17     evaluating anything in a vacuum.  In the

18     context of this case, another way to say in

19     the context of other findings of this case, is

20     all injury due to intubation?  My answer is

21     "no."

22         Q.  I don't think you are quite answering

23     my question.

24             MR. LAUFER:  I believe he did,

25     counsel, but you can go a bit further.  That's

1                    Dr. Hua

2       fine.

3            Q.  Let me try it a different way.

4                In cases where you have examined a

5       body, not this one, in cases where you have

6       examined a body, an individual for whom CPR

7       was performed who was intubated before their

8       death, would you have ever observed in those

9       cases neck muscle and soft-tissue hemorrhages?

10           A.  Yes.

11           Q.  And in the event that the CPR was not

12      done well, that it was not done properly, is

13      it possible that those hemorrhages could be

14      multiple and bilateral?

15               MR. LAUFER:  Objection.

16               You can answer.

17           A.  Everything is possible.  Just, I

18      mean, it's possible, yes.  The question is, is

19      it probable in the context of the totality of

20      this case?

21           Q.  Under H it says, "Tracheal ring

22      hemorrhage large."  Is that an injury that

23      someone could suffer as a result of

24      intubation?

25           A.  If done improperly, yes.

47

1                    Dr. Hua

2       Q.  Looking at I, it says, peri-carotid

3    artery hemorrhages, bilateral," is that an

4    injury that could occur as the result of the

5    placement of an intubation tube?

6       A.  Unlikely, due to intubation, going in

7    the context of this case.

8       Q.  What are peri-carotid artery

9    hemorrhages?

10      A.  Both side of the neck, right and

11   left, away from your airway, windpipe, there

12   is a vessel, artery called the carotid artery,

13   and tissue nearby has hemorrhaged.  In this

14   case there was no neck line, intravascular

15   line placed.  The presence of bilateral

16   hemorrhage, the only large answer is some

17   force being applied on the outside of the neck

18   caused the corresponding hemorrhage.

19      Q.  J, looking at the same list, it says

20   "Hemorrhage of the tongue."  Is that an injury

21   that could be caused by the placement of an

22   intubation tube?

23      A.  It's very commonly associated.

24   Again, just like it can be due to the tube or

25   due to things other than the tube, I would

48

1                     Dr. Hua

2     never put much premium on the tongue injury

3     alone.

4         Q.   Looking at number, in this list, the

5     one that says, "Petechial hemorrhages of the

6     eyes.   Periorbital soft tissue and muscle,

7     oral mucosa, posterior oropharynx, base of

8     tongue, trachea, esophagus and temporalis

9     muscles."

10              What are petechial hemorrhages?

11        A.   It's a small vessel rupture, caused a

12    pinpointed brain bleeding in a corresponding

13    area.   In this case, we not only have -- in A

14    was described "petechial."   The exact word Dr.

15    Hammers uses is called "abundant," A B U N D A

16    N T, on the bottom of Page 4.   In this case I

17    specifically do a rough count of how many

18    petechial hemorrhages.   My counting stopped at

19    50.   There was no point to further count.

20    It's not like I cannot do it, it's just that I

21    refuse to waste my time here.

22              MS. SIMON:   We are going to take a

23    ten-minute break.   Off the record.

24              (Whereupon, a recess was taken.)

25              MS. SIMON:   Let's go back on the

49

1                        Dr. Hua

2        record.

3        BY MS. SIMON:

4            Q.   Dr. Hua, you said that petechial

5        hemorrhages are pinpoint hemorrhages caused by

6        the ruptured vessels.  Do I understand that

7        correctly?

8            A.   Rupture of the small vessels.

9            Q.   And I will ask again and, again,

10       please just answer the question:  What can

11       cause petechial hemorrhages?

12           A.   Any reason can potentially cause the

13       inside of the vessel, the pressure increased,

14       put through a certain threshold will cause the

15       petechiae.

16           Q.   Can CPR and intubation cause

17       petechial hemorrhages?

18           A.   Improperly, yes.  Even a properly

19       performed can cause slight amount of petechial

20       hemorrhage.  It's not abundant or not, not in

21       the context of this case.

22           Q.   Can improperly done CPR and

23       intubation cause abundant petechial

24       hemorrhages?

25           A.   In the context of this case, the

1                        Dr. Hua

2       answer is no.

3            Q.  Why is that?

4            A.  Because there are other associated

5       findings; extensive amount of hemorrhage in

6       the neck, front and back, right and left,

7       upper middle and lower portion of the neck,

8       which all associated with the other finding is

9       petechial hemorrhage, as well as big patches

10      of hemorrhage on both sides of the eyes.

11           Q.  That's not my question.  My question

12      is:  Can improperly done CPR cause abundant

13      petechial hemorrhages?

14           A.  It's a misleading, yes.  Yes, it can

15      cause it, but not in the context of this case.

16      With "abundant," it's a misleading, yes?

17           Q.  I am not asking about another case.

18      I am asking in general:  Can CPR and

19      intubation improperly performed cause abundant

20      petechial hemorrhages?

21           A.  Extremely unlikely, unless -- can you

22      define how unprofessional the CPC was

23      performed?  If you can define that, I will

24      probably give you a better answer.

25           Q.  How can improperly done CPR or

1                        Dr. Hua

2       intubation cause petechial hemorrhages?

3           A.  It's not intubation.  It's mainly

4       because the chest compression can cause

5       petechial hemorrhages to a certain degree.

6       It's just compression and the manipulation can

7       cause the intravascular pressure increase, can

8       cause some vessel rupture, but not to abundant

9       degree, especially in the context of this

10      case.

11          Q.  What degree of chest compression

12      would be required to cause abundant petechial

13      hemorrhages?

14          A.  Only if they're done properly or not.

15      I mean, we're dealing with petechial

16      hemorrhage, petechial hemorrhage alone.

17      Improperly performed over compression of chest

18      can certainly cause petechial hemorrhage, but

19      should not cause neck muscle hemorrhage.

20              I mean, no one is dealing with things

21      in a vacuum and one piece of evidence.  It's

22      in the context of this case, that's what I am

23      looking at.

24          Q.  Again, I just ask that you answer the

25      question.  I am not asking about the context

1                    Dr. Hua

2    of this case, I am asking you specifically

3    what degree of chest compressions can cause

4    abundant petechial hemorrhages?

5        A.  If they're done professionally, it

6    should not have abundant.  There is no -- I

7    mean the sky is the only limit of

8    unprofessionally, improper chest compression

9    which can cause petechial hemorrhages of

10   various degrees, but again, look at the

11   context of this case.  Otherwise you get a

12   misleading "yes."

13       Q.  I am not asking about this case, I am

14   asking in general:  What degree of chest

15   compressions can cause abundant petechial

16   hemorrhaging?

17            MR. LAUFER:  Objection.  You can

18   answer.

19       A.  If they're done improperly for a

20   longer period of time, you could cause

21   significant amount of petechial hemorrhage.

22   If you can define what "significant," what

23   "abundant" is, I mean probably Dr. Hammers is

24   the better one to define.  She is the one who

25   used the word "abundant."  The way I look is

53

1                          Dr. Hua

2       more than 50.  I don't know if that's your

3       definition of "abundant."

4            Q.  Looking at B in this list, where it

5       says, "Blotchy sclera hemorrhages bilateral,"

6       what does that mean?

7            A.  It's instead of pinpointed small

8       vessel hemorrhage, as in the background of one

9       dot, here with a big patch just like the

10      autopsy picture demonstrating this picture --

11      both sides, the large patches instead of

12      pinpointed breathing spot.

13           Q.  Can chest compressions or other

14      aspects of CPR cause this sort of hemorrhage?

15           A.  It depends on how much.  It depends

16      on how chest compressions were performed.

17      It's potentially, yes.

18           Q.  Looking at C, "Subcutaneous

19      emphysema, eye lids and periorbital tissues,"

20      what does that mean?

21           A.  It means air accumulation in the soft

22      tissues, which is more related to the

23      intubation.  Was it done properly, over or

24      under pressure of the outside air, that's why

25      you have emphysema.  It's the air being

1                         Dr. Hua

2       accumulated inside the soft tissue.

3               MS. SIMON:  Could you read that last

4       answer back.

5               (Last answer read by the Reporter.)

6          Q.  I am going to break that down a

7       little bit because I am not sure I understood

8       your answer.

9               So just to make sure I understand

10      what you are saying, "subcutaneous emphysema"

11      is air accumulation under the skin; correct?

12         A.  Yes, that's the definition of

13      emphysema.  It's air being accumulated in

14      somewhere, here the subcutaneous, in the soft

15      tissue underneath the skin.

16         Q.  And eye lids, that term fortunately I

17      do know, but "periorbital tissues" means

18      around the eyes; right?

19         A.  Yes.

20         Q.  And what can cause subcutaneous

21      emphysema?

22         A.  Air being trapped into the soft

23      tissue, which either done properly or

24      improperly way of doing it causes air being

25      trapped in the tissue.

1                         Dr. Hua

2          Q.  So improper CPR can cause

3     subcutaneous emphysema?

4          A.   Improper can cause, just as proper

5     can cause as well.  It's a known side effect.

6     It's a known, well-documented side effect.

7          Q.  And is it a side effect of chest

8     compressions of the mouth-to-mouth portion of

9     CPR or intubation or something else?

10         A.  It's the pressure being run too high

11    towards the airway area and also because the

12    airway, I mean, they probably improperly

13    positioned the tube; the air was always

14    running to whatever the least resistant is,

15    not directly going to the lung, but here going

16    to the adjacent soft tissues as well.

17         Q.  I am just trying to understand what

18    portion of CPR, but I think you answered it.

19    You are saying an improperly positioned

20    intubation tube might cause the air flow to go

21    somewhere where it's not intended; correct?

22         A.  Yes.  Even properly performed CPR

23    would cause airway trapping in soft tissue as

24    well.

25         Q.  In subcutaneous emphysema of the kind

```
 1                      Dr. Hua
 2    noted here or any other kind, can it look like
 3    bruising, swelling of the skin?
 4         A.  It's the swelling of the skin, then
 5    bruising of the skin.
 6         Q.  Look at distension, this is number D
 7    on the same list, "Distention of neck veins
 8    and temporal vessels, marked," what is that?
 9         A.  Instead of the normal caliber vessel,
10    here the vessel is very congested.  There was
11    blood to the degree of obvious, to a degree
12    deserved to be mentioned by Dr. Jennifer
13    Hammers on the first page of her report.  It's
14    described as a mark in the end.
15         Q.  Where are the temporal vessels
16    located?
17         A.  In the temporal area, the side above
18    your ear, in that region.
19         Q.  And the neck veins, I assume, are on
20    either side of the neck?
21         A.  Yes, roughly.
22         Q.  Don't let me -- where are they
23    located?
24         A.  There is neck vein on all areas of
25    neck.  Two of the bigger ones on the side and
```

1                    Dr. Hua

2     the small branches in the front, the back, all

3     over the place.

4         Q.  And what can cause distension of neck

5     veins or the temporal vessels?

6         A.  It's inside pressure become high;

7     therefore, it's dilated, therefore, it's

8     called marked dilatation as defined by Dr.

