

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

| | |
|---|---|
| *86 Chambers Street*<br>*New York, New York 10007* | Application granted. |
| August 13, 2021 | SO ORDERED.<br><br>_____<br>Hon. Ronnie Abrams<br>August 16, 2021 |

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Morrison v. United States*, No. 17 Civ. 6779 (WHP)

Dear Judge Abrams:

    This Office represents the United States in the above-referenced action. I write to respectfully request a 10-day extension of the Government's deadline to file its reply brief in support of its motion for summary judgment, from August 18, 2021, until August 27, 2021.

    I seek this extension due to unanticipated obligations in other matters, as well as planned vacations in the month of August. I attempted to obtain Plaintiff's consent to this extension via email on August 9th and 12th, and left a telephone message requesting the same on August 12th, but I have not received a response. This is the first request for an extension of time for the filing of the reply brief.

    I thank the Court for its consideration of this matter.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney for the
                    Southern District of New York

By: _____
                    JENNIFER C. SIMON
                    LUCAS ISSACHAROFF
                    Assistant United States Attorneys
                    86 Chambers Street, Third Floor
                    New York, New York 10007
                    Tel.: (212) 637-2746/2737