UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE MORRISON, as Administrator for the Estate of Roberto Grant, and NICOLE MORRISON, as Mother and Legal Guardian for the Property of AG and SG, Decedent's Minor Children, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | 17 Civ. 6779 (RA) |

## **DECLARATION OF LUCAS ISSACHAROFF**

Lucas Issacharoff declares as follows pursuant to 28 U.S.C. § 1746:

1.   I am an Assistant United States Attorney in the office of Audrey Strauss, United States Attorney for the Southern District of New York.  I am assigned to represent Defendant United States of America, and I am familiar with the facts and circumstances set forth herein.  I submit this declaration and the attached exhibits as they were provided to this Office, in support of the Defendant's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2.   Attached hereto as **Exhibit A** is a copy of the Federal Bureau of Investigation's Closing Case memorandum dated January 24, 2020, with redactions as produced.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 27, 2021
         New York, New York

                                                    /s/ *Lucas Issacharoff*
                                                    Lucas Issacharoff
                                                    Assistant United States Attorney