FD-1057 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Closing Case        **Date:** 01/24/2020

**From:** NEW YORK
      NY-C19
      **Contact:** ▇▇▇▇▇▇▇▇▇▇▇▇

**Approved By:** SSA ▇▇▇▇▇▇

**Drafted By:** ▇▇▇▇▇▇▇▇

**Case ID #:** ▇▇▇▇▇▇      (U) UNSUB(S);
                                       ROBERTO GRANT, aka
                                       Roberto Cross-VICTIM
                                       IFPI-DEATH INVESTIGATION

**Synopsis:** (U) Closing Case

**Details:**

On 01/15/2020, the writer is closing this case due to all leads being exhausted. Additionally, the writer contacted the USAO and received a declination for prosecution.

◆◆

UNCLASSIFIED