# Law Office of Andrew C. Laufer, PLLC

264 West 40th Street, Suite 604
New York, NY 10018
(212) 422-1020 - phone
(212) 422-1069 - facsimile
E-Mail: alaufer@lauferlawgroup.com

August 30, 2021

<u>Via ECF</u>
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Morrison, et al v. U.S., et al., No. 17 Civ. 6779 (RA)

Dear Honorable Judge Abrams:

    We represent the plaintiff in the referenced action. Within our opposition to defendants pending summary judgment motion, we submitted a document, Exhibit H – Docket 92-8, which contained information that should have been redacted.

    We respectfully request the Court substitute the appended document in place of the aforementioned exhibit.

    Thank you for your time and attention to this matter.

Respectfully submitted,

Andrew C. Laufer

Enc.:   "Exhibit H"

ACL/nb

Cc:
    Jennifer Simon – Via ECF
    Lucas Issacharoff, Esq. – Via ECF