

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 22, 2021

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Morrison v. United States*, No. 17 Civ. 6779 (WHP)

Dear Judge Abrams:

      I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague AUSA Lucas Issacharoff will continue to handle the case.

      I thank the Court for its consideration of this submission

                                  Respectfully,

                                  Jennifer C. Simon
                                  Assistant United States Attorney
                                  86 Chambers Street, Third Floor
                                  New York, New York 10007
                                  Tel.: (212) 637-2746