

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 22, 2021

**By ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Morrison v. United States*, No. 17 Civ. 6779 (WHP)

Dear Judge Abrams:

      I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague AUSA Lucas Issacharoff will continue to handle the case.

      I thank the Court for its consideration of this submission

      Respectfully,

      Jennifer C. Simon
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2746

Application granted.  The Clerk of Court is respectfully directed to terminate Ms. Simon from the docket.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 24, 2021