USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE MORRISON, as Administrator for the Estate of Roberto Grant and as Mother and Legal Guardian for the property of AG and SG, Decedent's Minor Children,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. 17-CV-6779 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court will hear oral argument on the Government's pending motion for summary judgment on February 14, 2022 at 11:00 a.m. Argument will be held via videoconference. Members of the public may listen to the argument by using the following audio-only dial-in information: Call-In Number: 917-933-2166; Access Code: 294 216 463.

SO ORDERED.

Dated: February 11, 2022
New York, New York

                                                 Hon. Ronnie Abrams
                                                 United States District Judge