# Law Office of Andrew C. Laufer, PLLC

264 West 40th Street, Suite 604
New York, NY 10018
(212) 422-1020 - phone
(212) 422-1069 - facsimile
E-Mail: alaufer@lauferlawgroup.com

March 1, 2022

Via ECF
Honorable Magistrate James L. Cott
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Williams, et al v. U.S., et al., No. 17 Civ. 6779 (RA/JLC)

Dear Honorable Magistrate Judge Cott:

Our office represents the Plaintiff in the referenced matter. This letter is submitted to schedule the Court ordered mediation between the parties

The parties respectfully request the Court set the matter down for mediation on March 30th, 2022 at 2:30 p.m.

Thank you for your time and attention to this matter.

Respectfully submitted,

Andrew C. Laufer

ACL/
Cc: Lucas Issacharoff, Esq. – Via ECF