USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLE MORRISON, as Administrator for the Estate of Roberto Grant and as Mother and Legal Guardian for the property of AG and SG, Decedent's Minor Children,

   Plaintiff,

v.

UNITED STATES OF AMERICA,

   Defendant.

No. 17-CV-6779 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

 It has been reported to the Court that mediation was successful in this case and that the parties have reached a settlement.  By no later than May 31, 2022, the parties shall either file a stipulation of dismissal or update the Court on the status of settlement.  If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court.  *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED.

Dated: May 9, 2022
New York, New York

                  _____
                  Hon. Ronnie Abrams
                  United States District Judge