USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X    17 Civ. 6779 (JLC)
NICOLE MORRISON, as Administrator for the Estate
Of Roberto Grant, and NICOLE MORRISON, as Mother
and Legal Guardian for the Property of AG and SG,
Decedent's Minor Children,

                                                                                                   INFANTS
                                           Plaintiffs,                  COMPROMISE ORDER


-against-

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS, CORRECTION
OFFICER KERN, EXECUTIVE ASSISTANT LEE PLOURDE,
and JOHN AND JANE DOE(S) AGENTS, SERVANTS AND
EMPLOYEES OF THE DEFENDANTS.

                                           Defendants,
-------------------------------------------------------------------X

       Upon the application of NICOLE MORRISON, as Administrator for the Estate Of Roberto Grant, and NICOLE MORRISON, as Mother and Legal Guardian for the Property of AG and SG, Decedent's Minor Children and her attorney Andrew C. Laufer for an Order compromising this action and settling the causes of action by NICOLE MORRISON, as Administrator for the Estate Of Roberto Grant, and NICOLE MORRISON, as Mother and Legal Guardian for the Property of AG and SG, Decedent's Minor Children against the UNITED STATES OF AMERICA AND FEDERAL BUREAU OF PRISONS, by accepting the sum of $75,000.00 from the UNITED STATES OF AMERICA AND FEDERAL BUREAU OF PRISONS;

       AND to discharge and release the UNITED STATES OF AMERICA AND FEDERAL BUREAU OF PRISONS, from all suits and claims upon the payment of the said $75,000.00 in settlement of the cause of action therein;

AND to dispense with the filing of a bond;

AND to pay to Andrew C. Laufer, Esq., disbursements in the sum of $22,739.18;

AND to pay to Andrew C. Laufer, Esq., attorney's fees for services rendered in the sum of $18,750.00;

AND NICOLE MORRISON having appeared by her counsel ANDREW C. LAUFER, ESQ;

AND, the Court, having reviewed the papers, pleadings, and proceedings in this case and concluded that the proposed settlement is fair and reasonable, and that no further hearing is necessary given the arm's length negotiations during the settlement conference held with the Court on March 30, 2022, and the Court's contact with the infant's guardian during that conference;

AND the parties have met and conferred and agree no hearing is necessary and that they waive any hearing;

NOW on motion of Andrew C. Laufer, Esq., attorney for plaintiffs, and pursuant to Rule 83.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, IT IS,

ORDERED, that the Plaintiffs' application for leave to compromise and settle the claims on behalf of ROBERTO GRANT, deceased, by accepting the sum of $75,000.00 from defendant, the UNITED STATES OF AMERICA, is granted; and it is further;

ORDERED that Plaintiffs, as Administrator of the decedent's estate, is authorized to settle and discontinue the claims and causes of action against UNITED STATES OF AMERICA AND FEDERAL BUREAU OF PRISONS; and it is further;

ORDERED that disbursements in the sum of $22,739.18 are allowed to Andrew C. Laufer, Esq.; and it is further;

ORDERED that the attorneys' fees of Andrew C. Laufer, Esq., is allowed in amount of $18,750.00; and it is further;

ORDERED that the funeral bill incurred by the mother of the decedent, Crecita Williams shall be reimbursed to her in the amount of $10,589.00; and it is further;

ORDERED that the remaining settlement proceeds of $22,921.82 representing solely pecuniary loss be distributed to those intestate distributees entitled thereto as compensation; and it is further;

ORDERED that the UNITED STATES OF AMERICA, pay the settlement sum of $75,000.00 payable to Andrew C. Laufer, as attorney for the benefit of the Estate of Roberto Grant;

ORDERED that said sum of $75,000.00 shall be held in Escrow by Andrew C. Laufer and disbursed therefrom in a manner consistent with this order;

ORDERED ADJUDGED AND DECREED that the giving of a bond or other security in connection herewith be dispensed with;

ORDERED ADJUDGED AND DECREED that the remaining settlement proceeds of $22,921.82 be made payable to Ms. Morrison on behalf of the infants (the intestate distributees) to be deposited in an interest-seeking account at a bank that counsel for plaintiffs shall identify to the Court and held for the sole use and benefit of the infants in an account paying the highest rate of interest available, until the infants reach the age of 18 years, or as further ordered by the Court; and it is further

ORDERED that no withdrawals from the account shall be made unless and until the Court grants an application from Ms. Morrison demonstrating a financial need that will benefit the children, and it is

ORDERED that when the infants have attained age 18, upon demand therefore, together with proper proof of said age, the Bank is directed to pay over to the infants all monies there on deposit in said accounts, together with any interest accrued thereon.

Dated: July 5, 2022
    New York, New York

_____
JAMES L. COTT
United States Magistrate Judge