9     Jennifer Hammers.

10        Q.  My question is, what can cause it?

11        A.  Inside pressure becomes higher than

12    normally expected to be.

13        Q.  What can cause the inside pressure to

14    become high?

15        A.  Any compression of the neck can

16    certainly cause, any obstruction in different

17    area can cause, and there is a long list.  The

18    short answer is pressure inside of the vessel

19    much higher than usual.

20        Q.  When you say obstruction of the

21    airway, could an intubation tube cause harm?

22        A.  Not intubation, it's here the

23    dilatation distention vessels.  It is the

24    inside pressure of the vessel is higher,

25    nothing to do with the airway per se.

58

1                    Dr. Hua

2        Q.  I thought you just said obstruction

3    of the airway can cause distension of these

4    things?

5        A.  I said it's compression of the neck.

6    I am not saying -- if I said it, I was

7    misspoken.  Compression of the neck prevents

8    blood flow, therefore, causing distension of

9    the vessel.  Here we talk about marked degree

10   of significant degree of distension, as

11   defined by Dr. Hammers under 1D.

12       Q.  Take a step back again, not about

13   this case specifically, just in general, what

14   can cause distension of neck veins in the

15   temporal vessels?

16       A.  Anyone can prevent the proper flow of

17   the blood, can cause the dilatation,

18   significant dilatation in this case, of the

19   vessel.  Compression of back flow or overflow

20   -- I mean, here we are dealing with the

21   vessel.  There's always one vessel pumping,

22   the other vessel coming back.

23            Any elements, any condition can cause

24   the pressure high, will cause the dilatation

25   of the vessel.  Like in this case we have

1                          Dr. Hua

2        significant neck injury, which indicates there

3        is compression of the neck, which certainly

4        will be one of the conditions that can cause

5        significant marked distention of the neck

6        vessel -- neck vein.

7            Q.  You said "any prevention of the

8        proper flow of blood" can cause distension of

9        the neck veins and temporal vessels; right?

10           A.  Any condition prevented the proper

11       back circulation of the neck vein, which is

12       seeding back to your heart.  If you prevent

13       its flow, it will cause the dilatation of the

14       vessel inside pressure of heart.  Compression

15       of the neck, can certainly do it.

16           Q.  Can CPR or intubation cause a

17       prevention of the proper flow of blood back to

18       the heart to cause distention of the neck

19       veins and temporal vessel?

20           A.  Potentially, yes.  The question is:

21       To what degree?

22           Q.  Look at K in the same list,

23       "subscapular hemorrhage, occipital, two inches

24       each;" what do those refer to?

25           A.  It's in the occipital back portion of

```
1                      Dr. Hua

2        the head area.  Under the skull there is tiny

3        hemorrhage, three of them; three of them in

4        total, each about two inches.

5            Q.  In your view, Number K, the

6        subscapular hemorrhages, were they the cause

7        of Mr. Grant's death?

8            A.  It's the general autopsy finding.  I

9        mean, all that means is that pressure being

10       placed on that particular area.  That's why

11       you have the bleeding in this particular area,

12       that's all that means.

13            The question is, what is the context?

14       Why you have this?  I do not know.  Was it

15       contributing to anything, contributed nothing,

16       contributed significantly or a little bit to

17       the cause of death, I do not know.  It's just

18       simply there.

19            Q.  L says "cerebral edema," what is

20       that?

21            A.  Normal brain has its own

22       configuration.  For whatever the reason, lack

23       of oxygen is one of them, lack of blood supply

24       is another reason, brain can become -- the

25       first response of the brain is to become more
```

1                        Dr. Hua

2       swollen; more fluid accumulation inside, more

3       congested than usual.  That's why, look at

4       autopsy picture indicating the brain has

5       moderate degree of swelling and edema, which I

6       agree with the autopsy picture by Dr. Hammers,

7       but I understand later on the neural

8       pathologist just thinks everything is normal.

9            Q.  What can cause cerebral edema?

10           A.  Lack of oxygen, lack of proper blood

11      circulation to your brain area.  The first

12      manifestation will be brain swelling edema.

13      Obviously, head trauma can cause that, we are

14      not dealing with this.  I mean brain trauma

15      itself can cause swelling edema; obviously, we

16      are not dealing with that.

17           Q.  Looking at M, it says:  "Hemorrhage,

18      left forearm muscle 5 inches, right elbow,

19      half inch, left shoulder 4 inches, and right

20      lateral chest soft tissues is 1 inch."

21           A.  That's means the bruises hemorrhage

22      in the different portions of the arm and leg

23      area as the causal area being found, being

24      documented as it is.

25           Q.  Would any of those hemorrhages have

1                       Dr. Hua

2       caused Mr. Grant's death?

3           A.  Arm and leg area, obviously not.

4       Chest area, depends on how it occurred.  I

5       mean, someone had to explain it, why he has so

6       many bruises at different portions of the

7       body.

8                According to witnesses there is no

9       trauma, nothing wrong.  It's more, for me,

10      it's what Dr. Hammers sees, what Dr. Hammers

11      documented and a further step for me is why

12      all the other witnesses did not see any

13      injuries at all.

14          Q.  Dr. Hua, if someone fell from a

15      sitting position or a standing position on to

16      the floor, could that cause the hemorrhages of

17      the type that are listed here under M.

18          A.  It's unlikely based on the

19      distribution alone.  If you fall, you would

20      expect the fall, unless you have multiple-

21      force trauma, you would expect a fall would

22      cause injury on one plane, right or left,

23      front or back, and usually on the protruding

24      portion of the body.

25          Q.  Could chest compressions or some

1                        Dr. Hua

2     other aspect of CPR lead to a one-inch

3     hemorrhage on the chest?

4          A.  It could, yes.

5          Q.  I don't think you answered that.

6          A.  I said it could.  The short answer is

7     "yes."

8          Q.  Going back to a question I asked

9     earlier though, is it your understanding that

10    -- let me rephrase that.

11         The hemorrhages that are listed under

12    M, could any of them have been fatal?

13         A.  By itself, no.

14         Q.  Looking at number N, "Deep lung

15    parenchymal laceration, lower left lobe."

16         What is that referring to?

17         A.  It's here Dr. Hammers described the

18    lower portion of the left lung.  There is a

19    breakage of the tissue, about 1 inch.  I do

20    not see -- at least I cannot find a

21    corresponding photograph.  I don't know what

22    that means.

23         Q.  Is it possible that a lung could be

24    lacerated when removing it from the body

25    during the autopsy?

```
 1                      Dr. Hua
 2          A.  Most likely in this case.  In the
 3     context of this case, it's the most likely
 4     scenario.  I mean, it's a postmortem exam.
 5          Q.  You mentioned "according to
 6     witnesses"; what witness are you referring to?
 7          A.  There is a one-page report, the
 8     witness indicated he did not suffer any
 9     trauma, that's my understanding.  Witness
10     indicated he was smoking something which is
11     not substantiated by subsequent toxicology,
12     which has indicated he had no trauma, which is
13     contradicted to subsequent autopsy finding.
14          Q.  Where are you reading from?
15          A.  I think it's one page.
16          Q.  There's a Bates Number in the lower
17     right corner, perhaps?
18          A.  I think I do not have the Bates
19     Number.  It's the only page of the medical
20     leader investigator, but it's a supplemental
21     case information by the OCM on May 19th.  It
22     mentioned something, someone saw him, he was
23     smoking something in the jail cell that
24     smelled like a marijuana.  Also, nobody
25     indicated he was in the middle of a fight with
```

1                    Dr. Hua

2     anyone.

3          Q.  Just looking at the document that we

4     have marked as --

5          A.  Okay, I can pull that page.

6          Q.  -- Exhibit B.  I just want to make

7     sure we're referring to the same page.

8          A.  All right.

9          Q.  What's Bates stamped US_03606.  I

10    just want to make sure that you have that

11    page.

12         A.  At 3608, mentions some witness saw

13    him smoking something in the jail cell that

14    smelled like marijuana.

15         Q.  03608?

16         A.  36608, US_03608.

17         Q.  Other than the information on that

18    page, did you review any witness statements or

19    interview notes?

20         A.   I was not provided other information.

21    What I received, what I reviewed will be

22    listed on the first page of my report, second

23    paragraph.  I did find a mistake of my report,

24    second paragraph:  Total autopsy photo I

25    reviewed is 332 not 338.  I just added up

1                    Dr. Hua

2    together, should be 332 photos, autopsy

3    photos, not 338.

4        Q.  Turning to your report then, I think

5    you said, looking at Paragraph 2, I think you

6    said but just to confirm, that's a complete

7    list of the records you reviewed in creating

8    this report?

9        A.  In my report of March 11 of 2020,

10   yes.  The only additional item I received is

11   the Dr. Jim Gill report, I think sometime

12   early this year.

13       Q.  Did you review medical records from

14   New York City Presbyterian Hospital?

15       A.  I was not provided, so therefore I

16   did not review.

17       Q.  Did you review FBI form 302 interview

18   notes?

19       A.  No, I did not receive it.

20       Q.  Did you review any notes from

21   interviews with the staff at the Bureau of

22   Prisons?

23       A.  I was not provided any of this.

24       Q.  In drafting a report, did you take

25   any notes?

```
 1                    Dr. Hua
 2         A.  I usually do everything on the iPad,
 3    I do not generally take paper notes.
 4         Q.  Do you have notes on your iPad?
 5         A.  Highlighted, just like that, marker
 6    highlighted for my review, yes.
 7         Q.  Other than highlighting of the
 8    documents that you've mentioned, are there any
 9    other notes that you have taken in connection
10    with this case?
11         A.  In review of last night and today, I
12    generated a one page, I guess one-page notes,
13    cheat sheet I call it, specific picture,
14    fourth edition, Page 436.
15            MS. SIMON:  We will call for
16    production of the notes.
17            MR. LAUFER:  If you will just give me
18    a copy of that, Doctor.
19            THE WITNESS:  Sure.
20            MR. LAUFER:  Thank you.
21         Q.  Looking at paragraph 5, second
22    sentence says:  "3 postmortem toxicology
23    reports, two at OCME and one at MMS, revealed
24    no acute intoxication by drug prescription
25    medication or alcohol."
```

68

1                    Dr. Hua

2           Do you know whether the toxicology

3    tests conducted on Mr. Grant included all

4    possible synthetic chemtinoids?

5       A.  All synthetic chemtinoids which we

6    have a test for.

7       Q.  Are there synthetic chemtinoids for

8    which we do not have a test?

9           MR. LAUFER:  Objection, but you can

10   answer.

11      A.  Yes.

12      Q.  In 2015 were there synthetic

13   chemtinoids for which we did not have a test?

14      A.  Obviously, yes.

15      Q.  I just want to make sure I have the

16   final version of the report.  In my version

17   it's missing paragraphs --

18      A.  I noticed that.  I just noticed that.

19   I am missing a 6.

20      Q.  That's fine.  I just want to make

21   sure I didn't have a draft.

22           Looking at number 7.  You say, "Per

23   autopsy photographs, Roberto had autopsy

24   evidence of neck compression."

25           What particular photographs are you

1                    Dr. Hua

2    relying on to make that conclusion?

3         A.  Multiple photographs showing front,

4    back and neck, right and left side neck, there

5    is soft-tissue hemorrhage, both superficial as

6    well as deep in the upper portion, mid

7    portion, as well as lower portion of the neck.

8    All documented in Dr. Hammers' report.

9         Q.  I am asking you to identify the

10   specific -- you said you relied on --

11        A.  Do you want me to read the report?  I

12   can do that also.

13        Q.  You indicated you relied on

14   photographs, not just the report.  I am asking

15   if you relied on photographs, if you could

16   identify which photographs?

17        A.  Photographs in conjunction with the

18   autopsy report.

19        Q.  My question is which photographs?

20        A.  I was not at the time of the autopsy.

21   I depend on whichever the records, Dr. Hammers

22   generated; properly or improperly, that's a

23   different issue.  That's why you do not

24   analyze a case intentionally in the vacuum,

25   pick and choose, it's called misleading.  Yes,

1                      Dr. Hua

2       if that's what you want, that's what you get.

3           Q.   Dr. Hua I am asking, number 7 says

4       "per autopsy photographs."  I am just asking

5       which photographs?

6           A.   Per autopsy photographs, Roberto has

7       autopsy -- okay, that's good.  All I have to

8       answer is I have received a total of 332

9       photographs on two CD's specifically.  The

10      only reason I noticed mistake of 332 instead

11      of 338, is because when I received Dr. Jim

12      Gill's report, he received a total of 15.

13           I am reading Dr. Jim Gill's report,

14      page 1, under number 2, OCM autopsy imaging,

15      51; radiograph 12.  I did not receive

16      radiograph.

17           His conclusion is based on 51 autopsy

18      imaging -- actually, autopsy imaging I

19      received was 332, which is significantly more

20      than he had.  Obviously, he received 12

21      radiograph x-ray imaging which I do not have.

22           If you want a report, I can point a

23      number to you, if that is what you want.

24           Q.  My question is just in number 7 you

25      indicate "per autopsy photographs," and I

```
 1                    Dr. Hua
 2    would like to know which specific autopsy
 3    photographs you are referring to?
 4        A.  When we physicians say "autopsy
 5    photographs," it is two layers of meaning:
 6    First, what is positive finding, what the
 7    injury is; second, what is not positive
 8    finding, which no injury is.
 9              In this case, the neck pictures
10    started from imaging 119 all the way down to
11    152.  It says different layers of neck muscle.
12    It's mainly from the front, different layer of
13    front, right and left.
14              In addition, that's the first CD, the
15    second CD -- the first CD contained a total of
16    166 imaging.  The second CD contained another
17    additional 166 imaging, starting from imaging
18    177 all the way down to 233.
19              In addition, the imaging from 289
20    further down to 296, that's regarding the neck
21    soft-tissue injury, which is obviously
22    significantly more than Dr. Gill has access
23    to, a total image of 51.  We are talking 330
24    images here.
25              MS. SIMON:  You got cut off for a
```

1                     Dr. Hua

2      second.

3             Monique, could you just read back his

4      last few sentences.

5             (Last two paragraphs of previous

6      answer was read by the Reporter.)

7         Q.  The injuries you described in number

8      7, are those the same injuries that are

9      described in the autopsy report?

10        A.  Okay.  We are just dealing with the

11     first sentence of number 7, the neck

12     compression related injuries.

13            The second part is more related to

14     the petechial.

15            (Off the record to correct technical

16     issue.)

17            MS. SIMON:  I'm back.

18        A.  The pictures, the number, index

19     number I gave you, is only dealing with the

20     first sentence of paragraph number 7.  The

21     second paragraph is more specific information.

22     It reads as:  "Specifically, Roberto has

23     multiple, significant and recent injury to his

24     neck soft tissues as well as multiple and

25     significant eye petechial hemorrhage."

1                     Dr. Hua

2          If you want to point out an eye

3     petechial hemorrhage, I would be more than

4     happy to do it, but it's obviously in the 332

5     photographs that I received that reflect that

6     and also documented by Dr. Hammers' autopsy

7     report as well, which she characterized as

8     "abundant," I think on Page 2 or Page 4 of her

9     report -- Page 4 of her report.

10        Q.  Let me be clear.  My question is:

11    The injuries that you described in

12    Paragraph 7, I am referring to all of the

13    injuries that you have identified in

14    Paragraph 7, are those also included in Dr.

15    Hammers' report or are there injuries that you

16    have identified in paragraph 7 that are not in

17    the autopsy report?

18        A.  All injuries I have summarized in

19    paragraph 7, it's in the autopsy photograph as

20    well as Dr. Hammers' report.

21          Just to be clear, you initially asked

22    me to describe the index, the pictures of

23    corresponding neck injuries, that's the

24    picture index figures I gave you.  In

25    addition, the second sentence of paragraph

74

1                    Dr. Hua

2    number 7 indicated the multiple and

3    significant eye petechiae and hemorrhage, both

4    being reflected in Dr. Hammers' report, as

5    well as the 330-plus photographs that I

6    received.  If you want that to be pointed out,

7    I will be more than happy to do that as well,

8    just like the neck soft tissues.

9           I understand lots of pictures Dr.

10   Gill did not have.

11       Q.  Just for the record, you are basing

12   your views on the number of images Dr. Gill

13   has in his report; correct?

14       A.  Yes.  His total of 51.

15       Q.  Are you basing it on any other

16   information?

17       A.  No, based on total number of --

18       Q.  Okay, thank you.  That's all.

19           Looking at Paragraph 7 still, you say

20   there was autopsy evidence of neck

21   compression.  Can you point to me where in the

22   autopsy report you concluded there was

23   evidence of neck compression?

24       A.  Neck compression means neck muscle

25   injury.  Autopsy report indicated neck muscle

1                          Dr. Hua

2      injury, starting from Page 5, mid section of

3      Page 5, the first sentence is:  "The neck is

4      with evidence of hemorrhage as follows," all

5      the way back to page number 6, the end of the

6      first paragraph, ended with:  "There is a

7      discrete 1" x 1/2" hemorrhage at the medial

8      aspect of the right semispinalis cervicis

9      muscle."  That's in the back of the muscle.

10              In addition, just like the second

11      sentence of my paragraph number 7, which

12      described the petechial hemorrhage in this

13      case, in Dr. Hammer's report it was documented

14      in last paragraph of page number 4, starting

15      with "eye lids" and periorbital area, that

16      paragraph, all the way down to the end of the

17      first paragraph on page number 5 and ending

18      with:  "Smaller blotchy hemorrhages in medial

19      aspect of the eyes."

20          Q.  Is it accurate to say there are sort

21      of two main categories of evidence that you

22      view as evidence of neck, which are, number

23      one, the hemorrhages that are described in the

24      neck and, number 2, the petechial?

25          A.  In the context of this case, yes.

1                    Dr. Hua

2        Q.  Starting with the first one, the

3    evidence of the hemorrhages?

4        A.  It's also included on the summary

5    page, autopsy page, Page 1 of Dr. Hammers'

6    report as well -- as well as subsequent

7    microscopic report between pages 7 and 8.  All

8    of the hemorrhage area was microscopically

9    analyzed; turns out to be a recent injury not

10   old injury damage in this particular area.

11       Q.  If someone has a hemorrhage to some

12   of the neck muscles or the tissue, is it

13   possible to tell in all circumstances whether

14   that was an internal cause or an external

15   cause?  In other words, how do you know

16   whether there was compression or some pressure

17   or something inside, such as from an

18   intubation tube?

19       A.  Hemorrhage alone just tells us it's a

20   damage of the small vessels in the adjacent

21   area.  That's why you have a hemorrhage.

22   Hemorrhage is not supposed on site of the

23   novel tissue.  Shouldn't have blood supply

24   maintained within the blood pressure.  If, for

25   one reason or another, blood vessel gets

1                    Dr. Hua

2     damaged, that's why you see the bleeding,

3     that's what normal people can associate with.

4             In the context of this case, Roberto

5     has extensive amount of petechiae, as well as

6     blotches of hemorrhages, which were most

7     consistent with neck compression, the same as

8     anything else.  Certainly not due to

9     hypertension.

10         Q.  In the absence of the petechiae, from

11    the hemorrhages alone, would it be possible to

12    tell whether it was an internal force, such as

13    am intubation tube, or a neck compression?

14         A.  If you are looking at the evidence,

15    the isolation in a vacuum, it's a reasonable

16    statement, except for the extent, the degree

17    of hemorrhage in this case, with the

18    understanding this recitation was by hospital

19    staff.  I presume they are not pure armatures.

20    They should know what they are doing.

21         Q.  Is it your understanding that the CPR

22    was only performed by hospital staff?

23         A.  No.  CPR was initially performed in

24    the jail.  Subsequently, EMS takes over,

25    followed by hospital resuscitation.

78

1                         Dr. Hua

2         Q.  If you turn to the CPR that was

3    performed by individuals who were not hospital

4    staff, would that change your opinion in this

5    case?

6         A.  In the context of this case, autopsy

7    finding, the answer is no.

8         Q.  If you learned that the CPR was

9    performed by correction officers, would that

10   change your opinions in this case?

11        A.  In the context of this case with

12   extensive mild petechial hemorrhage, to that

13   degrees.  It's not what you have, it's to what

14   degree you have, how much you actually have.

15   You have the front of the neck, back of the

16   neck, right side neck, left side neck,

17   superficially of the neck, all the way to the

18   deep neck muscle right next to your neck

19   backbone area.  That would be inconsistent, or

20   another way to put it, highly unlikely,

21   extremely unlikely, due to resuscitation

22   alone.

23        Q.  The hemorrhages to the neck, I think

24   you have answered this question and I

25   apologize for it if I am asking you to cover

                         Dr. Hua

1

2    old ground.

3         If I understand you correctly, you

4    are saying that the reason you concluded that

5    Mr. Grant suffered from neck compression is

6    the extent of the hemorrhages in the neck

7    area, accompanied by the petechiae and other

8    hemorrhages; correct?

9         A.   Significant neck muscle, neck soft-

10   tissue injury; significant petechiae in the

11   eyes.  Again, the bottom line, it's in the

12   context of this case.  When I say the context

13   of this case, certainly include there is no

14   evidence of acute intoxication.  There is no

15   evidence of fatal, significant, natural

16   diseases; therefore, what Roberto died of?

17        Autopsy is always examining the whole

18   body at the end of the day.  Put all the

19   evidence on the table, what did he die of?

20   What he died of?  That's my question.  That's

21   my answer.

22        Q.   What I am trying to understand is

23   with the neck hemorrhages, I think -- well, I

24   think I understand what you're saying, but I

25   just want to make one thing clear.

```
 1                    Dr. Hua

 2            So with the hemorrhages in the neck,

 3       standing alone it's not possible to say

 4       whether it was an internal force from an

 5       intubation tube or an external force; correct?

 6       In other words, there is nothing in the nature

 7       -- please let me finish -- there is nothing in

 8       the nature of the hemorrhages itself, standing

 9       alone, that would allow you to conclude it was

10       external compression; correct?

11            MR. LAUFER:  Objection.

12            You can answer.

13       A.   No.  No.  Hemorrhage alone could, due

14       to intubation, could, due to resuscitation.

15       In this case it's the amount of hemorrhage in

16       the neck, in different portions of the neck,

17       front and back, superficial deep right and

18       left, as well as significant abundant, with

19       the term Dr. Hammers used, over 50 and stop

20       counting would be typical of what use, plus

21       there is no other competing cause of death in

22       this case.

23            There is no active intoxication.

24       There is a question whether he was intoxicated

25       or not, but at the end of the day if you do
```

1                    Dr. Hua

2      not find something, it means you do not find

3      something.  You can suspect all day long, as

4      actually was suggested in my report suggesting

5      the same tissue should be retested, it's at

6      paragraph number 12.  It should be at least

7      retested as it advances and more stuff can be

8      picked up.

9           Why retest in this case?  The third

10     test of Fentanyl was obvious that it occurred

11     after the completion of Dr. Hammers' report.

12     Dr. Hammers' report was finished on December

13     28th and that particular Fentanyl test, the

14     third OCM -- the second OCM toxicology test

15     was tested six or seven months later, after

16     the completion of the report.  In a way, sir,

17     I am looking for an addendum of this report.

18     Additional tests were performed, but not

19     really included or incorporated into her

20     report.

21          Q.  What test do you think should have

22     been incorporated into her report?

23          A.  The second toxicology report looking

24     for Fentanyl, which was performed and report

25     was finished on September 13th, 2017.  Dr.

```
 1                    Dr. Hua
 2     Hammers' report was completed on, after
 3     sign-off, December 28th.  That's roughly like
 4     nine months later.  There was additional
 5     report requested, but not really incorporated
 6     into Dr. Hammers' report.
 7            I mean, I certainly expect addendum,
 8     supplement report, to reflect the extensive
 9     exhaustion of testing and nothing being found.
10        Q.  There is still one thing I am trying
11     to understand; I am trying to ask it in a very
12     straight forward way and move on, but I think
13     I may not be asking the question clearly.
14            Let's do it this way:  What I am
15     trying to understand is, not this case, just
16     under normal circumstances in an autopsy,
17     setting aside the context of this case,
18     setting aside the particulars of this case, my
19     question is this:  From a neck hemorrhage
20     alone, is it possible to tell always whether
21     it's external force from a compression or
22     internal force from an intubation or do you
23     need additional information to make that
24     determination?
25        A.  You always, first, the simple answer,
```

1                      Dr. Hua

2    you always need additional information.  When

3    you say "neck injury alone," a little bit neck

4    injury would be certainly fully expected in

5    the normal course of CPR.  If it's significant

6    at a different point of the neck from the

7    back, superficial or deep, would make a it

8    unlikely.  In the context, autopsy is looking

9    at autopsy toxicology injury, everything

10   together.  Put all of the pieces together to

11   get what actually happened.

12        No one tried to intentionally

13   isolate, hide it in a vacuum looking at the

14   limited amount of what is supposed to be.

15   That's misleading.

16   Q.  I don't think you understand my

17   question.  I am trying to understand the

18   mechanics of what you are explaining.

19        As a mechanical matter, if you see a

20   neck hemorrhage of neck tissue, I am trying to

21   understand whether from that alone you can

22   tell whether there was external force or

23   internal pressure or do you need to look to

24   something else to determine the cause of that

25   hemorrhage?

84

1                    Dr. Hua

2        A.  Always look at other information.

3    Neck injury alone makes it impossible.

4    Significant neck hemorrhages make it unlikely,

5    not probable.  If there are other findings,

6    lack of other competing causes of death or

7    further strengths is building up the case.

8        Q.  Do you know whether CPR was done

9    properly or improperly in this case?

10       A.  I would not be in a position to

11   judge.  I was not there.

12       Q.  Could improperly performed CPR cause

13   the type of neck hemorrhages we see in this

14   case?

15       A.  Not to that degree.  Not in the

16   context of this case.  It's always look in the

17   context of the totality of this case -- what

18   you have, what you do not have.  People can

19   intentionally mislead.  To look at this alone,

20   that's not the way I deal with things.  That's

21   not the way most forensic pathologists are

22   supposed to deal with things.

23       Q.  If CPR were improperly performed here

24   by amateurs, could it have caused the

25   hemorrhages in the neck as described?

1                     Dr. Hua

2          A.  It can cause hemorrhage to a certain

3     degree, but not to the significant degree as

4     in this case, especially in the context of

5     this case, significant petechial hemorrhage

6     would be unlikely to have a proper explanation

7     of CPR and CPR alone.  And another layer

8     question, why he needed CPR to start with?

9               There are some people sitting here, I

10    do not see CPR, unless you have a catastrophic

11    situation going on do you need CPR is there

12    any intoxication?  Not in this case.  Is there

13    any fatal, immediate fatal natural diseases?

14    Not according to Dr. Hammers' report.

15               You have to have a reason to need CPR

16    to start with.  There you have a secondary

17    complication side effect of CPR-related

18    injury.  Why he needs CPR?

19         Q.  You mentioned you need to look at the

20    context to determine a cause of death; what do

21    you mean by "context"?

22         A.  Seeing laceration, witness statement,

23    gross autopsy, microscopic examination,

24    toxicology, x-ray examinations, see whether

25    there is a fit or unfit.  At the end of the

1                        Dr. Hua

2       day, my job is simple, just whatever is on the

3       table, did he die of this or die with this?

4           Q.  Look at paragraph 8 of your report.

5       Looking at the last sentence, you refer to

6       "neck compression marks, manifested as

7       soft-tissue hemorrhages were on the surfaces

8       of the bilateral hyoid bone."

9           Did you draw that conclusion from

10      something in Dr. Hammers' report or from the

11      photograph?

12          A.  I think from Dr. Hammers' report,

13      that's my recollection.  I mean, can be due to

14      the provided autopsy pictures as well.  I am

15      pretty sure if he incurred what I would

16      expect, to take a picture of the hyoid bone as

17      well.

18          Q.  Looking at Page 5 of the autopsy

19      report, about three-quarters the way down it

20      says:  "There is discrete 1/8 inch hemorrhage

21      over in the posterior oropharynx adjacent to

22      the cornua of the hyoid bone bilaterally.  The

23      hyoid bone is reviewed without anthropology at

24      autopsy and is without trauma"?

25          A.  I do not see which paragraph.

Dr. Hua

1

2          Yes.  The hyoid bone itself said no

3     fracture, which was subsequently evaluated by

4     anthropologist.  I do not have the report.  I

5     presume it's a very small consultation.

6          Yes, it says:  Discrete 1/8 inch

7     hemorrhage over the" -- yes, okay -- of the

8     cornua, which is side of the hyoid bone

9     biologically.

10     Q.  My question is:  Your report says

11     there are some same-neck compression marks

12     were on the surfaces of the bilateral hyoid

13     bone, but Dr. Hammers says that the hyoid bone

14     was without trauma.

15          Are those inconsistent?

16     A.  Okay.  Okay.

17          "Cornua," it's a Latin term for

18     "corner."  Corner of the hyoid bone

19     biologically.  That's a hemorrhage of this

20     area.  It is the hyoid bone itself, so no

21     fracture.  On the corner of the hyoid bone is

22     a soft-tissue hemorrhage which did not cause

23     the actual fracture of the hyoid bone.

24     There's soft tissue on the surface as compared

25     to the bone fracture itself.  The first answer

1                    Dr. Hua

2    is "yes"; the second cause of fracture is

3    "no."

4         That's why I think I started with

5    there was no neck bone fracture there.  That's

6    what I indicated.

7         Q.  I just want to understand, make sure

8    I understand your statement there.

9         Go ahead, Dr. Hua.

10        A.  I think the last sentence, "Same neck

11   compression lock (manifested by soft-tissue

12   hemorrhage which on the corner of the hyoid

13   bone or on the surface") -- again, "on the

14   surface of the bone," but not in the bone

15   itself.

16        Q.  What I am trying to understand is in

17   your report are you're describing hemorrhages

18   to the tissue that's next to the hyoid bone or

19   are you describing --

20        A.  Soft tissue.  Soft tissue as

21   indicated exactly one line up, "manifested as

22   soft-tissue hemorrhage."  It's soft-tissue

23   hemorrhage, whether it was pure soft-tissue

24   hemorrhage.

25        Q.  Let me ask the question entirely if

89

1                            Dr. Hua

2     you don't mind?

3          A.  Go ahead.

4          Q.  What I am trying to understand is in

5     that sentence we have been discussing in your

6     report, are you describing hemorrhages to the

7     soft tissue that is next to the hyoid bone or

8     are you describing some damage to the hyoid

9     bone itself?

10          A.  (Manifested as soft tissue).  Hyoid

11     bone is a bone, not soft tissue.  That will be

12     self-evident in terms of the answer to your

13     question.

14          Q.  Let me ask this:  Were there any

15     compression marks on the hyoid bone itself?

16          A.  Soft tissue immediately at both sides

17     of the corner side of the hyoid bone has

18     compression marks, but there is a bone itself

19     that says no fracture, whether because of

20     young age to not cause fracture or other

21     reasons not strong enough to cause fracture,

22     that's debatable.  The bottom line says no

23     bone fracture, but there was soft tissue on

24     the surface of the Hyoid bone because there is

25     pressure here.

1                    Dr. Hua

2              MS. SIMON:  Monique, could you read

3      my question back?

4              (Last question read by the Reporter.)

5      A.  Yes, soft-tissue hemorrhage on the

6      surface of the hyoid bone.

7      Q.  That's not what I am asking.  I am

8      asking you whether there were compression

9      marks on the hyoid bone itself?  It's a "yes"

10     or "no" question.

11     A.  I might not be able to say either way

12     because either the answer -- with a hyoid-bone

13     fracture you can see the fracture.  If the

14     hyoid bone is not fractured, all I can say is

15     not enough pressure to cause the fracture.  We

16     do not know.  This is obviously force was

17     directed on the soft tissue of the hyoid bone

18     but not on the bone itself.

19     Q.  I understand that there was no

20     fracture of the hyoid bone, but you used this

21     term "compression marks," and I would just

22     like to understand separate from the --

23     A.  Compression on the soft tissue

24     adjacent to the hyoid bone, but not cause the

25     fracture of the bone.

1                    Dr. Hua

2       Q.  Please let me finish my question.

3            I understand that there is no

4    fracture on the hyoid bone.  I understand that

5    there is compression, as you have stated, to

6    the soft tissue next to the hyoid bone.  My

7    question is:  Are there compression marks

8    specifically on the hyoid bone itself?

9       A.  Impossible to answer.  It's the

10   pressure to reach the damage to the soft

11   tissue on the surface of hyoid bone, but did

12   not cause a fracture of the bone itself.  I

13   cannot rule it in, neither can I rule it out,

14   the compression marks on the hyoid bone.

15      Q.  I just want to understand.  You can

16   neither rule in nor rule out compression marks

17   on the hyoid bone?

18      A.  Compression mark on hyoid bone to

19   cause a fracture, it did not happen.

20           MR. LAUFER:  You get what he is

21   saying, counsel, right?  It's compression on

22   the soft tissue that's covering the hyoid

23   bone.

24           THE WITNESS:  Yes.

25      Q.  The soft tissue that's adjacent to

1                    Dr. Hua

2      the hyoid bone, is it attached to the hyoid

3      bone or is it separate?

4          A.  Yes, attached to the hyoid bone.

5          Q.  And does that particular soft tissue

6      that you're talking about in disseminating

7      your report, that's next to the hyoid bone,

8      does it have a particular name?

9          A.  No.  It's soft tissue at the corner

10     of the hyoid bone.

11         Q.  Okay.

12             In your review of the photographs and

13     in your review of the report, did you see any

14     indication that the hyoid bone itself, not the

15     soft tissue but that the hyoid bone itself was

16     damaged?

17         A.  No.  No, in terms of no fracture.

18         Q.  Was there any other evidence of

19     damage beyond a fracture?

20         A.  No.  No visible damage to the bone

21     itself.

22         Q.  Looking at number 13, you say, "In

23     the Absence of Grant's fatal and acute

24     intoxication or fatal natural disease,

25     Roberto's cause of death should be listed as

1                    Dr. Hua

2    inflicted and/or homicidal neck compression."

3         Do you see that sentence?

4         A.  Yes.

5         Q.  When you say "inflicted neck

6    compression," what are you referring to?

7         A.  Not by himself.

8         Q.  When you say "homicidal neck

9    compression" what are you referring to?

10        A.  For medical examiner "homicidal"

11   means due to the action of someone else, not

12   self, which is entirely different from the

13   legal meaning of homicidal.

14        Q.  Understood.

15            When you're using the words

16   "inflicted" and/or "homicidal," does

17   "inflicted" mean something different than

18   "homicidal"?

19        A.  No, the same.  For me, it's the same.

20   It means not self-inflicted.

21        Q.  Understood.

22            When you say "neck compression," are

23   you referring to strangulation or something

24   else?

25        A.  I mean, there is different location

1                      Dr. Hua

2    of the neck, front, back, right, left,

3    superficial, deep to soft-tissue hemorrhage,

4    its indication to me is the blood-vessel

5    damage in conjunction with the actual other

6    finding, petechial hemorrhage to a significant

7    degree, abundant, according to Dr. Hammers

8    more than 50, as my lazy counting, would be

9    inflicted injury.

10          MS. SIMON:  Monique, could you just

11   read my question back.

12          (Last question read by the Reporter.)

13      Q.  I am trying to understand, when you

14   say "neck compression," are you referring to

15   strangulation?

16      A.  No, that's why I said neck

17   compression.  "Strangulation," there are two

18   kinds of strangulation, either manual

19   strangulation, humanly or ligature

20   strangulation.

21          Do I have enough for me to conclude?

22   No.  All I can say is multiple neck muscle

23   injury, front, back, right, left, superficial,

24   deep, indications that damage of the neck

25   muscles at various areas in conjunction with

1                       Dr. Hua

2          the significant amount, not just purely I see

3          a couple of petechial.  It's the word of

4          "abundant" as used by Dr. Hammers and my lazy

5          counting of more than 50 in the context of

6          this case and the absence of intoxication, in

7          the absence of fatal significant natural

8          diseases.  Therefore, I concluded it's due to

9          inflicted injury or homicidal injury.

10         Personally I use these two word

11         interchangeably.

12             Q.  I am asking now whether when you say

13         "neck compression" you are referring to

14         strangulation, whether manual, ligature or

15         something else?

16             A.  I do not use a single word of

17         strangulation in my two-page report.  The

18         evidence I have is neck compression.  I do not

19         have additional evidence to specify further.

20             Q.  Other than strangulation, what could

21         neck compression indicate?

22             A.  It's neck compression.  It means

23         soft-tissue damage in the different portions

24         of the neck.  I never used the word

25         "strangulation."  You repeatedly used the word

1                    Dr. Hua

2    "strangulation" that I intentionally did not

3    use.

4         Q.  I understand that.

5              What I am trying to understand is

6    what you mean by "neck compression"?

7         A.  Then don't put the words in my mouth.

8         Q.  My question is:  When you say "neck

9    compression," is strangulation one type of

10   neck compression?

11        A.  Strangulation is one type of neck

12   compression.  If you have proper investigated,

13   proper investigation, detailed investigation,

14   you can be more specified.  Here I do not have

15   it.

16        Q.  Other than strangulation, what other

17   types of injuries, what other incidences are

18   covered in the term "neck compression"?

19        A.  "Neck compression" means neck has

20   blood-vessel damage in different areas,

21   multiple areas in conjunction with petechial

22   finding, significantly amount.  I did not use

23   the word "strangulation" for a simple reason,

24   I am hoping more investigation could be

25   conducted -- or at least I do not have it for

1                     Dr. Hua

2    me to review.

3         Q.  So I am clear, you don't know whether

4    manual or ligature strangulation occurred

5    here?

6         A.  I did not use either word here,

7    manual strangulation or ligature strangulation

8    in my report.  I just hope someone can answer

9    the question why he had extensive neck injury

10   at different portions of the neck in

11   association with significant amount of

12   petechiae and patches of hemorrhage.

13        Q.  I am asking a "yes" or "no" question.

14   My question is:  You don't know whether manual

15   or ligature strangulation happened here;

16   correct?

17        A.  I did not see evidence of ligature

18   mark in this case.  That would be a

19   superficial answer or I do not have evidence

20   of ligature strangulation, that's obvious, but

21   what actually happens, I do not have enough

22   evidence for me to conclude judicially,

23   cautiously.

24        Q.  Do you know whether manual

25   strangulation happened here?

```
 1                    Dr. Hua
 2         A.  I do not have enough evidence for me
 3    to conclude that.  There is neck compression.
 4    Some people would choose using a word called
 5    mechanical asphyxia, which would be equivalent
 6    to neck compression.  More investigation is
 7    needed, that's all I am saying.
 8         Q.  Were there any external injuries to
 9    Mr. Grant's neck?
10         A.  I am sorry, can you repeat?
11         Q.  Were there any external injuries to
12    Mr. Grant's neck?
13         A.  I do not think so.  I mean, he is
14    dark skinned, yes, but nobody noticed
15    anything.  Not found on picture, not according
16    to Dr. Hammers.  She has the advantage of
17    directly looking at the body.
18         Q.  If someone dies of neck compression,
19    how does that occur?
20         A.  First, being added on caused the
21    muscle damage, soft-tissue damage, caused the
22    breakage of the vessel.  Therefore, we have
23    the bleeding.  Here we have extensive bleeding
24    associated with extensive petechiae, as well as
25    patches of hemorrhage.
```

99

<pre>
 1                    Dr. Hua

 2       Q.  If sufficient force is applied to the

 3  neck to cause an individual's death, does that

 4  death happen immediately or could it happen

 5  sometime later?

 6       A.  It could happen immediately, just

 7  like it could happen at some time delay.

 8       Q.  What would cause a delay in that

 9  death?

10       A.  It's the asphyxia causing the loss of

11  blood supply or oxygen supply to the brain.

12  That's where brain becomes swelling, that's

13  why people die.

14       Q.  If sufficient force is applied to

15  someone's neck to cause their death but it

16  doesn't cause an immediate death, walk me

17  through how that death would occur?

18       A.  Force on the neck can, if you limit

19  amount of force compressing your vein,

20  significant blunt force can compress your

21  artery, more forces can compress your airways,

22  the end result is hypoxia, lack of oxygen and

23  lack of blood supply to your brain --

24  therefore you people die.  I mean like people

25  drowning, people committing suicide, it's the
</pre>

```
 1                    Dr. Hua
 2    lack of blood supply to your brain.
 3            The human body was built in such a
 4    way, if you compress a short second, you lose
 5    consciousness.  You compress not enough, more
 6    than 4 to 6 minutes, you're going to die on
 7    that, die on you because your brain has lack
 8    of oxygen.  Brain has ultimate control of
 9    everything downstairs, your heart, your
10    breathing.
11        Q.  Once there is a lack of oxygen to the
12    brain, the individual will die immediately;
13    correct?
14        A.  I mean, it really depends on how you
15    mean by "immediately."  People with lack of
16    oxygen --
17        Q.  I understand.  Fair enough.
18            You said a short compression can lead
19    to unconsciousness and after about 4 to 6
20    minutes, a person would die; correct?
21        A.  If for a healthy person, the normal
22    number is somewhere around five minutes;
23    people would have irreversible brain damage if
24    you use the nowadays definition of the death,
25    as defined by a human being, by a brain, then
```

1                        Dr. Hua

2    you are dead.  You become organ donor.

3        Q.  If sufficient force is applied to

4    someone's neck to cause their death, are there

5    circumstances where were there to be a delay

6    between the time in which the neck compression

7    was applied and the time they died?

8        A.  I would not be knowing.  It depends

9    on reliability of the witness statement, if

10   you had witness.  If you do not have a

11   witness, you are not in that position to

12   argue.

13       Q.  I have questions about this

14   particular case in a moment, but right now I

15   am actually just trying to understand from you

16   what it means to die of neck compression.  How

17   that actually happens.

18            I understand what you're saying is if

19   sufficient force is applied, first the person

20   will go unconscious; then the person will die

21   four to six minutes later under normal

22   circumstances; correct.

23       A.  It's the compression to what degree,

24   to what duration, that makes a difference.  I

25   mean, gentle compressed neck, I am not going

```
 1                    Dr. Hua
 2    to die, obviously not, because it's we're not
 3    even causing neck soft-tissue damage.
 4         Q.  My question is:  Let's assume, as I
 5    said, sufficient force is applied to the neck
 6    to cause death; okay?
 7         A.  Sufficient force.
 8         Q.  Let me ask it this way:  If someone's
 9    neck is compressed but it does not cause
10    death, let's say it causes even
11    unconsciousness, but it does not cause death
12    and the person then has lucid intervals and is
13    walking and talking and moving around, is it
14    possible that the earlier neck compression
15    could subsequently cause death or is that not
16    something that would happen?
17         A.  I mean, the answer is no specific
18    answer.  That's just a simple answer like
19    this.  Because what you define as neck
20    compression significant amount, obviously the
21    important word was "compressed the side neck"
22    was significant, because that's where the
23    major blood vessel; is.
24              Compression the back and neck, it's
25    less relevant.  It really depends where the
```

1                    Dr. Hua

2     compression or significant force was applied

3     at for how long.  Each individual person will

4     be different.  If it's a perfect 18 years old,

5     healthy guy, as compared to someone who has

6     mild hypertension, it's all different.  I

7     mean, I do not want to make it complicated,

8     but it is.

9         Q.  What I am trying to understand is if

10    sufficient force is applied to the neck for

11    the individual to become unconscious, let's

12    say, but they regain consciousness, have a

13    lucid interval where they are talking and

14    walking, are there circumstances under which

15    the individual could later die of the neck

16    compression or at that point have they

17    survived that event?

18        A.  If you're dealing with a perfect tip-

19    top shaped body, no other preexisting

20    conditions, most likely the answer would be

21    unlikely to be fatal and unlikely to result in

22    death.

23            If someone has a preexisting

24    condition, you're looking at an entirely

25    different chapter of the book, but as a

1                    Dr. Hua

2       forensic pathologist, we're dealing with

3       injury and disease or a combination of both.

4              As I indicated early, natural

5       diseases are exclusively natural, a

6       combination of both.  You die of non-natural

7       diseases.

8          Q.  I want to make sure that I

9       understand -- so under the hypothetical I

10      described, where an individual is suffering

11      neck compression but does not die at that

12      time, you're saying it's possible that they

13      might later die after a lucid interval if they

14      have certain preexisting conditions?

15         A.  That's not what I said.  I said even

16      if you were in tip-top condition, no

17      preexisting condition, when I say natural

18      diseases, intoxication, among others, the

19      chance of death, it's unlikely.

20             If someone has a preexisting

21      condition, like a little bit hypertension here

22      or there, which is a much more viable

23      candidate to die, it's an entirely different

24      thing.

25         Q.  So, in your view, it's possible that

1                    Dr. Hua

2      someone could suffer non-fatal neck

3      compression, have a lucid interval, and then

4      subsequently die as a result of the neck

5      compression if they have certain preexisting

6      conditions.

7              MR. LAUFER:  Objection.  You can

8      answer.

9          A.  You specifically mentioned there were

10     lucid intervals.  I mean, lucid intervals can

11     only be documented by a substantial reliable

12     witness.  I mean, a reliable witness and

13     that's the first hurdle you have to go

14     through.

15              Obviously, here, the witness,

16     reliable, quote/unquote "reliable witness"

17     indicates there's no fact.  Second, reliable

18     witness indicated smoking something.  We did

19     not find evidence of smoking; we did find

20     evidence of trauma.  Therefore, it is actually

21     reliable; to a reasonable degree, probably

22     it's debatable.

23         Q.  I really would like to just focus on

24     the questions I am asking.  I am not trying to

25     understand your opinions on how someone can

1                    Dr. Hua

2       die of neck compression, the circumstances

3       under which that can happen.  Not specific to

4       this case, not specific to the events at issue

5       here, but just under ordinary circumstances

6       your knowledge about how death from neck

7       compression can occur.  In particular, I would

8       like to understand whether an individual who

9       suffers neck compression will die at the time

10      of that neck compression or whether the neck

11      compression can happen and then some period of

12      time in between and then later that person

13      dies?

14             So, again, let me try and ask the

15      question in a different way:  If someone

16      suffers from neck compression but does not

17      immediately die of that neck compression, and,

18      in fact, has an interval where they are

19      walking and talking, under what circumstances

20      could the individual nonetheless die later and

21      you would attribute that to the neck

22      compression; what circumstances?

23             MR. LAUFER:  Objection.

24             You can answer.

25          A.  It depends on a proper autopsy.

```
 1                    Dr. Hua

 2    Proper classification is to die of something

 3    or die with something, which can apply to

 4    either neck compression or previously heart

 5    disease.

 6           There is no such thing as one size

 7    fits all.  Only a non-professional will look

 8    for a simple answer like this.  That's why you

 9    need an autopsy, to look at an actual case.  A

10    theoretical case, you have a theoretical case

11    and no answer.

12       Q.  I am trying to understand your view

13    on this particular issue, and if it's not a

14    simple answer, then please, walk me through

15    all the details, but what I would I like --

16       A.  As I indicated, a theoretical

17    scenario has a theoretical meaningless answer.

18    We have the case.  We have the neck injury,

19    significant amount.  We have the petechiae,

20    significant amount.  We have the documentation

21    of no acute intoxication, no fatal natural

22    diseases.  Yes, he has a disease, he is more

23    prone to die, yes, there's no question about

24    that, but he did not have a fatal disease and

25    die at age of 30-plus by himself.
```

```
 1                    Dr. Hua
 2        Q.  Again, I understand your views on the
 3   utility of my questions, but I would again
 4   just ask that you answer my questions.  My
 5   questions right now are not about this
 6   particular case, my questions are about
 7   individuals who suffer neck compressions
 8   generally.
 9           My question for you is:  You seem to
10   be stating that there are circumstance under
11   which an individual can suffer neck
12   compression and then have a period of time
13   where they are lucid, walking around and
14   talking and then subsequently suffer death.  I
15   would like you to explain the circumstances
16   under which that can happen?
17        A.  A hypothetical theoretical case does
18   not have a hypothetical reliable answer.
19   That's not something, as a practitioner of
20   forensic pathology, I would do.  I look at the
21   individual case, the actual facts of the case
22   to decide.
23        Q.  That doesn't answer my question
24   though.
25        A.  I answered your question repeatedly
```

                              Dr. Hua

1

2    already.

3        MS. SIMON:  Can we go off the record

4    for a second.

5        (Discussion held off the record.)

6        MS. SIMON:  Let's go back on the

7    record.

8    BY MS. SIMON:

9    Q.  If a healthy adult suffers neck

10   compression that is sufficient to cause death,

11   are there any circumstances under which that

12   death would not happen at the time of the neck

13   compression but rather some point later after

14   a lucid interval where the individual is

15   walking and talking.

16   A.  There is no specific answer.  It

17   really depends on how healthy the healthy was.

18   If someone is perfectly healthy, like I

19   indicated before, 18 years old, no other

20   diseases, no documented diseases confronts

21   subsequently by autopsy examination or

22   doctor's examination, then the chance of die

23   suddenly off a lucid interval, it's extremely

24   unlikely.

25        If someone has preexisting disease of

1                      Dr. Hua

2        any sort, if subsequently confirmed by autopsy

3        or by his or her physicians, you are dealing

4        with a different outcome.  The bottom line is

5        we are dealing with a combination of factors,

6        injury as well as natural diseases.  That's

7        what we're dealing with every day.  The

8        question is, did he die of the neck trauma or

9        die with the neck trauma or die of heart

10       disease versus die with heart disease --

11       that's a tough condition.  We try to get as

12       much information possible to get that

13       conclusion.

14            That's why I suggested if toxicology

15       is really your concern, do more toxicology.  I

16       mean, if heart disease is your concern,

17       instead of sending the one section of heart,

18       submit more sections of the heart.  I mean

19       things can be done, but the thing is we are

20       dealing with this autopsy report; that's all

21       we have.

22         Q.  Okay.  I think I understand your

23       answer.

24            What I would like to know now is if

25       the scenario I described is unlikely in a

```
 1                    Dr. Hua

 2    healthy adult but could happen in an

 3    individual with a preexisting disease, as you

 4    say, what preexisting diseases are you talking

 5    about?

 6         A.  A preexisting heart disease,

 7    preexisting seizure disorder, preexisting lung

 8    disease would put you in a much tougher

 9    position, vulnerable position, as compared to

10    having a preexisting amputated leg, that has

11    nothing to do with that.  It really depends on

12    what the specific condition is you're dealing

13    with.

14         If someone has diabetes, has a

15    stress, him or her are in big trouble.  If

16    someone has a preexisting congenital heart

17    disease, arrhythmia of any sort, a stress

18    activity will put you in a much vulnerable

19    position.  It's really dependent on individual

20    cases.

21         Specifically you're dealing with

22    diseases, dealing with brain, heart and lung.

23    I could care less if you have amputated leg

24    because it's not particularly relevant.  If

25    you have diabetes, yes; seizure disorder, yes;
```

1                      Dr. Hua

2      asthma, have preexisting asthma and lung

3      diseases, you are much more vulnerable.  If

4      you are preexisting cardiac arrhythmia, you're

5      much, much more vulnerable condition, but you

6      are picking off whichever part you are

7      picking.

8           It's a stressful compression on the

9      neck.  It's whatever you're picking.  Without

10     compressed neck you are not going to die if

11     you're defining perfectly healthy people.

12     With a preexisting disease they're in a much

13     more vulnerable position.

14          Q.  I just wanted to make sure I

15     understand a piece of what you are saying.

16          You are suggesting that under normal

17     circumstances with a healthy individual, if

18     sufficient force is applied to the neck to

19     cause death, death would ordinarily occur

20     right then.  In other words, it would be

21     unlikely, to use your words, that there would

22     be an interval between his death and a lucid

23     interval in between the compression and death.

24          But I think if I understand what you

25     are saying, it's that if you have a

```
 1                    Dr. Hua

 2    preexisting disease, one of the ones you have

 3    identified is a heart disease, under those

 4    circumstances, you are suggesting it could

 5    happen there would be this lucid interval,

 6    somebody's walking and talking between the

 7    neck compression and their death; did I

 8    understand that correctly?

 9         MR. LAUFER:  Objection.  You can

10    answer.

11         A.  That's not what I said.

12             I said if you had a preexisting

13    disease, specifically dealing with heart,

14    brain, lung, that will put you in a vulnerable

15    position.  When you say "heart," you can have

16    previous heart attack; if you have previous

17    hypertension, severe hypertension, severe

18    coronary artery disease, a congenital

19    arrhythmia to start with.

20         Q.  I understand that.  I am trying to

21    focus on a particular aspect of what you are

22    saying when you mentioned heart disease.  I

23    want to make sure I understand you.

24             Clearly, you are saying that they're

25    vulnerable.  I am trying to understand what
```

```
 1                    Dr. Hua

 2    you mean; what are they vulnerable to?

 3         A.  Vulnerable in terms of their

 4    unhealthy heart, lung or brain, as compared to

 5    the irrelevant as a foot amputation due to

 6    trauma, which would be irrelevant, but it's

 7    not healthy either.  If you have foot

 8    amputation due to trauma you are not healthy

 9    either, but it's irrelevant.

10         Q.  What I am trying to understand, Dr.

11    Hua, and I realize you don't -- I'm trying to

12    be very careful in how I paraphrase what you

13    are saying, but it seems I am not quite

14    understanding what you are saying still.

15         I am still trying to work out the

16    circumstances under which an individual could

17    suffer neck compression sufficient to cause

18    death but not right away.  It seems you have

19    listed several circumstances that would make

20    someone more vulnerable to that situation; is

21    that correct?

22         A.  I have listed specifically brain,

23    heart, lung condition as compared to your

24    previous traumatic amputation of the leg,

25    which is not relevant.
```

                             Dr. Hua

1

2          Q.  Setting all of those conditions

3     aside, with the exception of heart disease, I

4     would like to focus your attention on the

5     heart disease example you gave.

6          A.  If you're suggesting lung disease is

7     irrelevant, that's your argument.

8          Q.  Just set it aside for the moment.

9     That's not what my question is about.  Just

10    focus on my question.

11          My question is with respect to heart

12    disease, how could heart disease impact the

13    timing of whether someone died immediately

14    from neck compression or instead had a lucid

15    interval walking and talking and then

16    subsequently died?

17          A.  A heart needs beating, needs oxygen

18    just like a brain; it needs constant supply of

19    oxygen.  If being strangulated, your brain

20    suffers an episode of lack of oxygen,

21    therefore, that makes you more loopy --

22    somewhat conscious, but not in perfectly

23    tip-top condition because of lack of oxygen to

24    your brain, which makes you more vulnerable to

25    have -- because your brain eventually has

1                         Dr. Hua

2     control over your heart, just like people with

3     seizure disorder, as brain-disease people die

4     of heart disease eventually.

5               Therefore, damage to the brain due to

6     asphyxia, due to mechanical asphyxia, due to

7     neck compression puts you in another category

8     of vulnerable.  If you have a previous

9     vulnerability, one plus one will certainly be

10    more detrimental to your health.

11        Q.  Again, still looking only at the

12    heart disease example that you mentioned.

13        A.  Is this a question?

14        Q.  Just a moment.  I am trying to phrase

15    them very carefully so we can try to make some

16    progress.

17               Again, looking only at a heart

18    condition example that you have mentioned, the

19    heart disease example; are you saying that

20    someone who suffers neck compression and

21    suffers from heart disease is more likely to

22    die from that next compression or are you

23    saying that the individual -- scratch that.

24             MR. LAUFER:  Maybe "vulnerable,"

25    maybe you want to use that word.

1                       Dr. Hua

2        Q.  Dr. Hua, speaking still about the

3   heart-disease example you just mentioned, I

4   believe you mentioned that that would make an

5   individual more vulnerable under the

6   circumstances we are describing.

7            What I would like to understand is

8   the following:  Why, if this is what you're

9   saying, why would the existence of heart

10  disease make it more likely that someone would

11  suffer neck compression and have a lucid

12  interval and then die, as compared to a

13  healthy individual?

14       A.  Healthy individual with neck

15  compression or without neck compression?

16       Q.  I believe you said in the case of a

17  healthy individual it's unlikely that that

18  individual would suffer neck compression, have

19  a lucid interval -- -

20       A.  No.

21       Q.  Dr. Hua, it's a long question, so if

22  you could just wait for me to indicate that I

23  am done, that will be helpful.

24            My understanding from your prior

25  testimony is that in the case of a healthy

118

```
 1                    Dr. Hua

 2      individual, it's unlikely that they would

 3      suffer neck compression sufficient to cause

 4      death, but have a lucid interval between the

 5      actual compression and the death, but you

 6      indicated, if I understand you correctly, that

 7      certain diseases might make someone more

 8      vulnerable to that scenario.  In other words,

 9      more vulnerable to the scenario where they

10      suffer neck compression sufficient to cause

11      death but do have a lucid interval and then

12      subsequently die and I would like to

13      understand why.  That's the question.

14          A.  I counted about six different

15      questions.

16              As I indicated before, it doesn't

17      matter how healthy you are, everyone can

18      suffer severe neck injury.  The result depends

19      on what's the duration of the neck injury.  If

20      the duration is short enough, it's not going

21      to be fatal.

22              If you have preexisting diseases to

23      make you more vulnerable, it's mainly because

24      neck compression causes a lack of oxygen.

25      Your heart is eventually under the control of
```

1                    Dr. Hua

2      your brain.  If brain, lack of oxygen really

3      has a deficiency in terms of control of the

4      proper function of your heart, then you're in

5      a much vulnerable position.

6            Therefore, I listed three different

7      categories of diseases we pay particular

8      attention to:  One is preexisting brain

9      disease; second is preexisting heart disease;

10     third is preexisting lung diseases, because

11     lung diseases can cause you compromised oxygen

12     intake as compared to a traumatic leg trauma

13     which is irrelevant.

14         Q.  I don't think you are answering my

15     question.  I'm not asking whether they are

16     more vulnerable to death from neck

17     compression.  What I'm asking is:  Is it more

18     likely that there would be a situation where

19     they suffer the neck compression sufficient to

20     cause death, but there is a lucid interval

21     before they actually die in someone with heart

22     disease?

23         A.  It depends on the duration of the

24     lucid interval.  If the lucid interval is

25     within a couple of minutes or a couple of

1                    Dr. Hua

2      seconds, we, as forensic pathologists in

3      general, we attribute the previous neck

4      compression.  If the lucid interval will

5      prolong it with a couple of days in between,

6      that will be irrelevant.

7            Therefore, Dr. Hammers in this case

8      did a good thing; microscopically she tried to

9      date an injury or the neck injury turned to be

10     fresh.  That's why it's related, as compared

11     to injury from a couple of days ago and it's

12     totally irrelevant.

13          MS. SIMON:  Monique, can you please

14     read that back.

15          (Last answer read by the Reporter.)

16     Q.  Dr. Hua, I think, again, I am just

17     trying to understand what you're saying.  So I

18     think what you're saying is:  If an individual

19     has a lucid interval between the neck

20     compression and death, and it's a few seconds

21     or a few minutes, the death would still be

22     attributed to the neck compression, but if the

23     lucid interval is a couple of days, you would

24     not attribute the death to the neck

25     compression; correct?

1                        Dr. Hua

2          A.  That's a simple way to say it, yes.

3          Q.  Well, is it accurate?

4          A.  Yes.

5          Q.  My question is:  If the lucid

6     interval were a couple of hours, would you

7     attribute that the neck compression -- would

8     you attribute the death to the neck

9     compression or not?

10          A.  Look at individual cases

11     specifically; look at specific evidence

12     specifically.  I mean, one thing is having a

13     preexisting condition, how severe the

14     preexisting condition was, that would make a

15     difference.  Any other unknown preexisting

16     condition, that will make a difference.  I

17     mean, a good autopsy should be able to address

18     those questions.

19          Q.  I am trying to be very precise.

20               If the lucid interval is a couple of

21     hours between the neck compression and the

22     death, what would you look for in the body

23     that would allow you to determine that the

24     person died of the neck compression despite

25     the two-hour lucid interval?

1                      Dr. Hua

2           A.  I would be the first to tell you,

3      without specific information I am not smart

4      enough or qualified enough to be very

5      reasonable, reliable, where accepted, commonly

6      accepted answer to this question.

7           Q.  In the case of Mr. Grant, do you know

8      whether or not he was having a conversation

9      with someone at the time that he collapsed?

10          A.  I do not have that information.  All

11     the information I have is listed on my

12     paragraph number 2, plus, Dr. Gill's report;

13     that's a year later when I received it.

14          Q.  If you learned that Mr. Grant was

15     having a normal conversation in the immediate

16     timeframe before he collapsed, would that

17     affect your opinion in this case?

18          A.  I would read the information in its

19     proper context, give a reasonable, reliable

20     well-sorted answer instead of curbside

21     consultation.

22          Q.  Is whether or not Mr. Grant was

23     talking and having a normal conversation at

24     the time of his collapse relevant to a

25     determination about the cause of his death?

```
 1                    Dr. Hua
 2        A.  If proven to be reliable, yes.
 3            It's one piece out of many pieces of
 4    puzzles, just like his petechiae, just like his
 5    extensive neck injury.  It's one piece of
 6    evidence.  You do not let one piece run over
 7    the whole case.
 8        Q.  How would it be relevant?
 9        A.  You have to evaluate in the proper
10    context.  You have to prove it to be reliable.
11    If the same witness reported he was using
12    drugs but did not really see it, did not
13    identify the drug, it's the same what is
14    reported as no injury, but he obviously had
15    injury according to Dr. Hammers' report and
16    her pictures.  Then, you know, you have to
17    look at the whole context.  Was it reliable
18    and valid?
19            It's one piece of evidence, reliable,
20    unreliable, it's a definition.  You have to
21    look at it in this context before making the
22    conclusion, it fits into the actual autopsy
23    finding or not.
24        Q.  If there were -- I am asking a
25    hypothetical question:  If there were credible
```

1                    Dr. Hua

2    testimony that Mr. Grant was having a normal

3    conversation just before his collapse, would

4    that be relevant to your conclusions in this

5    case?

6         A.  I will read, review, think through,

7    read into proper context with understanding

8    the same witness probably says he was using

9    drugs and that was unconfirmed as well.

10        Q.  That is not my question.

11            I am saying that if a credible

12    witness testified that this individual,

13    Mr. Grant, was having a normal conversation at

14    the time that he collapsed, would that affect

15    your opinions in this case?

16            MR. LAUFER:  Objection.

17        A.  I would evaluate it.  Whether it's

18    credible or entirely incredible.  If there's a

19    piece of evidence presented to me, I would

20    evaluate it accordingly, but the main reason

21    is to see whether it fits into the autopsy

22    finding or not.

23        Q.  If you determined that the testimony

24    was credible, how would you proceed?

25        A.  Credible only in terms of consistency

```
 1                      Dr. Hua

 2    with the actual autopsy finding.  If the

 3    witness, same witness thinks he was using

 4    drugs, but we cannot fine the drugs, I will

 5    suggest go do more testing.  If they are

 6    reliable, then they're reliable.  If they are

 7    not reliable, that will be the evidence or the

 8    discrepancy.

 9           I need to look at the whole evidence

10    in the context of this case to give a well-

11    sorted, reasonable answer instead of a

12    curbside, unsubstantiated, unreliable "yes" or

13    "no" answer.

14       Q.  If there were video of Mr. Grant

15    having an ordinary conversation before his

16    death, would it change your finding in this

17    case?

18       A.  I will review it first, then decide

19    if it would change my finding or not.

20           MR. LAUFER:  Counsel, are you in

21    possession of that video, of that?

22           MS. SIMON:  I am asking Dr. Hua a

23    hypothetical.

24       A.  I told you, I would review it, decide

25    if it was consistent or inconsistent, relevant
```

```
 1                    Dr. Hua

 2    or irrelevant, minimally irrelevant or

 3    strictly relevant, we have to look at it in

 4    the context instead of a curbside, typically

 5    unsubstantiated, unreliable comment.  It's

 6    pure misleading, unless you want that.

 7         Q.  I am asking you to do that review

 8    now.

 9            The additional piece of information

10    that I am asking you to consider in this

11    hypothetical is that Mr. Grant was having an

12    ordinary conversation at the time he

13    collapsed.  I am asking you, with that

14    additional piece of information, whether that

15    would affect your opinions in this case?

16         A.  I will have to review it first in

17    it's proper context.

18         Q.  I am asking you to do that now.

19    Please consider that additional information in

20    this hypothetical question that I am proposing

21    to you.

22         A.  I will review the evidence, if that's

23    the evidence that you have.  Just like I

24    received 332 pictures; I will be annoyed if

25    someone gives me 50 pictures.  I need to
```

1                      Dr. Hua

2    review the evidence, not your word.  I am sure

3    you tried to say as factually true as

4    possible, but as a professional I need to

5    review the actual evidence instead of accept

6    or deny your opinion.  Either way, that's

7    wrong.

8        Q.  I am asking you a hypothetical.  I

9    understand it's not present in the record.

10       A.  I am not smart enough to answer

11   unsubstantiated hypothetical questions in the

12   context regarding a specific case.  I am

13   simply not smart enough.

14       Q.  Do you think Mr. Grant had a lucid

15   interval before he died or are the types of

16   injury such that you expect he died

17   immediately?

18       A.  I do not know.  I was not given that

19   piece of evidence.  I want the evidence.  I do

20   not want someone's digested opinion.  If you

21   are suggesting you have a tape, I want to look

22   at the tape in its proper context, make the

23   original objective evidence before making my

24   decision.

25       Q.  That's not my question.  My question

128

```
 1                        Dr. Hua

 2    is:  Based on the evidence that you have in

 3    front of you --

 4         A.  I do not make unscientific,

 5    unsupported conclusions under any

 6    circumstances.

 7         Q.  Let me ask the whole question,

 8    please:  My question is based on the evidence

 9    that you had in front of you, the records that

10    you had in front of you at the time that you

11    wrote your report, did you form an opinion

12    about whether Mr. Grant died immediately from

13    the neck compression or whether there was a

14    lucid interval?

15         A.  My opinion is in Paragraph 13.  It's

16    a conditioned opinion in the absence of fatal

17    or acute intoxication, fatal natural diseases,

18    that's a condition, then he died of this.

19              I do not address the question of

20    lucid interval or not lucid interval because I

21    do not have the actual video tape that you

22    alluded at.  I do not have it, so I am not in

23    a position to answer unsubstantiated questions

24    or hypotheses which are meaningless in my

25    view, maybe not in other people's corner.
```

1                     Dr. Hua

2        Q.  You concluded that Mr. Grant died of

3     neck compression; correct?

4        A.  In the absence of acute intoxication,

5     which in my view was not fully ruled on yet.

6     In the absence of fatal natural diseases, in

7     my view, was not fully ruled on yet.

8           I am going give to you one example,

9     people can die of myocarditis.  Rule on to

10    myocarditis, at least you send me five

11    sections of the heart.  Here we have one.  We

12    are not in the position -- we are dealing what

13    you have.

14          I need to rule on; that's why my

15    conclusion, it's a conditional conclusion.  In

16    the absence of that, fatal intoxication or

17    fatal natural diseases, he died of neck

18    compression.

19       Q.  I am going to come back to that in a

20    moment.  I do want to be clear with what my

21    question is.

22          Based on the hemorrhages and the

23    other injuries evident in Mr. Grant's body, do

24    you have an opinion or not about whether

25    Mr. Grant would have died immediately after

1                    Dr. Hua

2     that neck compression or whether a lucid

3     interval was possible?

4          A.  I do not have enough evidence for me

5     to conclude either way.  If the evidence

6     exists, I want to review in its proper context

7     instead of a digested opinion in one way or

8     another.

9          Q.  Going back to something that you

10    said, looking at your Paragraph 13, did I

11    understand you correctly that the autopsy did

12    not rule out fatal intoxication?

13         A.  If the attempt was done in 2015

14    unsuccessfully, attempt occurred again nine

15    months after your report was completed, why

16    now?  Why not now?  That's exactly my

17    paragraph number 12 is about.  If it still

18    exists, do the testing.

19         Q.  Based on the records available to

20    you, can you rule out fatal intoxication?

21         A.  Based on the records available to me,

22    three toxicology reports, not detect anything.

23    There's no evidence of intoxication as of now,

24    unless you want to make an argument that

25    absence of evidence is evidence.

```
 1                     Dr. Hua

 2        Q.  My question is:  What additional

 3   testing would need to be performed to rule out

 4   fatal intoxication, in your view?

 5        A.  I will ask a reliable toxicologist,

 6   first.  I mean, I agree with Paragraph 6 of

 7   Dr. Gill's report.  I agree that no drugs were

 8   detected.  It means not detected, it just

 9   simply means that; "not detected" means not

10   detected.

11        If you try to say no drug detected,

12   there must be a drug intoxication, it's just

13   not the way I use my logic on.

14        Q.  Other than the role of a reliable

15   toxicologist, is there any other additional

16   testing that you would expect to be able to

17   rule out fatal intoxication?

18        A.  Then ask two reliable toxicologists

19   or three by that argument, because I am not a

20   toxicologist.  I am not qualified to make a

21   reasonable, reliable suggestion here.  If they

22   did not see anything, it means no detectable

23   intoxication.

24        Q.  In the case of Mr. Grant, did you

25   rule out a fatal natural disease?
```

1                      Dr. Hua

2          A.  The autopsy report, appears to me,

3      does not find any significant fatal,

4      stand-alone natural diseases, but in my view,

5      it's my case, I will submit more sections of

6      the heart to rule out the one common disease,

7      myocarditis.  I will submit genetic testing.

8              Here, specifically, Dr. Hammers

9      mentioned specimen was retained but not

10     tested.  I think the exact wording was

11     "molecular genetics," at the bottom of page 8

12     and first line page 9, the top of the page 9,

13     there is one line here:  "Heart, liver and

14     spleen specimens are held for molecular

15     genetic studies if needed in the future."

16             Obviously, the specimen is there, it

17     should be tested.  Someone is dead, it's not a

18     lighthearted matter.  It needs to be tested,

19     it's as simple as that.  If it was my case, I

20     would.

21         MS. SIMON:  I think I am wrapping up.

22     If you can give me five minutes to look at my

23     notes.

24             (Whereupon, a recess was taken.)

25         MS. SIMON:  Back on the record.

```
 1                        Dr. Hua

 2      BY MS. SIMON:

 3          Q.  Just a couple of questions.

 4              Dr. Hua, the report that you have

 5      attached as -- I am sorry the report that's

 6      attached to Exhibit A, a three-page report,

 7      does that accurately state the basis of your

 8      opinions in this case?

 9          A.  My opinions in this case, yes.  March

10      11, 2020, yes.

11          Q.  Is there anything missing from the

12      report that forms the basis of your opinion?

13          A.  As of March 11, 2020, no, nothing in

14      the report.

15          Q.  As of today, is there anything

16      missing in the report in terms of your

17      opinion?

18          A.  Add of today, no.  If more

19      toxicology, more microscopic examination was

20      done, yes.  If the alleged videotape you have,

21      let me review it, yes.

22          Q.  Just to be clear those questions were

23      hypothetical.

24              Is there anything today, anything

25      that you would like to change in your report,
```

134

                              Dr. Hua

1

2    other than the number of autopsy photographs

3    that you reviewed that you previously

4    mentioned?

5        A.  Yes.  Just page 2, I need to change

6    it.  The date is March 11th, 2020.  Under

7    Paragraph 2, the total photographs, autopsy

8    photographs should be 322, instead of 338;

9    and, also, the report's missing a paragraph 6.

10           I guess I'm just not good at the

11    computer.

12        Q.  Just to be clear.  It's a typo in the

13    paragraph numbering?

14        A.  Yes, there is no paragraph 6 to start

15    with; 5 followed by 7.  I don't have good

16    penmanship; I'm excused.

17        Q.  In cases where you have acted as an

18    expert in the past, has a court ever refused

19    to consider your testimony for whatever

20    reason?

21        A.  No, a court has not.  To my

22    knowledge, the court based their decision

23    based on the court's decision, but not to my

24    knowledge, no.

25        Q.  Dr. Hua, to your knowledge, has a

135

1                      Dr. Hua

2      court ever discredited or rejected, found

3      invalid or found your opinions to be without

4      basis?

5          A.  No one tells me that to my face,

6      that's all I can say.  I disagree and that's

7      all fair game, but no one has told me no,

8      that's not worth -- I don't know.

9          Q.  Have you ever been sued for

10     malpractice?

11         A.  Not to my knowledge.

12         Q.  Have you ever been the subject of any

13     form of disciplinary action from an employer

14     or a licensing board?

15         A.  Not to my knowledge.

16         Q.  Have you been investigated for

17     professional misconduct?

18         A.  Not to my knowledge.

19         Q.  No further questions.

20             Thank you very much.

21             MR. LAUFER:  Thank you, Doctor.

22             MS. SIMON:  I will be providing the

23     original transcript to Mr. Laufer, Dr. Hua;

24     when you get it, if you can review it and

25     indicate any errors within the 30-day time

136

1                          Dr. Hua

2      frame that's in the rules.  That's all.

3            THE WITNESS:  If I can get it

4      electronically, it's much easier instead of

5      paper.

6            MR. LAUFER:  Sure.

7            (Time noted:  4:55 p.m.)

8
                                  Zhongxue Hua, M.D.
9

10     Subscribed and sworn to

11     before me this     day

12     of            , 2021.

13
              Notary Public
14

15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

137

1

2                       I N D E X

3    WITNESS          EXAMINATION BY       Page #

4    Dr. Hua        Ms. Simon                  4

5

6                    E X H I B I T S

7    Government
     Exhibit No.  Description          For Ident.
8
        A      Expert disclosure            5
9
        B      Autopsy records and notes   12
10

11

12
     PRODUCTION REQUESTS
13
     Page #                  Description
14
       67                    Doctor's notes
15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

138

1

2                    C E R T I F I C A T I O N

3                    I, MONIQUE CABRERA, a Shorthand

4        Reporter and notary public, within and for the

5        State of New York, do hereby certify:

6                    That ZHONGXUE HUA, M.D., the

7        witness whose examination is hereinbefore set

8        forth, was first duly sworn by me on March 26,

9        2021, via Zoom, and that the above transcript

10       is a true record of the testimony given at

11       that time and place.

12                   I further certify that I am not

13       related to any of the parties to this action

14       by blood or marriage, and that I am in no way

15       interested in the outcome of this matter.

16

17                   IN WITNESS WHEREOF, I have

18       hereunto set my hand this __ day of _____,

19       2021.

20

21                             MONIQUE CABRERA,
                               Court Reporter

22

23

24

25

139

```
 1                    DEPOSITION ERRATA SHEET

 2

 3       Our Assignment No.:  336510

 4       Case Caption:  NICOLE MORRISON VS UNITED

 5                      STATES OF AMERICA

 6         DECLARATION UNDER PENALTY OF PERJURY

 7

 8              I declare under penalty of perjury

 9       that I have read the entire transcript of my

10       Arbitration taken in the captioned matter or

11       the same has been read to me, and the same is

12       true and accurate, save and except for changes

13       and/or corrections, if any, as indicated by me

14       on the DEPOSITION ERRATA SHEET hereof, with

15       the understanding that I offer these changes

16       as if still under oath.

17                      _____

18                      ZHONGXUE HUA, M.D.

19       Subscribed and sworn to on the ____ day of

20       _____, 20 ____ before me.

21       _____

22       Notary Public,

23       in and for the State of

24       _____.

25
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

140

```
 1                    DEPOSITION ERRATA SHEET

 2        Page No.____Line No.____Change to:_____

 3        _____

 4        Reason for change:_____

 5        Page No.____Line No.____Change to:_____

 6        _____

 7        Reason for change:_____

 8        Page No.____Line No.____Change to:_____

 9        _____

10        Reason for change:_____

11        Page No.____Line No.____Change to:_____

12        _____

13        Reason for change:_____

14        Page No.____Line No.____Change to:_____

15        _____

16        Reason for change:_____

17        Page No.____Line No.____Change to:_____

18        _____

19        Reason for change:_____

20        Page No.____Line No.____Change to:_____

21        _____

22        Reason for change:_____

23

24        SIGNATURE:_____DATE:_____

25                    ZHONGXUE HUA, M.D.
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

141

```
 1                    DEPOSITION ERRATA SHEET

 2        Page No.____Line No.____Change to:_____

 3        _____

 4        Reason for change:_____

 5        Page No.____Line No.____Change to:_____

 6        _____

 7        Reason for change:_____

 8        Page No.____Line No.____Change to:_____

 9        _____

10        Reason for change:_____

11        Page No.____Line No.____Change to:_____

12        _____

13        Reason for change:_____

14        Page No.____Line No.____Change to:_____

15        _____

16        Reason for change:_____

17        Page No.____Line No.____Change to:_____

18        _____

19        Reason for change:_____

20        Page No.____Line No.____Change to:_____

21        _____

22        Reason for change:_____

23

24        SIGNATURE:_____DATE:_____

25                  ZHONGXUE HUA, M.D.
```